# Exhibit B





Search FDA.gov

Home | Drug Databases | Drug Shortages

Share | Tweet | Linkedin | Email | Print

# FDA Drug Shortages

## Current and Resolved Drug Shortages and Discontinuations Reported to FDA

Report a Drug Shortage | FAQ | Background Info | Get Email Alerts | Download Current Drug Shortages | Contact Us

New Search | Back to Previous Screen

**Tirzepatide Injection**

**Status:** Resolved

**Duration of Storage:** 12/15/2022 - 10/02/2024

**Therapeutic Categories:** Endocrinology/Metabolism

Eli Lilly and Co. (Revised 10/02/2024)

**Company Contact Information:**
800-545-5979

| Presentation | Note |
| --- | --- |

| Mounjaro, Injection, 10 Mg/.5 Ml (NDC 0002-1471-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
|---|---|
| Mounjaro, Injection, 12.5 Mg/.5 Ml (NDC 0002-1460-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Mounjaro, Injection, 15 Mg/.5 Ml (NDC 0002-1457-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Mounjaro, Injection, 2.5 Mg/.5 Ml (NDC 0002-1506-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Mounjaro, Injection, 5 Mg/.5 Ml (NDC | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And |

| | |
|---|---|
| 0002-1495-80) | Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Mounjaro, Injection, 7.5 Mg/.5 Ml (NDC 0002-1484-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Zepbound, Injection, 10 Mg/.5 Ml (NDC 0002-2471-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Zepbound, Injection, 12.5 Mg/.5 Ml (NDC 0002-2460-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
| Zepbound, Injection, 15 Mg/.5 Ml (NDC 0002-2457-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May |

| | Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |
|---|---|
| Zepbound, Injection, 2.5 Mg/.5 Ml (NDC 0002-2506-80) | Even When A Medication Is Available, Patients May Not Always Be Able To Immediately Fill Their Prescription At A Particular Pharmacy. That Is Especially True For Refrigerated Products And Products With Multiple Dose Strengths, Due To Factors Like Ordering Practices And Incentives, Cold Chain Logistical Considerations, And Retailer Capacity Constraints. Patients May Experience Variability At A Particular Pharmacy Location Regardless Of Whether A Drug Is In Shortage. |