UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.**,

   Plaintiffs,

v.                                    No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.**,

   Defendants.

## ORDER

   Before the Court is Plaintiffs' Emergency Motion for a Temporary Restraining Order. ECF No. 7. Having reviewed the Motion, the Court finds it appropriate to order expediting briefing in this matter. Therefore it is **ORDERED** that Defendants' response is due **on or before Friday, October 11, 2024**, and Plaintiffs' reply is due **on or before Tuesday, October 15, 2024.**

   **It is further ORDERED** that Plaintiffs shall transmit a copy of this order to Defendants this very day.

   **SO ORDERED** on this **8th day** of **October 2024.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE