IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 4:24-cv-00953-P |

## Notice

On October 8, 2024, the Court issued an order setting briefing deadlines for the pending motion for a temporary restraining order and directed counsel for Plaintiffs to "transmit a copy of this order to Defendants this very day." ECF No. 10.

This notice certifies that the Court's order, as well as the complaint and motion papers, were transmitted that same day (October 8, 2024) via email on counsel for the Defendants. That electronic transmission was in addition to the forms of service identified in the certificates of service on Plaintiffs' motion papers.

Dated: October 9, 2024                    /s/ Ty Doyle
                                                                                    TY DOYLE (Texas Bar No. 24072075)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN*
RICHARD B. RAILE*
RENEE M. KNUDSEN*
MARC N. WAGNER*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1567
lrosebush@bakerlaw.com

* motion for pro vac vice admission forthcoming

*Attorneys for Plaintiffs*

**Certificate of Service**

      I hereby certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 9, 2024, and that I caused a copy of the foregoing, and all accompanying papers, to be served via email and via U.S. mail on the following:

    United States Food and Drug Administration
    10903 New Hampshire Ave.
    Silver Spring, Maryland 20903

    Dr. Robert M. Califf
    10903 New Hampshire Ave.
    Silver Spring, Maryland 20903

Dated: October 9, 2024

                                                */s/ Ty Doyle*
                                                TY DOYLE (Texas Bar No. 24072075)
                                                BAKER & HOSTETLER LLP
                                                811 Main Street, Suite 1100
                                                Houston, TX 77002
                                                (713) 646-1374
                                                tgdoyle@bakerlaw.com

                                                *Attorney for Plaintiffs*