# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 4:24-cv-00953-P |

### [Proposed] Order Granting Plaintiffs' Motion for Leave To Waive Local Counsel Requirement

Having considered Plaintiffs' Motion for Leave To Waive Local Counsel Requirement, any response and reply briefs, arguments of counsel, and the relevant authorities, the Court GRANTS the Motion. Accordingly, it is ORDERED that Plaintiffs may proceed in this matter without local counsel as would otherwise be required by Local Rule 83.10.

Dated: _____

_____
United States District Judge