## ATTACHMENT A – LIST OF ALL BAR MEMBERSHIPS
## ANDREW M. GROSSMAN

| Name of State or Federal Bar or Court | Bar Number | Dated Admitted | Status |
|---|---|---|---|
| District of Columbia | 985166 | 2008 | Active |
| U.S. Supreme Court | | 2013 | Active |
| U.S. Court of Appeals, D.C. Circuit | | 2010 | Active |
| U.S. Court of Appeals, Federal Circuit | | 2017 | Active |
| U.S. Court of Appeals, First Circuit | | 2018 | Active |
| U.S. Court of Appeals, Second Circuit | | 2012 | Active |
| U.S. Court of Appeals, Third Circuit | | 2018 | Active |
| U.S. Court of Appeals, Fourth Circuit | | 2011 | Active |
| U.S. Court of Appeals, Fifth Circuit | | 2022 | Active |
| U.S. Court of Appeals, Sixth Circuit | | 2018 | Active |
| U.S. Court of Appeals, Seventh Circuit | | 2014 | Active |
| U.S. Court of Appeals, Eighth Circuit | | 2018 | Active |
| U.S. Court of Appeals, Ninth Circuit | | 2013 | Active |
| U.S. Court of Appeals, Tenth Circuit | | 2012 | Active |
| U.S. Court of Appeals, Eleventh Circuit | | 2011 | Active |
| U.S. District Court, District of Columbia | | 2011 | Active |
| U.S. Tax Court | | 2015 | Active |