**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Outsourcing Facilities Association et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00953-P |
| | § | |
| | § | |
| U.S. Food and Drug Administration et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

Baker & Hostetler LLP _____, with offices at

1050 Connecticut Avenue NW, Suite 1100 _____
(Street Address)

Washington _____         DC _____         20036 _____
(City)                                        (State)                              (Zip Code)

(202) 861-1711 _____         (202) 861-1783 _____
(Telephone No.)                                 (Fax No.)

**II.**      Applicant will sign all filings with the name  Richard B. Raile _____.

**III.**      Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Outsourcing Facilities Association and North American Custom Laboratories, LLC, d/b/a FarmaKeio Custom Compounding

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of the state of

_____ District of Columbia _____, where Applicant regularly practices law.

Bar license number: _1015689_____    Admission date: _2013_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**   Applicant has also been admitted to practice before the following courts:

Court:                                Admission Date:                        Active or Inactive:

_See attached._____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

N/A
_____                    _____

_____                    _____

_____                    _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Tyler G. Doyle
_____, who has offices at

811 Main St., Suite 1100
_____
(Street Address)

Houston                                    TX                    77002
_____            _____        _____
(City)                                    (State)              (Zip Code)

(713) 646-1374                            (713) 751-1717
_____            _____
(Telephone No.)                           (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    9th    day of October                    , 2024    .

Richard B. Raile
_____
Printed Name of Applicant

*Richard Raile*
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.