## ATTACHMENT A – LIST OF ALL BAR MEMBERSHIPS
## RICHARD B. RAILE

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status |
|---|---|---|---|
| Virginia | 84340 | 2012 | Active |
| District of Columbia | 1015689 | 2013 | Active |
| U.S. Supreme Court | | 2016 | Active |
| U.S. Court of Appeals, Federal Circuit | | 2013 | Active |
| U.S. Court of Appeals, First Circuit | | 2018 | Active |
| U.S. Court of Appeals, Second Circuit | | 2021 | Active |
| U.S. Court of Appeals, Third Circuit | | 2018 | Active |
| U.S. Court of Appeals, Fourth Circuit | | 2018 | Active |
| U.S. Court of Appeals, Fifth Circuit | | 2022 | Active |
| U.S. Court of Appeals, Seventh Circuit | | 2014 | Active |
| U.S. Court of Appeals, Eighth Circuit | | 2020 | Active |
| U.S. Court of Appeals, Ninth Circuit | | 2022 | Active |
| U.S. Court of Appeals, Tenth Circuit | | 2024 | Active |
| U.S. Court of Appeals, Eleventh Circuit | | 2018 | Active |
| U.S. District Court, Eastern District of Virginia | | 2015 | Active |
| U.S. District Court, Western District of Virginia | | 2018 | Active |
| U.S. District Court, Eastern District of Wisconsin | | 2014 | Active |
| U.S. District Court, Western District of Michigan | | 2020 | Active |
| U.S. District Court, District of Colorado | | 2023 | Active |