## ATTACHMENT A – LIST OF ALL BAR MEMBERSHIPS
## RENEE M. KNUDSEN

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status |
|---|---|---|---|
| Virginia | 90846 | 2016 | Active |
| District of Columbia | 1615689 | 2019 | Active |
| Michigan | P87628 | 2024 | Active |
| U.S. Court of Appeals, D.C. Circuit | | 2019 | Active |
| U.S. Court of Appeals, Federal Circuit | | 2019 | Active |
| U.S. Court of Appeals, Third Circuit | | 2019 | Active |
| U.S. Court of Appeals, Fourth Circuit | | 2017 | Active |
| U.S. Court of Appeals, Fifth Circuit | | 2018 | Active |
| U.S. Court of Appeals, Ninth Circuit | | 2020 | Active |
| U.S. Court of Appeals, Tenth Circuit | | 2024 | Active |
| U.S. Court of Appeals, Eleventh Circuit | | 2023 | Active |
| U.S. District Court, Eastern District of Virginia | | 2017 | Active |
| U.S. District Court, District of Columbia | | 2019 | Active |
| U.S. Bankruptcy Court, Eastern District of Virginia | | 2020 | Active |