UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>  Defendants. | Case No. 4:24-cv-00953-P |

**Notice of Appearance**

I, David H. Hixson, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

October 9, 2024

Respectfully submitted,

/s/ *David H. Hixson*
DAVID H. HIXSON (Ill. Bar No. 6289751)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 449-8070
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov