IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: 4:24-cv-00953-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE FOR JEREMY B. KUSTOFF

PLEASE TAKE NOTICE that Jeremy B. Kustoff of the law firm of BAKER & HOSTETLER LLP, enters an appearance in this matter as co-counsel for Plaintiffs, Outsourcing Facilities Association and North American Custom Laboratories, LLC, d/b/a FarmaKeio Custom Compounding. The undersigned consents to notification and service, via the Court's ECF system at jkustoff@bakerlaw.com, of all notices and filings in this action.

Dated this 10th day of October, 2024.          Respectfully submitted,

/s/ Jeremy B. Kustoff
**JEREMY B. KUSTOFF**
State Bar No. 24106984
jkustoff@bakerlaw.com
**BAKER & HOSTETLER LLP**
2850 North Harwood Street, Suite 1100
Dallas, TX 75201-2640
(214) 210-1200 (office)
(214) 210-1201 (telecopier)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10th, 2024, the foregoing was filed electronically through the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt in accordance with Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Jeremy B. Kustoff*
                                            **JEREMY B. KUSTOFF**