UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION ET AL.,**

   Plaintiff,

v.                                                                No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION ET AL.,**

   Defendant.

# ORDER

   Before the Court is Plaintiffs' Emergency Motion for a Temporary Restraining Order. ECF No. 7. In addition to the expedited briefing previously ordered by the Court (ECF No. 10), the Court finds it necessary to set a hearing on the matter. The Court hereby **SETS** the Motion for a hearing at **11:00 a.m.** on **October 15, 2024,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas, 76102. All counsel for Parties are **ORDERED** to attend.

   **SO ORDERED** on this **10th day of October 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE