UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-00953-P |

**Notice of Appearance**

I, Oliver McDonald, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

October 10, 2024

Respectfully submitted,

/s/ *Oliver McDonald*
OLIVER MCDONALD (N.Y. Bar No. 5416789)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-0168
(202) 514-8742 (fax)
Oliver.J.McDonald@usdoj.gov