UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION ET AL.,**

   Plaintiffs,

v.     No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION ET AL.,**

   Defendants.

## ORDER

On October 11, 2024, the United States Food and Drug Administration ("FDA") filed a motion to stay this case and remand to the FDA for further administrative proceedings. ECF No. 27. The Court granted that motion the same day. ECF No. 28.

In addition, and in an effort to manage the Court's docket more efficiently, this case should be, and it is hereby, **ADMINISTRATIVELY CLOSED.** This case may be reopened, without prejudice, upon motion by either party.

The Clerk of Court is **DIRECTED** to administratively close this case until further notice.

**SO ORDERED** on this **16th day of October 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE