UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Status Report. ECF No. 30. According to the Report, the Parties believe that a continued stay is appropriate as directed by this Court's Order on October 11, 2024. ECF No. 29.

The Court concludes there is good cause to continue the stay and **ORDERS** that the Parties file a second joint status report **on or before December 19, 2024**.

**SO ORDERED** on this **22nd day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE