UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                       No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Status Report. ECF No. 32. In the Report, the Parties recommend that this case continue to be stayed until January 2, 2025. *Id.* at 2. At that point, the Parties intend to file an additional joint status report "addressing the next steps in this litigation." *Id.*

Therefore, the Court **ORDERS** that the Parties file an additional status report on January 2, 2025, highlighting the next steps for this case, including a preliminary injunction briefing schedule if necessary and the status of the suspended enforcement period for Plaintiffs.

**SO ORDERED** on this **26th day of December 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE