**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION and NORTH AMERICAN CUSTOM LABORATORIES, LLC d/b/a FARMAKEIO CUSTOM COMPOUNDING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION and DR. ROBERT M. CALIFF, <br><br> Defendants. | CASE NO. 4:24-cv-953-P |

## ELI LILLY AND COMPANY'S MOTION TO INTERVENE

Pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Civil Rules of the Northern District of Texas, Eli Lilly and Company ("Lilly") respectfully moves to intervene as a matter of right or, alternatively, with the permission of this Court, for the reasons set forth in the accompanying brief. Lilly conferred with counsel for both parties. Defendants do not oppose Lilly's request but Plaintiffs Outsourcing Facilities Association and North American Custom Laboratories, LLC d/b/a FarmaKeio Custom Compounding are opposed.

Lilly also asks that its deadline for filing a responsive pleadings be set to match that of Defendants. *See, e.g.*, ECF No. 33. All parties confirmed that they do not object to Lilly observing the responsive pleading deadline that applies to the defendants, if Lilly is allowed to intervene.

Dated: January 1, 2025                           Respectfully submitted,

                                                 */s/ Dee J. Kelly, Jr.*
                                                 Dee J. Kelly, Jr.
                                                 State Bar No. 11217250
                                                 KELLY HART & HALLMAN, LLP
                                                 201 Main Street, Suite 2500
                                                 Fort Worth, TX 76102
                                                 Telephone: (817) 332-2500
                                                 Facsimile: (817) 878-9280
                                                 dee.kelly@kellyhart.com

                                                 Paul D. Clement (*pro hac vice* forthcoming)
                                                 Erin E. Murphy (*pro hac vice* forthcoming)
                                                 Matthew Rowen (*pro hac vice* forthcoming)
                                                 CLEMENT & MURPHY, PLLC
                                                 706 Duke Street,
                                                 Alexandria, VA 22314
                                                 Telephone: (202) 742-8900
                                                 paul.clement@clementmurphy.com
                                                 erin.murphy@clementmurphy.com
                                                 matthew.rowen@clementmurphy.com

                                                 James F. Hurst (*pro hac vice* forthcoming)
                                                 Diana M. Watral (*pro hac vice* forthcoming)
                                                 KIRKLAND & ELLIS LLP
                                                 333 West Wolf Point Plaza
                                                 Chicago, Illinois 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200
                                                 james.hurst@kirkland.com
                                                 diana.watral@kirkland.com

                                                 *Attorneys for Intervenor*
                                                 *ELI LILLY AND COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 1, 2025, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Dee J. Kelly, Jr.*_____
Dee J. Kelly, Jr.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Eli Lilly and Company has conferred with counsel for Plaintiffs and counsel for Defendants via email on December 26 and 30, 2024. Plaintiffs are opposed and Defendants are unopposed to Lilly's motion to intervene. All parties are unopposed to Lilly's request to be allowed to follow the same schedule for responsive pleadings that applies to the defendants.

*/s/ Dee J. Kelly, Jr.*_____
Dee J. Kelly, Jr.