# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

OUTSOURCING FACILITIES ASSOCIATION and
NORTH AMERICAN CUSTOM LABORATORIES,
LLC d/b/a FARMAKEIO CUSTOM COMPOUNDING,
Plaintiff

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION and DR. ROBERT M. CALIFF,
Defendant

4:24-cv-00953-P
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Proposed Intervenor Eli Lilly and Company ("Lilly")

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

• Plaintiffs Outsourcing Facilities Association and North American Custom Laboratories, LLC d/b/a FarmaKeio Custom Compounding, as set forth in their Certificate of Interested Persons/Disclosure Statement dated October 7, 2024 [ECF No. 4], represented by Baker & Hostetler LLP, 811 Main Street, Suite 1100, Houston, TX 77002.
• Proposed Intervenor Lilly, represented by undersigned counsel; Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314; and Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654.

| | |
|---|---|
| Date: | January 1, 2025 |
| Signature: | */s/ Dee J. Kelly, Jr.* |
| Print Name: | Dee J. Kelly, Jr. |
| Bar Number: | 11217250 |
| Address: | 201 Main Street, Suite 2500 |
| City, State, Zip: | Fort Worth, TX 76102 |
| Telephone: | (817) 332-2500 |
| Fax: | (817) 878-9280 |
| E-Mail: | dee.kelly@kellyhart.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.