UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                         No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER

   Before the Court is Eli Lilly and Company's Motion to Intervene. ECF No. 34. In its Motion, Eli Lilly indicates that Plaintiffs are opposed to its intervening in this case. *Id.* The Court finds it appropriate to expedite briefing on this issue. Consequently, it is **ORDERED** that Plaintiffs shall file their Response(s) **on or before January 15, 2025**; and Eli Lilly shall file its Reply **on or before January 21, 2025**.

   **SO ORDERED** on this **2nd day of January 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE