UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-00953-P |

## [PROPOSED] ORDER

Before the Court is the Parties' Joint Status Report and Joint Motion to Reopen Case and Enter Scheduling Order. It is hereby ORDERED that:

1. The case is administratively reopened.
2. The parties shall work to negotiate an agreed-upon protective order that will allow Plaintiffs to be provided with information that is currently redacted in FDA's December 19, 2024 Decision Memorandum and file a motion for entry of that order. The parties will endeavor to do so by January 15, 2025.
3. Upon entry of an agreed-upon protective order, Defendants shall provide Plaintiffs with the Decision Memorandum and the following deadlines will apply:
    a. Plaintiffs' motion for preliminary injunction will be due two weeks after Plaintiffs receive the Decision Memorandum under a protective order.
    b. Defendants' opposition to Plaintiffs' motion will be due four weeks after Plaintiffs' deadline or on the first business day thereafter.
    c. Plaintiffs' reply will be due ten days after Defendants' opposition or on the first business day thereafter.

4. The parties shall notify the Court when Plaintiffs receive the Decision Memorandum under a protective order and set forth the dates of the deadlines described above.

5. Defendants' responsive pleading deadline remains stayed pending further Court order.

SO ORDERED.

Dated this ___ day of _____, 2025.

_____
Hon. Mark T. Pittman
United States District Judge