UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Outsourcing Facilities Association, et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00953-P |
| | § | |
| | § | |
| U.S. Food and Drug Administration, et al. | § | |
| *Defendant* | § | |
| | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Clement & Murphy, PLLC                                                                                                 , with offices at

706 Duke Street
(Street Address)

Alexandria                                           Virginia                            22314
(City)                                                  (State)                             (Zip Code)

(202) 742-8900
(Telephone No.)                                   (Fax No.)


**II.**   Applicant will sign all filings with the name   Paul D. Clement                                             .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Eli Lilly and Company



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Virginia_____, where Applicant regularly practices law.

Bar license number: 37915     Admission date: 10/6/1994

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

05/28/2024                    Am. Health Care Ass'n v. Becerra, 2:24-cv-00114-Z-BR

03/25/2024                    Am. Ass'n of Cosmetology Schs. v. U.S. Dep't of Ed., 4:23-cv-1267-O

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, Jr., Kelly Hart & Hallman LLP, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                    TX                76102
(City)                        (State)           (Zip Code)

(817) 332-2500                (817) 878-9280
(Telephone No.)               (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   2nd   day of January, 2025.

Paul D. Clement
Printed Name of Applicant

/s/ Paul D. Clement
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Bar Admissions for Paul D. Clement (All Active):**

- District of Columbia Court of Appeals (Admission Date:  5/3/1996, Bar ID No.:  433215)
- Wisconsin Supreme Court (Admission Date:  5/29/2003, Bar ID No.:  1046530)
- U.S. Supreme Court (Admission Date:  1/24/2000)
- U.S. Court of Appeals for the First Circuit (Admission Date:  8/6/2010, Attorney Identification No.:  1121545)
- U.S. Court of Appeals for the Second Circuit (Admission Date:  11/10/2003)
- U.S. Court of Appeals for the Third Circuit (Admission Date:  8/2/2011)
- U.S. Court of Appeals for the Fourth Circuit (Admission Date:  3/30/2000)
- U.S. Court of Appeals for the Fifth Circuit (Admission Date:  9/28/2009)
- U.S. Court of Appeals for the Sixth Circuit (Admission Date:  3/2/2000)
- U.S. Court of Appeals for the Seventh Circuit (Admission Date:  1/9/2001)
- U.S. Court of Appeals for the Eighth Circuit (Admission Date:  9/3/1996)
- U.S. Court of Appeals for the Ninth Circuit (Admission Date:  6/14/2002)
- U.S. Court of Appeals for the Tenth Circuit (Admission Date:  3/22/2000)
- U.S. Court of Appeals for the Eleventh Circuit (Admission Date:  1/27/2009)
- U.S. Court of Appeals for the District of Columbia Circuit (Admission Date:  7/31/1996; Attorney Identification No.:  43325)
- U.S. Court of Appeals for the Federal Circuit (Admission Date:  4/19/2000)
- U.S. Court of Federal Claims (Admission Date:  11/3/2016)
- U.S. District Court for the District of Columbia (Admission Date:  9/29/2009; Attorney Identification No.:  433215)
- U.S. District Court for the Northern District of Florida (Admission Date: 5/1/2015)

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Paul Andrew Clement

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1994.

I further certify that so far as the records of this office are concerned, Paul Andrew Clement is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of December
A.D. 2024

By: *[signature]*
Deputy Clerk