UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Outsourcing Facilities Association, et al. §
    *Plaintiff* §
§
§
v. § Case No. 4:24-cv-00953-P
§
§
U.S. Food and Drug Administration, et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Clement & Murphy, PLLC , with offices at

706 Duke Street
(Street Address)

Alexandria     Virginia     22314
(City)     (State)     (Zip Code)

(202) 742-8900
(Telephone No.)     (Fax No.)

**II.**     Applicant will sign all filings with the name Erin E. Murphy .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Eli Lilly and Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Virginia_____, where Applicant regularly practices law.

Bar license number: 73254          Admission date: 10/12/2006

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

05/28/2024   Am. Health Care Ass'n v. Becerra, 2:24-cv-00114-Z-BR

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, Jr., Kelly Hart & Hallman LLP, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth     TX     76102
(City)    (State)    (Zip Code)

(817) 332-2500     (817) 878-9280
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  2nd  day of January, 2025.

Erin E. Murphy
Printed Name of Applicant

*/s/ Erin E. Murphy*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Bar Admissions for Erin E. Murphy (All Active):**

- District of Columbia Court of Appeals (Admission Date:  8/9/2010, Bar ID No.:  995953)
- U.S. Supreme Court (Admission Date:  3/26/2012)
- U.S. Court of Appeals for the First Circuit (Admission Date:  10/30/2012, Attorney Identification No.:  1143702)
- U.S. Court of Appeals for the Second Circuit (Admission Date:  12/5/2011)
- U.S. Court of Appeals for the Third Circuit (Admission Date:  3/25/2013)
- U.S. Court of Appeals for the Fourth Circuit (Admission Date:  12/12/2013)
- U.S. Court of Appeals for the Fifth Circuit (Admission Date:  11/26/2007)
- U.S. Court of Appeals for the Sixth Circuit (Admission Date:  7/24/2014)
- U.S. Court of Appeals for the Seventh Circuit (Admission Date:  5/22/2007)
- U.S. Court of Appeals for the Eighth Circuit (Admission Date:  11/15/2011)
- U.S. Court of Appeals for the Ninth Circuit (Admission Date:  6/10/2013)
- U.S. Court of Appeals for the Tenth Circuit (Admission Date:  1/24/2020)
- U.S. Court of Appeals for the Eleventh Circuit (Admission Date:  3/16/2010)
- U.S. Court of Appeals for the District of Columbia Circuit (Admission Date:  4/30/2010; Attorney Identification No.:  52838)
- U.S. District Court for the District of Columbia (Admission Date:  5/2/2011; Attorney Identification No.:  995953)
- U.S. District Court for the Northern District of Florida (Admission Date:  5/1/2015)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *Erin Elizabeth Murphy*

*was duly qualified and admitted on August 9, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 08, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*