UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Outsourcing Facilities Association, et al. §
    *Plaintiff* §
  §
  §
    v. § Case No. 4:24-cv-00953-P
  §
  §
U.S. Food and Drug Administration, et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Clement & Murphy, PLLC                                                                                          , with offices at

706 Duke Street
(Street Address)

Alexandria                                              Virginia                          22314
(City)                                                     (State)                            (Zip Code)

(202) 742-8900
(Telephone No.)                                         (Fax No.)


**II.**    Applicant will sign all filings with the name  Matthew D. Rowen                                             .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Eli Lilly and Company



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Virginia_____, where Applicant regularly practices law.

Bar license number: 100113      Admission date: 05/28/2024

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| California Supreme Court | 12/2/2013 | Active |
| D.C. Court of Appeals | 2/5/2018 | Active |
| U.S. Supreme Court | 1/17/2018 | Active |
| Please see attached for other bars. | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, Jr., Kelly Hart & Hallman LLP, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                    TX              76102
(City)                        (State)         (Zip Code)

(817) 332-2500                (817) 878-9280
(Telephone No.)               (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   2nd   day of January, 2025.

Matthew D. Rowen
Printed Name of Applicant

*/s/ Matthew D. Rowen*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Bar Admissions for Matthew D. Rowen (All Active):**

- U.S. Court of Appeals for the First Circuit (Admission Date: 12/14/2016, Attorney Identification No.: 1177695)
- U.S. Court of Appeals for the Second Circuit (Admission Date: 5/1/2019)
- U.S. Court of Appeals for the Third Circuit (Admission Date: 5/1/2023)
- U.S. Court of Appeals for the Fourth Circuit (Admission Date: 9/21/2017)
- U.S. Court of Appeals for the Fifth Circuit (Admission Date: 7/18/2018)
- U.S. Court of Appeals for the Sixth Circuit (Admission Date: 10/27/2017)
- U.S. Court of Appeals for the Seventh Circuit (Admission Date: 5/3/2019)
- U.S. Court of Appeals for the Eighth Circuit (Admission Date: 12/9/2024)
- U.S. Court of Appeals for the Ninth Circuit (Admission Date: 2/17/2017)
- U.S. Court of Appeals for the Tenth Circuit (Admission Date: 1/5/2024)
- U.S. Court of Appeals for the Eleventh Circuit (Admission Date: 1/30/2023)
- U.S. Court of Appeals for the District of Columbia Circuit (Admission Date: 7/31/2020)
- U.S. Court of Appeals for the Federal Circuit (Admission Date: 7/17/2018)
- U.S. Court of Federal Claims (Admission Date: 10/2/2017)
- U.S. District Court for the District of Columbia (Admission Date: 7/6/2020)
- U.S. District Court for the Central District of California (Admission Date: 1/6/2014)
- U.S. District Court for the Eastern District of California (Admission Date: 10/17/2019)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Matthew David Rowen

*was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 02, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*