IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>    Defendants. | Civil Action No. 4:24-cv-00953-P |

### Plaintiffs' Notice of Withdrawal of Opposition to Motion to Intervene

Plaintiffs Outsourcing Facilities Association ("OFA") and North American Custom Laboratories, LLC, doing business as FarmaKeio Custom Compounding ("FarmaKeio") hereby withdraw their opposition to Eli Lilly and Company's Motion to Intervene, Dkt. No. 34.

1. Plaintiffs' opposition was premised on Lilly's lack of any right to intervene under Rule 24(a) and belief that permissive intervention was unwarranted and inappropriate based on the prospect of prejudice to the timely and efficient adjudication of this action, particularly in its initial stages.

2. Having reviewed Lilly's motion papers, Plaintiffs withdraw their opposition on the basis that Lilly most likely satisfies the standard for permissive intervention pursuant to Rule 24(b) and in the interest of avoiding unnecessary proceedings over ancillary issues.

3. Plaintiffs respectfully suggest that, if the Court grants intervention, that it adjust, and then enter, the briefing schedule jointly proposed by Plaintiffs and Defendants, Dkt. No. 38-1, to clarify that the deadlines for Defendants' filings also apply to an intervenor–defendant.

Dated: January 3, 2025                     /s/ Ty Doyle
                TY DOYLE (Texas Bar No. 24072075)
                BAKER & HOSTETLER LLP
                811 Main Street, Suite 1100
                Houston, TX 77002
                (713) 646-1374
                tgdoyle@bakerlaw.com

                ANDREW M. GROSSMAN*
                RICHARD B. RAILE*
                RENEE M. KNUDSEN*
                MARC N. WAGNER*
                BAKER & HOSTETLER LLP
                1050 Connecticut Ave., N.W., Suite 1100
                Washington, D.C. 20036
                (202) 861-1567
                lrosebush@bakerlaw.com

                * Admitted *pro hac vice*

                *Attorneys for Plaintiffs*

## **Certificate of Service**

      I hereby certify that this document, filed through the CM/ECF system on this day, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 3, 2025

*/s/ Ty Doyle*
TY DOYLE (Texas Bar No. 24072075)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

*Attorney for Plaintiffs*