UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES**
**ASSOCIATION, ET AL.,**

  Plaintiffs,

v.     No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG**
**ADMINISTRATION, ET AL.,**

  Defendants.

## ORDER RESETTING HEARING

The Court previously scheduled a hearing in this matter for January 10, 2025, at 1:30 p.m. in the Fourth Floor Courtroom of the Eldon B. Mahon Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102. Due to hazardous weather that is expected on Friday, the Court finds it prudent to reschedule the hearing for **Tuesday, January 14, 2025, at 2:45 p.m.**

**SO ORDERED** on this **7th day of January 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE