**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Outsourcing Facilities Association et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No.  4:24-cv-953-P |
| | § | |
| | § | |
| U.S. Food and Drug Administration et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

Kirkland & Ellis LLP                                                                , with offices at

333 West Wolf Point Plaza
(Street Address)

Chicago                                         IL                    60654
(City)                                              (State)              (Zip Code)

(312) 862-7090                                  (312) 862-2200
(Telephone No.)                                 (Fax No.)


**II.**      Applicant will sign all filings with the name  James R.P. Hileman                               .


**III.**      Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Eli Lilly and Company




to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Illinois_____, where Applicant regularly practices law.

Bar license number:_6289737_    Admission date:_11/09/2006_____

| For Court Use Only. |
| --- |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| See attached Exhibit A. | | |
| | | |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A                           N/A

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, Jr.                                                              , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                                    TX                76102
(City)                                        (State)           (Zip Code)

(817) 332-2500                                (817) 878-9280
(Telephone No.)                               (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___10th___ day of _January_____, __2025___ .

James R.P. Hileman
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

ATTACHMENT A – LIST OF ADDITIONAL COURT ADMISSIONS
JAMES R.P. HILEMAN

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status |
|---|---|---|---|
| US Court of Appeals, DC Circuit | | 06/22/2022 | Active |
| US Court of Appeals, Fifth Circuit | | 02/08/2022 | Active |
| US Court of Appeals, Seventh Circuit | | 07/13/2021 | Active |
| US Court of Appeals, Third Circuit | | 02/11/2021 | Active |
| US Court of Appeals, Sixth Circuit | | 10/01/2015 | Active |
| US District Court, NDIL | 6289737 | 02/22/2007 | Active |
| US District Court, EDMI | | 05/05/2014 | Active |
| US District Court, EDWI | | 07/24/2008 | Active |



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

James Hileman
333 West Wolf Plaza
Chicago, IL 60654

Chicago
Friday, January 10, 2025

In re:    James Hileman
          Attorney No. 6288737

To Whom It May Concern:

    We have received a request for written verification of the status of James Hileman for the use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that James Hileman was admitted to practice law in Illinois on November 9, 2006; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Denise N. Manolis*
    Denise N. Manolis
    Deputy Registrar

DNM:dnm

4901-6463-4126, v. 1