UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Outsourcing Facilities Association et al.  §
    *Plaintiff*  §
   §
   §
   §
v.  §   Case No. 4:24-cv-953-P
   §
   §
U.S. Food and Drug Administration et al.  §
    *Defendant*  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Kirkland & Ellis LLP, with offices at

601 Lexington Avenue
(Street Address)

New York     NY     10022
(City)     (State)     (Zip Code)

(212) 446-4970     N/A
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Jay P. Lefkowitz.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Eli Lilly and Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2192425    Admission date: 03/21/1996

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached Exhibit A. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A   N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, Jr.                                                                 , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                           TX                    76102
(City)                               (State)              (Zip Code)

(817) 332-2500                       (817) 878-9280
(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13th   day of January                , 2025   .

Jay P. Lefkowitz
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

EXHIBIT A – LIST OF COURT ADMISSIONS
JAY P. LEFKOWITZ

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status |
|---|---|---|---|
| US Court of Appeals, DC Circuit | 46874 | 6/14/2000 | Active |
| US District Court, NDIL | | 6/2/2020 | Active |
| US District Court, NDNY | 701334 | 9/26/2019 | Active |
| US Court of Appeals, Seventh Circuit | | 11/6/2015 | Active |
| US Court of Appeals, First Circuit | 1129170 | 10/1/2015 | Active |
| US Court of Appeals, Sixth Circuit | | 11/13/2013 | Active |
| US Court of Appeals, Third Circuit | | 6/29/2012 | Active |
| US Court of Appeals, Tenth Circuit | | 4/15/2010 | Active |
| US District Court, EDNY | JL 7062 | 1/1/2009 | Active |
| US Court of Appeals, Fifth Circuit | | 8/9/2007 | Active |
| US District Court, DCO | | 5/21/2007 | Active |
| US Court of Appeals, Eleventh Circuit | | 12/13/2006 | Active |
| US Tax Court | LJ 1041 | 5/2/2006 | Active |
| US Court of Appeals, Ninth Circuit | | 2/14/2001 | Active |

| | | | |
|---|---|---|---|
| US Court of Appeals, Eighth Circuit | | 4/19/1999 | Active |
| US District Court, EDWI | | 2/7/1997 | Active |
| US District Court, DDC | 449280 | 12/2/1996 | Active |
| US Court of Appeals, Second Circuit | | 2/23/1996 | Active |
| US District Court, EDMI | | 8/26/1994 | Active |
| US Supreme Court | | 1/19/1993 | Active |
| US Court of Appeals, Fourth Circuit | | 2/14/1992 | Active |
| US District Court, SDNY | JL 7062 | 8/8/1989 | Active |



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jay Philip Lefkowitz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 21, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 9, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00208235



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020