UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                                    No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER

On January 14, 2025, the Court held a hearing in the above numbered and styled case. Based on the findings made at the hearing, the Court will not convert the impending motion for preliminary injunction into a motion for summary judgment. Further, it is **ORDERED** that: (1) Plaintiffs shall file their motion for preliminary injunction two weeks after receiving the Decision Memorandum under the protective order entered this same day; (2) Defendants and Intervenor Defendant shall file their Responses three-weeks after Plaintiffs' motion for preliminary injunction is filed; and (3) Plaintiffs shall file their Reply one week after Defendants' Responses are filed.[1]

**SO ORDERED** on this **14th day of January 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[1] After making a determination on the motion for preliminary injunction, the Court plans to order the Parties to brief their summary judgment motions on an expedited basis. Thus, the Court expects and hopes that the FDA will compile the administrative record for this case in three weeks as it represented at the hearing.