**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division**

|  |  |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 4:24-cv-00953-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

**Appendix (Vol II of IV) in Support of Plaintiffs' Motion for a
<u>Preliminary Injunction and Stay Pending Review</u>**

| Description | Pages |
|---|---|
| Declaration of Dan DeNeui | App. 1–3 |
| Declaration of Andrew Grossman | App. 4 |
| Declaration of Lee Rosebush | App. 5–16 |
| Exhibit 1 | App. 17–49 |
| Exhibit 2 | App. 50–62 |
| Exhibit 3 | App. 63–65 |
| Exhibit 4 | App. 66–68 |
| Exhibit 5 | App. 69–72 |
| Exhibit 6 | App. 73–96 |
| Exhibit 7 | App. 97–101 |
| Exhibit 8 | App. 102–104 |
| Exhibit 9 | App. 105–111 |
| Exhibit 10 | App. 112–117 |
| Exhibit 11 | App. 118–122 |
| Exhibit 12 | App. 123–124 |
| Exhibit 13 | App. 125–130 |
| Exhibit 14 | App. 131–135 |
| Exhibit 15 | App. 136–172 |
| Exhibit 16 | App. 173–177 |
| Exhibit 17 | App. 178–180 |

| Exhibit 18 | App. 181–182 |
|------------|--------------|
| Exhibit 19 | App. 183–186 |
| Exhibit 20 | App. 187–188 |
| Exhibit 21 | App. 189–190 |
| Exhibit 22 | App. 191–192 |
| Exhibit 23 | App. 193–194 |
| Exhibit 24 | App. 195–196 |
| Exhibit 25 | App. 197–198 |
| Exhibit 26 | App. 199–200 |
| Exhibit 27 | App. 201–202 |
| Exhibit 28 | App. 203–204 |
| Exhibit 29 | App. 205–206 |
| Exhibit 30 | App. 207–208 |
| Exhibit 31 | App. 209–210 |
| Exhibit 32 | App. 211–212 |
| Exhibit 33 | App. 213–215 |
| Exhibit 34 | App. 216–218 |
| Exhibit 35 | App. 219–223 |
| Exhibit 36 | App. 224–228 |
| Exhibit 37 | App. 229–234 |
| Exhibit 38 | App. 235–243 |
| Exhibit 39 | App. 244–311 |
| Exhibit 40 | App. 312–316 |

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 28, 2025, and that I caused a copy of the foregoing, and all accompanying papers, to be served via process server and via U.S. mail on the following:

United States Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, Maryland 20903

Dated: January 28, 2025

/s/ Ty Doyle

TY DOYLE (Texas Bar No. 24072075)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

*Attorney for Plaintiffs*

# Exhibit 15

| From: | no-reply@regulations.gov |
|---|---|
| To: | Janacek, Benjamin |
| Subject: | Your Comment Submitted on Regulations.gov (ID: FDA-2015-N-0030-0001) |
| Date: | Tuesday, December 17, 2024 1:32:15 PM |

[External Email: Use caution when clicking on links or opening attachments.]

Please do not reply to this message. This email is from a notification only address that cannot accept incoming email.

Your comment was submitted successfully!
Comment Tracking Number: m4s-sjbk-e226

Your comment has been sent for review. This process is dependent on agency public submission policies/procedures and processing times. Once the agency has posted your comment, you may view it on Regulations.gov using your Comment Tracking Number.

Agency: FOOD AND DRUG ADMINISTRATION (FDA)
Document Type: Notice
Title: Compounding of Human Drug Products Under the Federal Food, Drug, and Cosmetic Act; Establishment of a Public Docket
Document ID: FDA-2015-N-0030-0001

Comment:
On behalf of the Outsourcing Facility Association, attached please find information demonstrating that FDA-approved GLP-1s are in shortage.

Uploaded File(s):
12.14 Hims and Hers_GLP1 Shortage_thru 12-14-24.pdf
12.14 Wholesaler data Vol 1.pdf
12.14 Wholesaler Data Vol 3.pdf
12.14 wholesalerdata Vol 2.pdf
12.16 Newer Diabetes Drugs Still Under.pdf
12.16 Petition Protect Patients Demand the FDA Ensure Access to Affordable GLP-1 Medications.pdf

For further information about the Regulations.gov commenting process, please visit https://www.regulations.gov/faq.

**App. 137**

Standard |      | Account #:

Rebates:    GRx **8%**    BRx **4%** *    Web **1%** ▾

**AVAILABILITY** ▾

☐ Available(4)

**CONTRACT** ▾

☐ Anda(6)

**BRAND VS. GENERIC** ▾

☐ Brand(6)

**RX VS. OTC** ▾

☐ Rx(6)

**CATEGORY** ▾

☐ Injectable(6)

**MANUFACTURER** ▸

**FORM** ▸

**STRENGTH** ▸

**PACK SIZE** ▸

**DESCRIPTION** ▸



| ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | EST. NET PRIC... |
|---|---|---|---|---|
| **BEST PRICE** MOUNJARO 2.5MG/0.5ML NDC: 00002150680 Item: 805290 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |
| **BEST PRICE** MOUNJARO 10MG/0.5ML NDC: 00002147180 Item: 805293 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |
| **BEST PRICE** MOUNJARO 12.5MG/0.5ML NDC: 00002146080 Item: 805294 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |
| **BEST PRICE** MOUNJARO 15MG/0.5ML NDC: 00002145780 Item: 805295 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |
| **BEST PRICE** MOUNJARO 7.5MG/0.5ML NDC: 00002148480 Item: 805292 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |
| **BEST PRICE** MOUNJARO 5MG/0.5ML NDC: 00002149580 Item: 805291 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 |

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships

The maximum quantity available that you can order is 2    2   **ADD**   —   Refrigerated Item: Ships Monday

Rebates: GRx **8%**   BRx **4% ***   Web **1% ▼**

| | ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | EST. NET PRIC... | | |
|---|---|---|---|---|---|---|---|
| ♡ | **BEST PRICE** ZEPBOUND 10MG/0.5ML NDC: 00002247180 Item: 805517 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships |
| ♡ | **BEST PRICE** ZEPBOUND 15MG/0.5ML NDC: 00002245780 Item: 805519 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships |
| ♡ | **BEST PRICE** ZEPBOUND 5MG/0.5ML NDC: 00002249580 Item: 805515 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships |
| ♡ | **BEST PRICE** ZEPBOUND 2.5MG/0.5ML NDC: 00002250680 Item: 805514 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships |
| ♡ | **BEST PRICE** ZEPBOUND 12.5MG/0.5ML NDC: 00002246080 Item: 805518 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships |
| ♡ | **BEST PRICE** ZEPBOUND 7.5MG/0.5ML NDC: 00002248480 Item: 805516 MFR: ELI LILLY NET Ⓑ ✳ ☑ ⊘ | INJECTABLE PREFILLED PEN | 4 | $1,115.65 | $1,115.65 | — | **The maximum quantity available that you can order is 2** [ 2 ] [ ADD ] Refrigerated Item: Ships Monday |

**Availability**

☐ Available(2)

**CONTRACT** ▼

☐ Anda(6)

**BRAND VS. GENERIC** ▼

☐ Brand(6)

**RX VS. OTC** ▼

☐ Rx(6)

**CATEGORY** ▼

☐ Injectable(6)

**MANUFACTURER** ▶

**FORM** ▶

**STRENGTH** ▶

**PACK SIZE** ▶

**DESCRIPTION** ▶

sales@capital-drug.com   0 Items



Search Products...

Home    Forms    My Account    Contact Us



**FRIDAY THE 13TH SPECIALS**

| Compared to | Size | Generic Name | Key # | Price |
|---|---|---|---|---|
| Amoxil | 100 | Amoxicillin 875mg Tab | 862501 | $13.00 |
| Glumetza | 100 | Metformin ER 500mg Tab | 470001 | $13.00 |
| Isoptin SR | 100 | Verapamil ER 120mg Tab | 432001 | $13.00 |
| Lipitor | 1000 | Atorvastatin 10mg | 113610 | $13.00 |
| Luvox | 100 | Fluvoxamine 100mg Tab | 901600 | $13.00 |
| Macrobid | 100 | Nitrofurantoin M/M 100mg Cap | 915781 | $13.00 |
| Namenda XR | 90 | Memantine ER 14mg Cap | 600556 | $13.00 |
| Proair HFA | 8.5gm | Albuterol HFA 90MCG Inhaler | 800963 | $13.00 |
| Prozac | 500 | Fluoxetine 40mg Cap | 801150 | $13.00 |

Specials available online or contact your account manager (While supplies last!)

Home > Search: mounj

**Narrow Your Search**    « ‹   1 - 6 of 6   › »    View: 12



Product Availability
_All_

Brand Name
_All_

Brand/Generic
_All_

Strength
_All_

Size
_All_

Dosage Description
_All_

Color
_All_

Storage
_All_

Rx/OTC
_All_

Class
_All_

**Manufacturers**

_select manufacturer..._

Go

**MOUNJARO 10MG/0.5ML SOLN**

4X0.5ML
Item#: 214718
NDC: 00002-1471-80
Manufacturer: ELI LILLY AND COMPANY
Available: 7.00

Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

**MOUNJARO 12.5MG/0.5ML SOL**

4X0.5ML
Item#: 214608
NDC: 00002-1460-80
Manufacturer: ELI LILLY AND COMPANY
Available: 6.00

Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

**MOUNJARO 15MG/0.5ML SOLN**

4X0.5ML
Item#: 214578
NDC: 00002-1457-80
Manufacturer: ELI LILLY AND COMPANY
Available: 28.00

Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

**MOUNJARO 2.5MG/0.5ML SOLN**

4X0.5ML
Item#: 215068
NDC: 00002-1506-80
Manufacturer: ELI LILLY AND COMPANY
Available: 8.00

Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List



**MOUNJARO 5MG/0.5ML SOLN I**

4X0.5ML

**Item#:** 214958
**NDC:** 00002-1495-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 49.00

Your Price:

**$1,175.99** Each

Add to Cart

+ Supply List

**MOUNJARO 7.5MG/0.5ML SOLN**

4X0.5ML

**Item#:** 214848
**NDC:** 00002-1484-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 34.00

Your Price:

**$1,175.99** Each

Add to Cart

+ Supply List

《 ‹  1 - 6 of 6  › 》                       View: 12



Copyright © 2010-2023 Capital Wholesale Drug Company – All Rights Reserved

Terms of Use  |  Privacy I

**App. 141**



sales@capital-drug.com   0 Items



CAPITAL WHOLESALE DRUG

Search Products...

| Home | Forms | My Account | Contact Us |



## FRIDAY THE 13TH
### SPECIALS

| Compared to | Size | Generic Name | Key # | Price |
|---|---|---|---|---|
| Amoxil | 100 | Amoxicillin 875mg Tab | 862501 | $13.00 |
| Glumetza | 100 | Metformin ER 500mg Tab | 470001 | $13.00 |
| Isoptin SR | 100 | Verapamil ER 120mg Tab | 432001 | $13.00 |
| Lipitor | 1000 | Atorvastatin 10mg | 113610 | $13.00 |
| Luvox | 100 | Fluvoxamine 100mg Tab | 901600 | $13.00 |
| Macrobid | 100 | Nitrofurantoin M/M 100mg Cap | 915781 | $13.00 |
| Namenda XR | 90 | Memantine ER 14mg Cap | 600556 | $13.00 |
| Proair HFA | 8.5gm | Albuterol HFA 90MCG Inhaler | 800963 | $13.00 |
| Prozac | 500 | Fluoxetine 40mg Cap | 801150 | $13.00 |

Specials available online or contact your account manager (While supplies last!)

Home > Search: zepbound



### Narrow Your Search

«« ‹   1 - 6 of 6   › »»        View: 12

**Product Availability**
All

**Brand Name**
All

**Brand/Generic**
All

**Strength**
All

**Size**
All

**Dosage Description**
All

**Color**
All

**Storage**
All

**Rx/OTC**
All

**Class**
All

### Manufacturers

select manufacturer...

Go

---

**ZEPBOUND 10MG/0.5ML SOLN**

4X0.5ML
Item#: 247180
NDC: 00002-2471-80
Manufacturer: ELI LILLY AND COMPANY
Available: 11.00

Your Price:
**$1,165.86** Each

Add to Cart

+ Supply List

---

**ZEPBOUND 12.5MG/0.5ML SOL**

4X0.5ML
Item#: 246080
NDC: 00002-2460-80
Manufacturer: ELI LILLY AND COMPANY
Available: 7.00

Your Price:
**$1,165.86** Each

Add to Cart

+ Supply List

---

**ZEPBOUND 15MG/0.5ML SOLN**

4X0.5ML
Item#: 224578
NDC: 00002-2457-80
Manufacturer: ELI LILLY AND COMPANY
Available: 33.00

Your Price:
**$1,165.86** Each

Add to Cart

+ Supply List

---

**ZEPBOUND 2.5MG/0.5ML SOL**

4X0.5ML
Item#: 250680
NDC: 00002-2506-80
Manufacturer: ELI LILLY AND COMPANY
Available: 3.00

Your Price:
**$1,165.86** Each

Add to Cart

+ Supply List



**ZEPBOUND 5MG/0.5ML SOLN I**

4X0.5ML

**Item#:** 249580
**NDC:** 00002-2495-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 3.00

Your Price:

**$1,165.86** Each

Add to Cart

+ Supply List

**ZEPBOUND 7.5MG/0.5ML SOLN**

4X0.5ML

**Item#:** 248480
**NDC:** 00002-2484-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 14.00

Your Price:

**$1,165.86** Each

Add to Cart

+ Supply List

≪ ‹   1 - 6 of 6   › ≫          View: 12



Terms of Use │ Privacy │

Copyright © 2010-2023 Capital Wholesale Drug Company – All Rights Reserved

**App. 143**

**SMARTSOURCE** | REPORTSMITH TPS/AWP/PFP/SMARTSOURCE/RX CRIMINAL FILES

Sign Out

CPA Top Products (https://order.smartsourcerx.com/smtstorefront/bgb2b/en//catalog-search?term=CPA%20Top%20Products)

Help ▾    Sho

**Short Dates**   **Product Specials**   **Recently Purc.....**   **Picked For You**   **Best Seller**

Update: Christmas 2024 and New Year's Day 2025 holiday schedule.

ⓘ

Learn More (https://order.smartsourcerx.com/medias/sys_master/root/h18/h7d/h00/h00/14816720125982/SMT-Christmas-New-Year-Noti

Add **$100.00** of generics for **FREE SHIPPING** on December 16 2024

$0          $100          $300

## Cart Summary

**Quick Add**

Showing **6** results for **mounjaro**

Sort By

Select

| Enter UPC, NDC, Product # | Search |

---

### Filters    Clear All

**Refine Search**

- In Stock Only
- Usage Only
- Formulary Only
- Short Dates Only
- Deal Pricing

**Strength**

- 10 mg/0.5 mL (1)
- 12.5 mg/0.5 mL (1)
- 15 mg/0.5 mL (1)

---

**MOUNJARO 15 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-...
PRE-FILLED PEN • 15 mg/0.5 mL • EA  ZC

NDC #: 00002-1457-80
Product #: 10268735
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

100+ Available

| - | 1 | + |

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing    Material Note

Your cart is empty
Add products to your cart

**App. 144**

2.5 mg/0.5 mL (1)

5 mg/0.5 mL (1)

View More

**Form**

PRE-FILLED PEN (6)

**Product Type**

RX (6)

**Branded Vs. Generic**

Branded (6)

**Unit Dose**

Non Unit Dose (6)

**Unit Size**

4x0.5 (6)

**Fine Line Category**

All Rx Products (6)

**Generic Names**

tirzepatide SUBCUT PEN
INJCTR 10MG/0.5ML (1)

tirzepatide SUBCUT PEN
INJCTR 12.5MG/0.5 (1)

tirzepatide SUBCUT PEN
INJCTR 15MG/0.5ML (1)

tirzepatide SUBCUT PEN
INJCTR 2.5 MG/0.5 (1)

tirzepatide SUBCUT PEN
INJCTR 5 MG/0.5 ML (1)

View More

**Manufacturer**

**MOUNJARO 10 MG PFP 4X0.5 ML**

**(/smtstorefront/bgb2b/en/All-Rx-…**

**PRE-FILLED PEN • 10 mg/0.5 mL • EA   zc**

NDC #: 00002-1471-80
Product #: 10268696
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

**87**
Available

| - | 1 | + |

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing      Material Note

**MOUNJARO 5 MG PFP 4X0.5 ML**

**(/smtstorefront/bgb2b/en/All-Rx-…**

**PRE-FILLED PEN • 5 mg/0.5 mL • EA   zc**

NDC #: 00002-1495-80
Product #: 10268736
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

**41**
Available

| - | 1 | + |

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing

**Your Offers**                    Generic Total **$0.00**

Save 2% on brands when you spend
**$250 in generics in one order.**
**Code 2BRAND250DEC24**

Click to
Apply      "Expires December 31, 2024 at 11:59 pm ET. Qualifying
amount of $250 applies to Smart... View More

**Instant Rebate - Save 2% on formulary
generic items**
**Automatically applied - no code needed**

Not
Applicable    Qualifying amount of $100 applies to regularly priced
SmartSource generics items and ... View More

**App. 145**

ELI LILLY & CO. (6)

**Color**

clear (5)



**MOUNJARO 7.5 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-…
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA  ZC

NDC #: 00002-1484-80
Product #: 10268669
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

**1**
Restricted

[ - ]  1  [ + ]

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing

**MOUNJARO 2.5 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-…
PRE-FILLED PEN • 2.5 mg/0.5 mL • EA  ZC

NDC #: 00002-1506-80
Product #: 10268764
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

**21**
Available

[ - ]  1  [ + ]

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing

**App. 146**

## MOUNJARO 12.5 MG PFP 4X0.5 ML
(/smtstorefront/bgb2b/en/All-Rx-…

**PRE-FILLED PEN • 12.5 mg/0.5 mL • EA**   zc

**NDC #: 00002-1460-80**
Product #: 10268755
LILLY ELI & CO
Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

**44**
Available

| - | 1 | + |

**Add to Cart**

**Find Alternatives**

**Requires Refrigeration/Freezing**     Material Note

---

## Account Management

My Orders
(/smtstorefront/bgb2b/en/orders/my-orders)

Support Services
(/smtstorefront/bgb2b/en/self-service)

My Invoices
(/smtstorefront/bgb2b/en/invoices/my-invoices)

Receiving
(/smtstorefront/bgb2b/en/receiving)

Settings & Preferences
(/smtstorefront/bgb2b/en/settings-preferences)

## Resources

Diversion Control & Security
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/Diversion-Control-and-Security)

Drug Supply Chain Security
Act (DSCSA)
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/dscsa_resources)

2024 Holiday Schedule
Details
(https://www.amerisourcebergen.com/holiday-schedules?
utm_source=Smt&utm_medium=my-invoices)

FDA Drug Shortage
(https://www.fda.gov/drugs/drug-safety-and-availability/drug-shortages)

Safety Data Sheet (
https://safetydata.cencora.com/)

## Help

Mobile App
(/smtstorefront/bgb2b/en/mobile-app)

Contact Sales
(/smtstorefront/bgb2b/en/Representative)

FAQs
(/smtstorefront/bgb2b/en/faqs)

Contact Us
(/smtstorefront/bgb2b/en/contact-us)

Help Center

Request Price Stickers

## Legal

Terms & Conditions
(/smtstorefront/bgb2b/en/terms-and-conditions)

Privacy Policy
(/smtstorefront/bgb2b/en/privacy-statement)

**App. 147**

Biosimilar Information Hub
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/biosimilar-hub)

Common Account Updates
Guide
(https://order.smartsourcerx.com/medias/sys_master/root/hed/hf0/h00/h00/14554230292510/24-HGS-00201-Account-maintenance-guide-14JUNE24-0V4.pdf)

340B Resources
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/smt340binformationhub)

Risk Evaluation and
Mitigation Strategies
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/smt-rems)

Copyright ©2024 AmerisourceBergen Corporation. All Rights Reserved.

**App. 148**

**SMARTSOURCE** | REPORTS HTTPS AWRPFPRSMARTSHRCEWEXOMMFIMANALYSIS    Sign Out

CPA Top Products (https://order.smartsourcerx.com/smtstorefront/bgb2b/en//catalog-search?term=CPA%20Top%20Products)

**Short Dates**    **Product Specials**    **Recently Purc.....**    **Picked For You**    **Best Seller**

Help ▾    Sho

Update: Christmas 2024 and New Year's Day 2025 holiday schedule.

ⓘ

Add **$100.00** of generics for **FREE SHIPPING** on December 16 2024

Learn More (https://order.smartsourcerx.com/medias/sys_master/root/h18/h7d/h00/h00/14816720125982/SMT-Christmas-New-Year-Noti

$0          $100          $300

**Cart Summary**

Showing **6** results for **zepbound**

Sort By

Select

**Quick Add**

Enter UPC, NDC, Product #    Search

**Filters**    Clear All

**Refine Search**

In Stock Only

Usage Only

Formulary Only

Short Dates Only

Deal Pricing

**Strength**

10 mg/0.5 mL (1)

12.5 mg/0.5 mL (1)

15 mg/0.5 mL (1)

**ZEPBOUND 10 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-...
**PRE-FILLED PEN • 10 mg/0.5 mL • EA** ZC

NDC #: 00002-2471-80
Product #: 10284399
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

100+
Available

−    1    +

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing    Material Note

Your cart is empty
Add products to your cart

**App. 149**

2.5 mg/0.5 mL (1)

5 mg/0.5 mL (1)

View More

**Form**

PRE-FILLED PEN (6)

**Product Type**

RX (6)

**Branded Vs. Generic**

Branded (6)

**Unit Dose**

Non Unit Dose (6)

**Unit Size**

4x0.5 (6)

**Fine Line Category**

All Rx Products (6)

**Generic Names**

tirzepatide SUBCUT PEN
INJCTR 10MG/0.5ML (1)

tirzepatide SUBCUT PEN
INJCTR 12.5MG/0.5 (1)

tirzepatide SUBCUT PEN
INJCTR 15MG/0.5ML (1)

tirzepatide SUBCUT PEN
INJCTR 2.5 MG/0.5 (1)

tirzepatide SUBCUT PEN
INJCTR 5 MG/0.5ML (1)

View More

**Manufacturer**

---

**ZEPBOUND 5 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-…
PRE-FILLED PEN • 5 mg/0.5 mL • EA  zc

NDC #: 00002-2495-80
Product #: 10284369
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

17
Available        | - | 1 | + |

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing

---

**ZEPBOUND 15 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-…
PRE-FILLED PEN • 15 mg/0.5 mL • EA  zc

NDC #: 00002-2457-80
Product #: 10284412
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

1
Restricted       | - | 1 | + |

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing    Material Note

---

**Your Offers**                    Generic Total **$0.00**

Save 2% on brands when you spend
$250 in generics in one order.
Code 2BRAND250DEC24

Click to
Apply

*Expires December 31, 2024 at 11:59 pm ET. Qualifying
amount of $250 applies to Smart... View More

Instant Rebate - Save 2% on formulary
generic items
**Automatically applied - no code needed**

Not
Applicable

Qualifying amount of $100 applies to regularly priced
SmartSource generics items and ... View More

**App. 150**



ELI LILLY & CO. (6)

**Color**

clear (6)

ZEPBOUND 7.5 MG PFP 4X0.5 ML

(/smtstorefront/bgb2b/en/All-Rx-...

PRE-FILLED PEN • 7.5 mg/0.5 mL • EA   ZC

NDC #: 00002-2484-80
Product #: 10284398
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

**51** Available    −   1   +

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing    Material Note

**ZEPBOUND 12.5 MG PFP 4X0.5 ML**

(/smtstorefront/bgb2b/en/All-Rx-...

PRE-FILLED PEN • 12.5 mg/0.5 mL • EA   ZC

NDC #: 00002-2460-80
Product #: 10284471
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

**24** Available    −   1   +

**Add to Cart**

**Find Alternatives**

Requires Refrigeration/Freezing

**App. 151**

**ZEPBOUND 2.5 MG PFP 4X0.5 ML**
(/smtstorefront/bgb2b/en/All-Rx-...

**PRE-FILLED PEN • 2.5 mg/0.5 mL • EA**   zc

NDC #: 00002-2506-80
Product #: 10284470
LILLY ELI & CO
Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

**25**
Available

| - | 1 | + |

**Add to Cart**

**Find Alternatives**

**Requires Refrigeration/Freezing**

## Account Management

My Orders
(/smtstorefront/bgb2b/en/orders/my-orders)

Support Services
(/smtstorefront/bgb2b/en/self-service)

My Invoices
(/smtstorefront/bgb2b/en/invoices/my-invoices)

Receiving
(/smtstorefront/bgb2b/en/receiving)

Settings & Preferences
(/smtstorefront/bgb2b/en/settings-preferences)

## Resources

Diversion Control & Security
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/Diversion-Control-and-Security)

Drug Supply Chain Security Act (DSCSA)
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/dscsa_resources)

2024 Holiday Schedule Details
(https://www.amerisourcebergen.com/holiday-schedules?utm_source=Smt&utm_medium=app)

FDA Drug Shortage
(https://www.fda.gov/drugs/drug-safety-and-availability/drug-shortages)

Safety Data Sheet
https://safetydata.cencora.com/)

## Help

Mobile App
(/smtstorefront/bgb2b/en/mobile-app)

Contact Sales
(/smtstorefront/bgb2b/en/Representative)

FAQs
(/smtstorefront/bgb2b/en/faqs)

Contact Us
(/smtstorefront/bgb2b/en/contact-us)

Help Center

Request Price Stickers

## Legal

Terms & Conditions
(/smtstorefront/bgb2b/en/terms-and-conditions)

Privacy Policy
(/smtstorefront/bgb2b/en/privacy-statement)

**App. 152**

Biosimilar Information Hub
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/biosimilar-
hub)

Common Account Updates
Guide
(https://order.smartsourcerx.com/medias/sys_master/root/hed/hf0/h00/h00/14554230292510/24-
HGS-00201-Account-
maintenance-guide-
14JUNE24-0V4.pdf)

340B Resources
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/smt340binformationhub)

Risk Evaluation and
Mitigation Strategies
(https://order.smartsourcerx.com/smtstorefront/bgb2b/en/smt-
rems)

Copyright ©2024 AmerisourceBergen Corporation. All Rights Reserved.

App. 153

Standard |

⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2



**MOUNJARO 12.5MG/0.5ML**
NDC: 00002146080
Item: 805294
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ✳ ☑️ ⊘

4   |   $1,125.35   —   [ 2 ]

⚠ Refrigerated Item: Ships Monday      ×
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2



**MOUNJARO 7.5MG/0.5ML**
NDC: 00002148480
Item: 805292
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ✳ ☑️ ⊘

4   |   $1,125.35   —   [ 2 ]

⚠ Refrigerated Item: Ships Monday      ×
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2



**MOUNJARO 10MG/0.5ML**
NDC: 00002147180
Item: 805293
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ✳ ☑️ ⊘

4   |   $1,125.35   —   [ 2 ]

⚠ Refrigerated Item: Ships Monday      ×
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

DELETE SELECTED

**App. 154**

Anda

Standard |

⚠ Daily Order Limit: 2



**MOUNJARO 12.5MG/0.5ML**
NDC: 00002146080
Item: 805294
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET 🄱 ✳ ☑ ⊘

4   |   $1,125.35   —   2

⚠ Refrigerated Item: Ships Monday   ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2



**MOUNJARO 7.5MG/0.5ML**
NDC: 00002148480
Item: 805292
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET 🄱 ✳ ☑ ⊘

4   |   $1,125.35   —   2

⚠ Refrigerated Item: Ships Monday   ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2



**MOUNJARO 10MG/0.5ML**
NDC: 00002147180
Item: 805293
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET 🄱 ✳ ☑ ⊘

4   |   $1,125.35   —   2

⚠ Refrigerated Item: Ships Monday   ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

DELETE SELECTED

**App. 155**

# Anda

Search by number, name or keyword

55h 20m  LEFT FOR
ON MOND

Standard

| Items | P.O. # Add PO# | | 6 items | $13,504.20 |

| | ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | PER UNIT | QTY |
|---|---|---|---|---|---|---|
| ☐ | **MOUNJARO 2.5MG/0.5ML**<br>NDC: 00002150680<br>Item: 805290<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET Ⓑ ❄ ☑ ⊘ | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | **MOUNJARO 10MG/0.5ML**<br>NDC: 00002147180<br>Item: 805293<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET Ⓑ ❄ ☑ ⊘ | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | **MOUNJARO 12.5MG/0.5ML**<br>NDC: 00002146080<br>Item: 805294<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET Ⓑ ❄ ☑ ⊘ | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

**App. 156**



Search by number, name or keyword

| | 55h 19m | LEFT FOR DELIVERY ON MONDAY |

Standard |



⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                    ✕

**MOUNJARO 15MG/0.5ML**
NDC: 00002145780
Item: 805295
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ❄ ☑ ⊘

4    $1,125.35    —    2

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                    ✕

**MOUNJARO 7.5MG/0.5ML**
NDC: 00002148480
Item: 805292
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ❄ ☑ ⊘

4    $1,125.35    —    2

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                    ✕

**MOUNJARO 5MG/0.5ML**
NDC: 00002149580
Item: 805291
MFR: ELI LILLY

INJECTABLE
PRE FILLED PEN
NET Ⓑ ❄ ☑ ⊘

4    $1,125.35    —    2

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                    ✕

**App. 157**

**Anda** 

Search by number, name or keyword

55h 18m   LEFT FOR DEL
ON MONDAY

Standard |

**ZEPBOUND 10MG/0.5ML**
NDC: 00002247180
Item: 805517
MFR: ELI LILLY

INJECTABLE
PREFILLED PEN
NET

| 4 | $1,115.65 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                    ✕

**ZEPBOUND 5MG/0.5ML**
NDC: 00002249580
Item: 805515
MFR: ELI LILLY



INJECTABLE
PREFILLED PEN
NET

| 4 | $1,115.65 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                    ✕

**ZEPBOUND 15MG/0.5ML**
NDC: 00002245780
Item: 805519
MFR: ELI LILLY

INJECTABLE
PREFILLED PEN
NET

| 4 | $1,115.65 | — | 2 |

⚠ Refrigerated Item: Ships Monday 
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                    ✕

**ZEPBOUND 2.5MG/0.5ML**
NDC: 00002250680
Item: 805514
MFR: ELI LILLY

INJECTABLE
PREFILLED PEN
NET

| 4 | $1,115.65 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                    ✕




# Anda

**Standard**

55h 17m LEFT FOR DELIVERY ON MONDAY

---

⚠ **Refrigerated Item: Ships Monday**
⚠ **No Credit/No Return Refrigerated Item**
⚠ **Daily Order Limit: 2**                                                      ✕

---

☐     ♡      **ZEPBOUND 2.5MG/0.5ML**
             **NDC:** 00002250680          INJECTABLE        4    $1,115.65    —    2
             **Item:** 805514               PREFILLED PEN
             **MFR:** ELI LILLY             NET Ⓑ ✳ ☑ ⊘

⚠ **Refrigerated Item: Ships Monday**
⚠ **No Credit/No Return Refrigerated Item**
⚠ **Daily Order Limit: 2**                                                      ✕

---

☐     ♡      **ZEPBOUND 12.5MG/0.5ML**
             **NDC:** 00002246080          INJECTABLE        4    $1,115.65    —    2
             **Item:** 805518               PREFILLED PEN
             **MFR:** ELI LILLY             NET Ⓑ ✳ ☑ ⊘

⚠ **Refrigerated Item: Ships Monday**
⚠ **No Credit/No Return Refrigerated Item** 
⚠ **Daily Order Limit: 2**                                                      ✕

---

☐     ♡      **ZEPBOUND 7.5MG/0.5ML**
             **NDC:** 00002248480          INJECTABLE        4    $1,115.65    —    2
             **Item:** 805516               PREFILLED PEN
             **MFR:** ELI LILLY             NET Ⓑ ✳ ☑ ⊘

⚠ **Refrigerated Item: Ships Monday**
⚠ **No Credit/No Return Refrigerated Item**
⚠ **Daily Order Limit: 2**                                                      ✕



### MOUNJARO 10MG/0.5ML SOLN



4X0.5ML

**Item#:** 214718
**NDC:** 00002-1471-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 7.00



Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

---

### MOUNJARO 12.5MG/0.5ML SOL

4X0.5ML

**Item#:** 214608
**NDC:** 00002-1460-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 6.00



Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

---

### MOUNJARO 15MG/0.5ML SOLN



4X0.5ML

**Item#:** 214578
**NDC:** 00002-1457-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 28.00



Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List

---

### MOUNJARO 2.5MG/0.5ML SOLN



4X0.5ML

**Item#:** 215068
**NDC:** 00002-1506-80
**Manufacturer:** ELI LILLY AND COMPANY
**Available:** 8.00



Your Price:
**$1,175.99** Each

Add to Cart

+ Supply List



**App. 160**



Search Products...

**Home**     **Forms**     **My Account**     **Contact Us**

## Items in your cart

Make any changes below?    **Update**

❌    **MOUNJARO 10MG/0.5ML SOLN 4X0.5ML**
Item #: 214718
NDC: 00002-1471-80

| 7 |
| Avail:7.00 |

**$8,231.93**
( $1,175.99 EA )

❌    **MOUNJARO 12.5MG/0.5ML SOL 4X0.5ML**
Item #: 214608
NDC: 00002-1460-80

| 6 |
| Avail:6.00 |

**$7,055.94**
( $1,175.99 EA )

❌    **MOUNJARO 15MG/0.5ML SOLN 4X0.5ML**
Item #: 214578
NDC: 00002-1457-80

| 28 |
| Avail:28.00 |

**$32,927.72**
( $1,175.99 EA )

❌    **MOUNJARO 2.5MG/0.5ML SOLN 4X0.5ML**
Item #: 215068
NDC: 00002-1506-80

| 8 |
| Avail:8.00 |

**$9,407.92**
( $1,175.99 EA )



**MOUNJARO 12.5MG/0.5ML SOL 4X0.5ML**
Item #: 214608
NDC: 00002-1460-80

6
Avail:6.00

$7,055.94
( $1,175.99 EA )

**MOUNJARO 15MG/0.5ML SOLN 4X0.5ML**
Item #: 214578
NDC: 00002-1457-80

28
Avail:28.00

$32,927.72
( $1,175.99 EA )

**MOUNJARO 2.5MG/0.5ML SOLN 4X0.5ML**
Item #: 215068
NDC: 00002-1506-80

8
Avail:8.00

$9,407.92
( $1,175.99 EA )

**MOUNJARO 5MG/0.5ML SOLN I 4X0.5ML**
Item #: 214958
NDC: 00002-1495-80

49
Avail:49.00

$57,623.51
( $1,175.99 EA )

**MOUNJARO 7.5MG/0.5ML SOLN 4X0.5ML**
Item #: 214848
NDC: 00002-1484-80

34
Avail:34.00

$39,983.66
( $1,175.99 EA )

App. 162

| ITEM DESCRIPTION ⇕ | SIZE ⇕ | INV PRICE ⇕ | EST. NET PRIC... | PER UNIT | QTY |
|---|---|---|---|---|---|
| **BEST PRICE**<br>**MOUNJARO 10MG/0.5ML**<br>NDC: 00002147180<br>Item: 805293<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |
| **BEST PRICE**<br>**MOUNJARO 2.5MG/0.5ML**<br>NDC: 00002150680<br>Item: 805290<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |
| **BEST PRICE**<br>**MOUNJARO 7.5MG/0.5ML**<br>NDC: 00002148480<br>Item: 805292<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |
| **BEST PRICE**<br>**MOUNJARO 12.5MG/0.5ML**<br>NDC: 00002146080<br>Item: 805294<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |
| **BEST PRICE**<br>**MOUNJARO 15MG/0.5ML**<br>NDC: 00002145780<br>Item: 805295<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |
| **BEST PRICE**<br>**MOUNJARO 5MG/0.5ML**<br>NDC: 00002149580<br>Item: 805291<br>MFR: ELI LILLY<br>NET Ⓑ ✳ ☑ ⊘ | INJECTABLE<br>PRE FILLED PEN | 4 | $1,125.35 | $1,125.35 | — | 2  ADD<br>Refrigerated Item: Ships Monday |



# MOUNJARO 10MG/0.5ML

**Generic Equivalent:** MOUNJARO 10MG/0.5ML
**NDC:** 00002147180 | **UPC:** 300021471804
**Item:** 805293

**Size:** 4
**Form:** INJECTABLE
**Manufacturer:** ELI LILLY

| INV PRICE | EST. NET PRICE | PER UNIT |
|---|---|---|
| $1,125.35 | $1,125.35 | — |

The maximum quantity available that you can order is 2

2    ADD

Refrigerated Item: Ships Monday

## PRODUCT DETAILS

NET Net Price Item  B Brand  ✳ Refrigerated  ☑ Anda Contract  ⊘ No Credit/No Return Refrigerated Item

**Country of Origin:** United States  **AWP Price:** $ 1,282.90

App. 164

Orders ▾  Lists ▾  Support ▾  Savings ▾  Billing ▾  Account ▾



Anda 🐼

Search by number, name or keyword 🔍

55h 44m LEFT FOR DELIVERY ON MONDAY

PROMOS

🛒 $20,198.10  12

Standard |

Rebates: GRx **4%**  BRx **4%** *  Web **1%** ▾

DELETE SELECTED

Your Cart (12 items)

Empty Cart

| Items | | P.O. # Add PO# | 12 items | $20,198.10 |
|---|---|---|---|---|

| | ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | PER UNIT | QTY |
|---|---|---|---|---|---|---|
| ☐ | **MOUNJARO 10MG/0.5ML**<br>NDC: 00002147180<br>Item: 805293<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET 🅑 ❄ ☑ 🚫 | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday<br>⚠ No Credit/No Return Refrigerated Item<br>⚠ Daily Order Limit: 2 | | | | | | ✕ |
| ☐ | **MOUNJARO 2.5MG/0.5ML**<br>NDC: 00002150680<br>Item: 805290<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET 🅑 ❄ ☑ 🚫 | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday<br>⚠ No Credit/No Return Refrigerated Item<br>⚠ Daily Order Limit: 2 | | | | | | ✕ |
| ☐ | **MOUNJARO 7.5MG/0.5ML**<br>NDC: 00002148480<br>Item: 805292<br>MFR: ELI LILLY | INJECTABLE<br>PRE FILLED PEN<br>NET 🅑 ❄ ☑ 🚫 | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday<br>⚠ No Credit/No Return Refrigerated Item<br>⚠ Daily Order Limit: 2 | | | | | | ✕ |
| | **MOUNJARO 12.5MG/0.5ML** | INJECTABLE | | | | |



🚚

WOOHOO! FREE SHIPPING!

**Order Summary**

| Items: | 12 |
|---|---|
| Item Quantities: | 18 |
| Items Subtotal: | $20,198.10 |
| Estimated Tax: | $0.00 |
| **Order Total:** | **$20,198.10** |



PROCEED TO CHECKOUT

By placing your order, you agree to Anda's Terms & Conditions

SEND A MESSAGE

# eGate Portal



| | Usage | Daily Max | Item | NDC/UPC | TE | Description ⬍ | Size ⬍ | Unit Cost ⬍ | Cost ⬍ | Avail ⬍ | Note | Contract ⬍ | Sched Class | Gen Name | MFG | AWP | AWP Spread ⬍ | Retail | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🟢 | | 5 | 956698 | 00002148480 | NR | *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987156 | 00002247180 | NR | ZEPBOUND INJ 10MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 75+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987164 | 00002246080 | NR | ZEPBOUND INJ 12.5MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 25+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987172 | 00002245780 | NR | ZEPBOUND INJ 15MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 25+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987123 | 00002250680 | NR | ZEPBOUND INJ 2.5MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 25+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987131 | 00002249580 | NR | ZEPBOUND INJ 5MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 75+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |
| 🟢 | | 5 | 987149 | 00002248480 | NR | ZEPBOUND INJ 7.5MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 50+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |

App. 166

eGate Portal

Case 4:24-cv-00953-P   Document 67-1   Filed 01/28/25   Page 35 of 86   PageID 698   HOME   LOOKUP   ORDERS   REPORTS   RESOURCES   CONTACT US   LOG OUT



| | Usage | Daily Max | Item | NDC/UPC | TE | Description ⇕ | Size ⇕ | Unit Cost ⇕ | Cost ⇕ | Avail ⇕ | Note | Contract ⇕ | Sched Class | Gen Name | MFG | AWP | AWP Spread ⇕ | Retail | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | | 5 | 956706 | 00002147180 | NR | MOUNJARO 10MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 956714 | 00002146080 | NR | MOUNJARO 12.5MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 956722 | 00002145780 | NR | MOUNJARO 15MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 956672 | 00002150680 | NR | MOUNJARO 2.5MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 50+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 956680 | 00002149580 | NR | MOUNJARO 5MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 956698 | 00002148480 | NR | MOUNJARO 7.5MG/.5ML PREF PEN *REFRIGERATED* | 4X.5 ML SOA | 534.54 | $1,069.08 | 100+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,282.92 | 16.67% | $0.00 | 🖨 |
| ● | | 5 | 987156 | 00002247180 | NR | ZEPBOUND INJ 10MG/.5ML *REFRIGERATED* | 4X.5 ML SOA | 529.935 | $1,059.87 | 75+ | ✳ C | | B-RX | TIRZEPAT | LILLY AN | $1,271.84 | 16.67% | $0.00 | 🖨 |

**Search all Products . . .**   Search   Sale Items   New Items   ▸ Search By Category   All Contracts ⌄   Zero On Hand ✓   Search All ⌄

Best Priced

*NOTE:* The information set forth in the tables is provided for internal use only, and is considered confidential. Availability (Avail) and Costs (Cost) are subject to change throughout the day which may affect the values appearing in the "AWP Spread" column.

App. 167

**SmartSource®**
AmerisourceBergen

Account Management ▾

🔍 zepbound ✕ | **Search**

as 2024 and New Year's Day 2025 holiday schedule.

Learn More ✕

ear All

zepbound

Sort By
Select ▾

### ZEPBOUND 10 MG PFP 4X0.5 ML
PRE-FILLED PEN • 10 mg/0.5 mL • EA  ZC

| | |
|---|---|
| Image Not Available | NDC #: 00002-2471-80<br>Product #: 10284399<br>LILLY ELI & CO |

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted   − 1 +
**Add to Cart**
Find Alternatives

🌡 Requires Refrigeration/Freezing   Ⓟ Material Note

### ZEPBOUND 5 MG PFP 4X0.5 ML
PRE-FILLED PEN • 5 mg/0.5 mL • EA  ZC

| | |
|---|---|
| Image Not Available | NDC #: 00002-2495-80<br>Product #: 10284369<br>LILLY ELI & CO |

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted   − 1 +
**Add to Cart**
Find Alternatives

🌡 Requires Refrigeration/Freezing

### ZEPBOUND 15 MG PFP 4X0.5 ML
PRE-FILLED PEN • 15 mg/0.5 mL • EA  ZC

| | |
|---|---|
| Image Not Available | NDC #: 00002-2457-80<br>Product #: 10284412<br>LILLY ELI & CO |

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted   − 1 +
**Add to Cart**
Find Alternatives

🌡 Requires Refrigeration/Freezing   Ⓟ Material Note

### ZEPBOUND 7.5 MG PFP 4X0.5 ML
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA  ZC

| | |
|---|---|
| Image Not Available | NDC #: 00002-2484-80<br>Product #: 10284398<br>LILLY ELI & CO |

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted
**Add to Cart**
Find Alternatives

🌡 Requires Refrigeration/Freezing   Ⓟ Material Note

### ZEPBOUND 12.5 MG PFP 4X0.5 ML
PRE-FILLED PEN • 12.5 mg/0.5 mL • EA  ZC

| | |
|---|---|
| Image Not | NDC #: 00002-2460-80<br>Product #: 10284471<br>LILLY ELI & CO |

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted   − 1 +
**Add to Cart**
Find Alternatives

PEN (6)

ric ⌄

e (6)

y ⌄
cts (6)

UBCUT PEN
MG/0.5ML (1)




Search by number, name or keyword   🔍    | 00h 00m | LEFT FOR NEXT DAY DELIVERY | PROMOS | 🛒 $121.55 ①

| ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | EST. NET PRIC... | | |
|---|---|---|---|---|---|---|
| ♡ | **BEST PRICE** ZEPBOUND 10MG/0.5ML NDC: 00002247180 Item: 805517 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | The maximum quantity available that you can order is 2 [2] ADD Refrigerated Item: Ships Monday |
| ♡ | **BEST PRICE** ZEPBOUND 15MG/0.5ML NDC: 00002245780 Item: 805519 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | 1  ADD Refrigerated Item: Ships Monday |
| ♡ | **BEST PRICE** ZEPBOUND 5MG/0.5ML NDC: 00002249580 Item: 805515 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | 1  ADD Refrigerated Item: Ships Monday |
| ♡ | **BEST PRICE** ZEPBOUND 2.5MG/0.5ML NDC: 00002250680 Item: 805514 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | 1  ADD Refrigerated Item: Ships Monday |
| ♡ | **BEST PRICE** ZEPBOUND 12.5MG/0.5ML NDC: 00002246080 Item: 805518 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | 1  ADD Refrigerated Item: Ships Monday |
| ♡ | **BEST PRICE** ZEPBOUND 7.5MG/0.5ML NDC: 00002248480 Item: 805516 MFR: ELI LILLY INJECTABLE PREFILLED PEN NET Ⓑ ✳ ☑ 🚫 | 4 | $1,115.65 | $1,115.65 | — | 1  ADD Refrigerated Item: Ships Monday |



Reports    Admin    Services

OURCE℠ Generics is IN PURSUIT of EVEN MORE

**Meet seasonal demands with SOURCE℠ Generics**

Order Cough & Cold

20 ∨

Page: 1

| | STRENGTH |
|---|---|
| ND | 2.5MG/0.5ML |
| ND | 5MG/0.5ML |
| UND | 7.5MG/0.5ML |
| UND IL | 10MG/0.5ML |
| UND IL | 12.5MG/0.5ML |
| OUND LIL | 15MG/0.5ML |



## Shopping Cart Summary                                    Close

Item(s) will be added to your order.
You may modify the item or keep the current selection.

| DEL | CIN | ITEM DESCRIPTION | QTY | COST |
|---|---|---|---|---|
| 🗑 | 5884911 | ZEPBOUND SY 2.5MG/0.5ML 4 PPN | 16 | $16,533.92 |

Exceeds Quantity Limit.

SUBTOTAL:    $16,533.92

Cancel                    Add to Cart

page: 20 ∨

de | Privacy Policy | Terms of Service | Feedback

© 2024 Cardinal Health. All rights reserved.

Anda

Search by number, name or keyword

55H 58M

PROMOS

$6,693.90

DELETE SELECTED

**Your Cart (6 items)**

Empty Cart

| Items | | P.O. # Add PO# | | | 6 items | $6,693.90 |



WOOHOO! FREE SHIPPING!

| | ITEM DESCRIPTION | SIZE | INV PRICE | PER UNIT | QTY |
|---|---|---|---|---|---|
| | ZEPBOUND 10MG/0.5ML<br>NDC: 00002247180<br>Item: 805517<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

| | ZEPBOUND 5MG/0.5ML<br>NDC: 00002249580<br>Item: 805515<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

| | ZEPBOUND 2.5MG/0.5ML<br>NDC: 00002250680<br>Item: 805514<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

| | ZEPBOUND 15MG/0.5ML<br>NDC: 00002245780<br>Item: 805519<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

| | ZEPBOUND 12.5MG/0.5ML<br>NDC: 00002246080<br>Item: 805518<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

| | ZEPBOUND 7.5MG/0.5ML<br>NDC: 00002248480<br>Item: 805516<br>MFR: ELI LILLY | INJECTABLE<br>PREFILLED PEN<br>NET | 4 | $1,115.65 | — | 1 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                           ✕

**Order Summary**

Items: 6
Item Quantities: 6

Items Subtotal: $6,693.90
Estimated Tax: $0.00
Order Total: $6,693.90

PROCEED TO CHECKOUT

By placing your order, you agree to Anda's Terms & Conditions

DELETE SELECTED





Orders ▾    Lists ▾    Support ▾    Savings ▾    Billing ▾    Account ▾

Search by number, name or keyword    🔍    55h 57m LAST FOR DELIVERY ON MONDAY    PROMOS    🛒 $13,504.20  6

**DELETE SELECTED**

Your Cart (6 items)    Empty Cart

Items                P.O. #  Add PO#                    6 items  |  $13,504.20

| | ITEM DESCRIPTION | SIZE | INV PRICE | PER UNIT | QTY |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 2.5MG/0.5ML**  NDC: 00002150680  Item: 805290  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 10MG/0.5ML**  NDC: 00002147180  Item: 805293  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 12.5MG/0.5ML**  NDC: 00002146080  Item: 805294  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 15MG/0.5ML**  NDC: 00002145780  Item: 805295  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 7.5MG/0.5ML**  NDC: 00002148480  Item: 805292  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **MOUNJARO 5MG/0.5ML**  NDC: 00002149580  Item: 805291  MFR: ELI LILLY | INJECTABLE  PRE FILLED PEN  NET | 4 | $1,125.35 | — | 2 |

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                      ✕



WOOHOO! FREE SHIPPING!

**Order Summary**

Items:                          6
Item Quantities:               12

Items Subtotal:         $13,504.20

Estimated Tax:              $0.00
**Order Total:         $13,504.20**

**PROCEED TO CHECKOUT**

By placing your order, you agree to Anda's Terms & Conditions

CHAT NOW

App. 172

# Exhibit 16

Meeting Coverage  >  ASHP

# Newer Diabetes Drugs Still Under-Prescribed in High-Risk Patients

— Cost, insurance coverage likely play outsized role

by Sophie Putka, Enterprise & Investigative Writer, MedPage Today
December 16, 2024

    

NEW ORLEANS -- Patients at a community health center who had type 2 diabetes and a high risk of atherosclerotic cardiovascular disease (ASCVD) were under-prescribed guideline-recommended treatment with sodium-glucose cotransporter-2 (SGLT-2) inhibitors or glucagon-like peptide-1 (GLP-1) receptor agonists, a single-center study found.

Of patients who met the high-risk criteria, 55% were not on American Diabetes Association (ADA) guideline-directed medication therapy with an SGLT-2 inhibitor or GLP-1 agonist. In only 34% of these cases was there an appropriate documented reason given, said Holly C. Johnson, PharmD, of Atrium Health Navicent in Macon, Georgia, who presented the findings at the American Society of Health-System Pharmacists midyear meeting here.

The ADA has recommended use of SGLT-2 inhibitors as first-line drugs for patients with diabetes and cardiovascular disease since 2019, after several trials demonstrated substantial benefit for SGLT-2 inhibitors in these patients. Other major societies have also updated

**App. 174**

their guidelines to recommend use of SGLT-2 inhibitors for these patients. Johnson added that GLP-1 agonists can also be used as they've shown heart benefits as well.

However, uptake of these medications has been slow, and according to previous studies, sulfonylureas and dipeptidyl peptidase-4 inhibitors continue to be more commonly prescribed. SGLT-2 inhibitors include empagliflozin (Jardiance) and dapagliflozin (Farxiga), and GLP-1 agonists include semaglutide (Ozempic) and liraglutide (Victoza).

Johnson said WT Anderson Community Health Center Resident Medicine Clinic in Macon, where the study was conducted, treats a "very underserved," and "very poorly insured" population who were mostly taking metformin to control diabetes. The clinic offers a patient assistance program for certain drugs; research has found that both SGLT2 inhibitors and GLP-1 agonists cost much more than metformin over a patient's lifetime. Poor uptake of these drugs is consistent with other research that has found disparities in the prescribing of these agents to adults with diabetes and cardiovascular disease by race, ethnicity, and income.

"The use of these evidence-based medications remains low. We need to work on both therapeutic inertia ... as well as other contextual barriers which are important (for example, financial barriers and lack of coverage)," Salim S. Virani, MD, PhD, of Aga Khan University in Karachi, Pakistan, who was not involved in the study but has researched utilization rates of SGLT-2 inhibitors, told *MedPage Today* in an email.

"Multipronged efforts need to be directed towards clinicians, patients, and the healthcare system to ensure that clinicians can prescribe the medications easily, that

**App. 175**

they actually prescribe the medications after discussing this with the patients, and that patients take the medications as prescribed," Virani added.

**Medical News from Around the Web** _____

**FORBES**

This Startup Makes A Vaccine For Honeybees. Shrimp Are Next.

**CLINICAL ADVISOR**

Epidural Steroid Injections for Radicular Pain May Increase Fracture Risk

**BECKER'S HOSPITAL REVIEW**

Experts slam claims that vaccines overwhelm immune systems

_____

Johnson and colleagues included patients age 18 or older seen at WT Anderson from January through March 2024. All had a diagnosis of type 2 diabetes and either a history of ASCVD or at least two additional risk factors such as end-organ damage, hypertension, smoking, or dyslipidemia.

Patients with a previously documented reason for not taking a GLP-1 agonist or SGLT-2 inhibitor were excluded, as were those visiting for a blood pressure check, nurse visit, or injection/vaccine. Only one visit from each patient was included in the study period.

In all, 180 patients were classified as high-risk. Of the 99 patients who were not on either a GLP-1 agonist or an SGLT-2 inhibitor, approximately one-third had a documented reason. For SGLT-2 inhibitors, the most common reasons given were having an A1C ≥ 9% (42%), intolerance to the agent (19%), and financial constraints (16%). For GLP-1 agonists, the top reason given was financial constraints (55%), followed by patient preference and intolerance (18% each).

Notably, Johnson found that nearly half the patients with no documented or presumed reason for not having an SGLT-2 prescription had a controlled hemoglobin A1c < 7%. She said it is possible that the prescribing clinician may have not added the medication if the patient's condition was controlled. But, "you're still at high risk for stroke or heart failure, no matter what your A1c is," she stressed.

"For SGLT-2s, I did not realize I was going to find if they're controlled, they're not starting it. So now that's my thing," Johnson added. "I'm going to make sure there is more education out there. So if your A1c is controlled, you still need to be on one of these agents."

Study limitations included that the research was conducted at a single center and thus may not be generalizable to other healthcare facilities or populations, and that the researchers did not collect demographic information about the patients.

---

Sophie Putka is an enterprise and investigative writer for MedPage Today. Her work has appeared in the Wall Street Journal, Discover, Business Insider, Inverse, Cannabis Wire, and more. She joined MedPage Today in August of 2021. Follow 🐦

---

**Disclosures**

Johnson and co-authors reported no financial conflicts of interest.
Virani reported financial relationships with the American College of Cardiology.

**Primary Source**

*American Society of Health-System Pharmacists*

Source Reference: *Johnson HC, et al "Evaluation of guideline-directed medication therapy prescribing of GLP-1 agonists and SGLT2 inhibitors in type two diabetic patients with or at high-risk of atherosclerotic vascular disease" ASHP 2024; Abstract 10-006.*

---

| 2 Comments |
|:----------:|

# Exhibit 17

12/18/24, 3:50 PM     Petition · Protect Patients: Demand the FDA Ensure Access to Affordable GLP-1 Medications! - United States · Change.org

Case 4:24-cv-00953-P     Document 67-1     Filed 01/28/25     Page 47 of 86     PageID 710

change.org 



# Protect Patients: Demand the FDA Ensure Access to Affordable GLP-1 Medications!

> Sign Petition

## 14,281 ✔

### Verified signatures ⌄

Moises Santiago • 33 minutes ago     Brandall Redd • 1 hour ago     Kelsey Otte • 1 hour ago     Lorai

 Decision Makers: Food and Drug Administration +1

 6 Updates

 2 Media Mentions

## The Issue

**App. 179**

Case 4:24-cv-00953-P          Document 67-1          Filed 01/28/25          Page 48 of 86          PageID 711

Who is impacted?

Millions of patients across the U.S. depend on GLP-1 medications like Tirzepatide (Mounjaro, Zepbound) and Semaglutide (Ozempic, Wegovy) to manage chronic conditions such as type 2 diabetes, obesity, and PCOS. These medications are life-saving for many, helping to prevent severe complications and significantly improving their quality of life. Unfortunately, ongoing shortages and the sky-high cost of brand-name drugs have left countless patients struggling to access the treatments they desperately need, often forcing them to turn to compounding pharmacies for relief.

What is at stake?
If the FDA fails to recognize the ongoing shortages and does not support affordable compounded alternatives, millions of patients will lose access to these critical medications. The potential shutdown of compounding pharmacies—due to regulatory restrictions and pressure from big pharmaceutical companies—will strip away one of the few affordable options available to patients. Without immediate change, people will face declining health, worsening conditions, and overwhelming financial burdens.

Why is now the time to act?
The FDA's recent decisions suggest a troubling prioritization of pharmaceutical profits over patient needs. Shortages are still limiting access, and the cost of brand-name medications remains out of reach for many. Now is the time to stand up for patients who rely on these life-saving drugs. Sign this petition to demand that the FDA prioritize patients by addressing ongoing shortages, supporting compounded alternatives, and ensuring that everyone has access to the treatments they need to live healthy, fulfilling lives.

Sign and share this petition today!

⚐ Report a policy violation

---



**Amanda Bonello**
Petition Starter

**Media inquiries**

---

👊 **335 people** signed today

**Sign Petition**

**App. 180**

# Exhibit 18







**App. 182**

# Exhibit 19

| | |
|---|---|
| **From:** | no-reply@regulations.gov |
| **To:** | Janacek, Benjamin |
| **Subject:** | Your Comment Submitted on Regulations.gov (ID: FDA-2015-N-0030-0001) |
| **Date:** | Wednesday, December 18, 2024 4:39:18 PM |

[External Email: Use caution when clicking on links or opening attachments.]

Please do not reply to this message. This email is from a notification only address that cannot accept incoming email.

Your comment was submitted successfully!
Comment Tracking Number: m4u-enhu-fgt5

Your comment has been sent for review. This process is dependent on agency public submission policies/procedures and processing times. Once the agency has posted your comment, you may view it on Regulations.gov using your Comment Tracking Number.

Agency: FOOD AND DRUG ADMINISTRATION (FDA)
Document Type: Notice
Title: Compounding of Human Drug Products Under the Federal Food, Drug, and Cosmetic Act; Establishment of a Public Docket
Document ID: FDA-2015-N-0030-0001

Comment:
On behalf of the Outsourcing Facility Association, attached please find evidence that FDA-approved GLP-1s are in shortage.

Uploaded File(s):
12.17 Update Ozempic supply to remain limited in 2025 Therapeutic Goods Administration (TGA).pdf
12.18 Ozempic shortages roll on.pdf
12.18 Petition Protect Patients Demand the FDA Ensure Access to Affordable GLP-1 Medications.pdf
Mounjaro - Zepbound Stock 12.13.2024.pdf
Mounjaro Shortage 2 12.18.pdf
Mounjaro Shortage 3 12.18.pdf
Mounjaro Shortage 4 12.18.pdf
Mounjaro Shortage 12.18.pdf
WEGovy Shortage 2 12.18.pdf
WeGovy Shortage 12.18.pdf
Zep Mounjaro Shortage 2 12.18.pdf
Zep Mounjaro Shortage 3 12.18.pdf
Zep Mounjaro Shortage 4 12.18.pdf
Zep Mounjaro Shortage 5 12.18.pdf
Zep Mounjaro Shortage 6 12.18.pdf
Zep Mounjaro Shortage 7 12.18.pdf
Zep Mounjaro Shortage 12.18.pdf
Zep Shortage 2 12.18.pdf
Zep Shortage 3 12.18.pdf
Zep Shortage 4 12.18.pdf

For further information about the Regulations.gov commenting process, please visit https://www.regulations.gov/faq.

12/13/2024

| Mounjaro | On-Hand | Red Rock SV 101 Allocation |
|---|---|---|
| 5787239 | 154 | 24 |
| 5787205 | 384 | 3 |
| 5787213 | 118 | 24 |
| 5787221 | 200 | 24 |
| 5787189 | 337 | 24 |
| 5787197 | 527 | 24 |

| Zepbound | | |
|---|---|---|
| 5884911 | 54 | 24 |
| 5884929 | 68 | 24 |
| 5884937 | 106 | 3 |
| 5884945 | 57 | 24 |
| 5884952 | 44 | 24 |
| 5884960 | 89 | 3 |

**App. 186**

# Exhibit 20



**MOUNJARO 2.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN · 2.5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-1506-80
Product #: 10268764
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1
Restricted

−  1  +

**Add to Cart**

**Find Alternatives**

⚙ Requires Refrigeration/Freezing

**MOUNJARO 12.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN · 12.5 mg/0.5 mL · EA  ZC

NDC #: 00002-1460-80
Product #: 10268755
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1
Restricted

−  1  +

**Add to Cart**

**Find Alternatives**

⚙ Requires Refrigeration/Freezing    Ⓟ Material Note

**App. 188**

# Exhibit 21

**Showing 1 - 12 of 12 results for "tirzepatide"**

VIEW: **25**   50   100

| | ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | EST. NET PRIC... | PER UNIT | QTY | |
|---|---|---|---|---|---|---|---|---|
| | **BEST PRICE** **MOUNJARO 15MG/0.5ML** NDC: 00002145780 Item: 805295 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2 | ADD Refrigerated Item |
| | **BEST PRICE** **MOUNJARO 5MG/0.5ML** NDC: 00002149580 Item: 805291 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | — | — | — | Notify me when this item is in stock | |
| | **BEST PRICE** **MOUNJARO 7.5MG/0.5ML** NDC: 00002148480 Item: 805292 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2 | ADD Refrigerated Item |
| | **BEST PRICE** **MOUNJARO 2.5MG/0.5ML** NDC: 00002150680 Item: 805290 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2 | ADD Refrigerated Item |
| | **BEST PRICE** **MOUNJARO 12.5MG/0.5ML** NDC: 00002146080 Item: 805294 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2 | ADD Refrigerated Item |
| | **BEST PRICE** **MOUNJARO 10MG/0.5ML** NDC: 00002147180 Item: 805293 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET Ⓑ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2 | ADD Refrigerated Item |

**App. 190**

# Exhibit 22



| | MOUNJARO 10 MG PFP 4X0.5 ML ☆ | PRE-FILLED PEN | 4X0.5 | $519.8450 | $1,282.90 | | $1,039.69 |
|---|---|---|---|---|---|---|---|
| | **WHL** 10268696 │ 00002-1471-80 │ 723272  LILLY ELI & CO    ZC | 0 | | Find Alternatives | 1 ⌃⌄ EA | | Add to Cart |

🛇 **Out of Stock** – Anticipated recovery date unavailable    ☐ Notify Me

☐ Back Order    ⚙ Requires refrigeration/freezing

ℙ Material Note

**View Options**    Available on **SmartSource** Acq cost: $ 1047.70    1    ⓘ    1 ⌃⌄ EA    Add To Cart

**App. 192**

# Exhibit 23



**BEST PRICE**
**MOUNJARO 7.5MG/0.5ML**
NDC: 00002148480
Item: 805292
MFR: ELI LILLY
NET B ✳ ☑ ⊘
INJECTABLE
PRE FILLED PEN
4    $1,125.35 | $1,125.35    —
2    ADD
Refrigerated Item: Ships Monday

**BEST PRICE**
**MOUNJARO 10MG/0.5ML**
NDC: 00002147180
Item: 805293
MFR: ELI LILLY
NET B ✳ ☑ ⊘
INJECTABLE
PRE FILLED PEN
4    $1,125.35 | $1,125.35    —
2    ADD
Refrigerated Item: Ships Monday

**BEST PRICE**
**MOUNJARO 12.5MG/0.5ML**
NDC: 00002146080
Item: 805294
MFR: ELI LILLY
NET B ✳ ☑ ⊘
INJECTABLE
PRE FILLED PEN
4    $1,125.35 | $1,125.35    —
2    ADD
Refrigerated Item: Ships Monday

**BEST PRICE**
**MOUNJARO 5MG/0.5ML**
NDC: 00002149580
Item: 805291
MFR: ELI LILLY
NET B ✳ ☑ ⊘
INJECTABLE
PRE FILLED PEN
4    $1,125.35 | $1,125.35    —
2    ADD
Refrigerated Item: Ships Monday

**BEST PRICE**
**MOUNJARO 2.5MG/0.5ML**
NDC: 00002150680
Item: 805290
MFR: ELI LILLY
NET B ✳ ☑ ⊘
INJECTABLE
PRE FILLED PEN
4    $1,125.35 | $1,125.35    —
2    ADD
Refrigerated Item: Ships Monday

**App. 194**

# Exhibit 24

App. 195

| **BEST PRICE** | | | | | | |
|---|---|---|---|---|---|---|
| **ZEPBOUND 15MG/0.5ML** NDC: 00002245780 Item: 805519 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **ZEPBOUND 12.5MG/0.5ML** NDC: 00002246080 Item: 805518 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **ZEPBOUND 7.5MG/0.5ML** NDC: 00002248480 Item: 805516 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **ZEPBOUND 10MG/0.5ML** NDC: 00002247180 Item: 805517 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **ZEPBOUND 5MG/0.5ML** NDC: 00002249580 Item: 805515 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **ZEPBOUND 2.5MG/0.5ML** NDC: 00002250680 Item: 805514 MFR: ELI LILLY | INJECTABLE PREFILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,115.65 | $1,115.65 | — | 1   ADD Refrigerated Item: Ships Monday |
| **BEST PRICE** | | | | | | |
| **MOUNJARO 15MG/0.5ML** NDC: 00002145780 Item: 805295 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET B ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | 2   ADD Refrigerated Item: Ships Monday |

# Exhibit 25

## ZEPBOUND 5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 5 mg/0.5 mL · EA **ZC**

ACQ Cost: **$1,059.87**
**1** Restricted
− 1 +

**Image Not Available**

NDC #: 00002-2495-80
Product #: 10284369
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

**Add to Cart**

**Find Alternatives**

🔵 Requires Refrigeration/Freezing

---

## MOUNJARO 7.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 7.5 mg/0.5 mL · EA **ZC**

ACQ Cost: **$1,069.08**
**1** Restricted
− 1 +

**Image Not Available**

NDC #: 00002-1484-80
Product #: 10268669
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

**Add to Cart**

**Find Alternatives**

🔵 Requires Refrigeration/Freezing

> ZEPBOUND 7.5 MG PFP 4X0.5 ML

---

## ZEPBOUND 7.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 7.5 mg/0.5 mL · EA **ZC**

ACQ Cost: **$1,059.87**
**1** Restricted
− 1 +

**Image Not Available**

NDC #: 00002-2484-80
Product #: 10284398
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

**Add to Cart**

**Find Alternatives**

🔵 Requires Refrigeration/Freezing    🄿 Material Note

---

## ZEPBOUND 2.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 2.5 mg/0.5 mL · EA **ZC**

ACQ Cost: **$1,059.87**
**1** Restricted
− 1 +

**Image Not Available**

NDC #: 00002-2506-80
Product #: 10284470
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

**Add to Cart**

**Find Alternatives**

🔵 Requires Refrigeration/Freezing

---

## ZEPBOUND 10 MG PFP 4X0.5 ML
PRE-FILLED PEN · 10 mg/0.5 mL · EA **ZC**

ACQ Cost: **$1,059.87**
**1** Restricted
− 1 +

**App. 198**



# Exhibit 26

### ZEPBOUND 12.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 12.5 mg/0.5 mL · EA ZC

Image Not Available

**NDC #: 00002-2460-80**
Product #: 10284471
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted
- 1 +
**Add to Cart**
**Find Alternatives**

⬤ Requires Refrigeration/Freezing

---

### ZEPBOUND 15 MG PFP 4X0.5 ML
PRE-FILLED PEN · 15 mg/0.5 mL · EA ZC

Image Not Available

**NDC #: 00002-2457-80**
Product #: 10284412
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted
- 1 +
**Add to Cart**
**Find Alternatives**

⬤ Requires Refrigeration/Freezing   ⓅMaterial Note

---

### MOUNJARO 10 MG PFP 4X0.5 ML
PRE-FILLED PEN · 10 mg/0.5 mL · EA ZC

**NDC #: 00002-1471-80**
Product #: 10268696
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
**Add to Cart**
**Find Alternatives**

⬤ Requires Refrigeration/Freezing   ⓅMaterial Note

---

### MOUNJARO 15 MG PFP 4X0.5 ML
PRE-FILLED PEN · 15 mg/0.5 mL · EA ZC

**NDC #: 00002-1457-80**
Product #: 10268735
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
**Add to Cart**
**Find Alternatives**

⬤ Requires Refrigeration/Freezing   ⓅMaterial Note

---

### MOUNJARO 5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 5 mg/0.5 mL · EA ZC

**NDC #: 00002-1495-80**

Per Dose: $534.5400

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +

**App. 200**



# Exhibit 27

## MOUNJARO 15 MG PFP 4X0.5 ML
**PRE-FILLED PEN · 15 mg/0.5 mL · EA** ZC

ACQ Cost: **$1,069.08**

1
Restricted

- 1 +

NDC #: 00002-1457-80
Product #: 10268735
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing    Ⓟ Material Note

---

## ZEPBOUND 15 MG PFP 4X0.5 ML
**PRE-FILLED PEN · 15 mg/0.5 mL · EA** ZC

ACQ Cost: **$1,059.87**

1
Restricted

- 1 +

Image Not
Available

NDC #: 00002-2457-80
Product #: 10284412
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing    Ⓟ Material Note

---

## ZEPBOUND 10 MG PFP 4X0.5 ML
**PRE-FILLED PEN · 10 mg/0.5 mL · EA** ZC

ACQ Cost: **$1,059.87**

1
Restricted

- 1 +

Image Not
Available

NDC #: 00002-2471-80
Product #: 10284399
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing    Ⓟ Material Note

---

## MOUNJARO 10 MG PFP 4X0.5 ML
**PRE-FILLED PEN · 10 mg/0.5 mL · EA** ZC

ACQ Cost: **$1,069.08**

1
Restricted

- 1 +

NDC #: 00002-1471-80
Product #: 10268696
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing    Ⓟ Material Note

---

## MOUNJARO 5 MG PFP 4X0.5 ML
**PRE-FILLED PEN · 5 mg/0.5 mL · EA** ZC

ACQ Cost: **$1,069.08**

1
Restricted

1 +

NDC #: 00002-1495-80

Per Dose: $534.5400

# Exhibit 28

## MOUNJARO 12.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 12.5 mg/0.5 mL · EA  ZC



NDC #: 00002-1460-80
Product #: 10268755
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

1 Restricted

- 1 +

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing   Ⓟ Material Note

---

## ZEPBOUND 12.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 12.5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-2460-80
Product #: 10284471
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

1 Restricted

- 1 +

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing

---

## ZEPBOUND 5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-2495-80
Product #: 10284369
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**

1 Restricted

- 1 +

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing

---

## MOUNJARO 7.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 7.5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-1484-80
Product #: 10268669
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**

1 Restricted

- 1 +

**Add to Cart**

**Find Alternatives**

⊕ Requires Refrigeration/Freezing

---

## ZEPBOUND 2.5 MG PFP 4X0.5 ML
PRE-FILLED PEN · 2.5 mg/0.5 mL · EA  ZC

NDC #: 00002-2506-80    Per Dose: $529.9350

ACQ Cost: **$1,059.87**

**App. 204**

1 Restricted

- 1 +

# Exhibit 29



**MOUNJARO 2.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN · 2.5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-1506-80
Product #: 10268764
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted

- | 1 | +

**Add to Cart**

**Find Alternatives**

⚙ Requires Refrigeration/Freezing

---

**ZEPBOUND 7.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN · 7.5 mg/0.5 mL · EA  ZC

Image Not Available

NDC #: 00002-2484-80
Product #: 10284398
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
1 Restricted

- | 1 | +

**Add to Cart**

**Find Alternatives**

⚙ Requires Refrigeration/Freezing    🅟 Material Note

**App. 206**

# Exhibit 30

**talog: Search Results**

EFINE RESULTS ▾   ⓪   **1 currently applied filter(s)**

| MAGE | MCK ITEM # | HIST | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY | FILL DC | VENDOR SUPPLY | RETAIL PRICE | UOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2878411 | | ZEPBOUND 15MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | >100 | | ☐ | GE | 5 | | Detail | Edit | CT |
| ◄ | 2617892 | | MOUNJARO12.5MG/0.5MLX4PEND AM | **$1023.00** | $1023.00 | $511.5000 | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| | 2878353 | | ZEPBOUND 7.5MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| | 2878361 | | ZEPBOUND 10MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| ◄ | 2617900 | | MOUNJARO15MG/0.5MLX4PEND AM | **$1023.00** | $1023.00 | $511.5000 | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| ◄ | 2617868 | | MOUNJARO 5MG/0.5MLX4PEND AM | **$1023.00** | $1023.00 | $511.5000 | | >100 | | ☐ | GE | 5 | | Detail | Edit | CT |
| ◄ | 2617884 | | MOUNJARO 10MG/0.5MLX4PEND AM | **$1023.00** | $1023.00 | $511.5000 | | >100 | | ☐ | GE | 5 | | Detail | Edit | CT |
| | 2878338 | | ZEPBOUND 5MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | >100 | | ☐ | GE | >100 | | | Edit | CT |
| | 2878320 | HIST | ZEPBOUND 2.5MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| | 2878379 | | ZEPBOUND12.5MG/0.5MLX4PEND AM | **$1014.19** | $1014.19 | $507.0950 | | 25 | | ☐ | GE | 25 | | | Edit | CT |

# Exhibit 31

**BEST PRICE**
**ZEPBOUND 7.5MG/0.5ML**
NDC: 00002248480
Item: 805516
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
$1,115.65 | $1,115.65
—
| 1 | ADD |
Refrigerated Item

**BEST PRICE**
**ZEPBOUND 5MG/0.5ML**
NDC: 00002249580
Item: 805515
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
$1,115.65 | $1,115.65
—
| 1 | ADD |
Refrigerated Item

**BEST PRICE**
**ZEPBOUND 10MG/0.5ML**
NDC: 00002247180
Item: 805517
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
$1,115.65 | $1,115.65
—
| 1 | ADD |
Refrigerated Item

**BEST PRICE**
**ZEPBOUND 2.5MG/0.5ML**
NDC: 00002250680
Item: 805514
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
$1,115.65 | $1,115.65
—
| 1 | ADD |
Refrigerated Item

**BEST PRICE**
**ZEPBOUND 12.5MG/0.5ML**
NDC: 00002246080
Item: 805518
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
$1,115.65 | $1,115.65
—
| 1 | ADD |
Refrigerated Item

**BEST PRICE**
**ZEPBOUND 15MG/0.5ML**
NDC: 00002245780
Item: 805519
MFR: ELI LILLY
NET Ⓑ ❄ ☑️ ⊘
INJECTABLE PREFILLED PEN
4
— | — | —
Notify me when this item is in stock

**App. 210**

# Exhibit 32

🖨 Print                                                Add to: 🛒 Cart 📄 💲  **Buy Now**

| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE | NET COST | INVOICE COST | NET UOI COST | RETAIL |
|-----|-----|-------|-------------|----------------|----------|------|------|------|----------|--------------|--------------|--------|
| ➕ | 0 | 🟢 24 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |
| ➕ | 0 | 🟢 0 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |
| ➕ | 0 | 🟢 24 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |
| ➕ | 0 | 🟢 24 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |
| ➕ | 0 | 🟢 0 ℹ | 5884960 00002-2457-80 | ZEPBOUND ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |
| ➕ | 0 | 🔻 24 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx | $1,086.37 | $1,086.37 | $271.5925 | |

🖨 Print                                    Add to: 🛒 Cart 📄 📄 **Buy Now**

**App. 212**

# Exhibit 33

REFINE RESULTS ▾    ℹ️    1 currently applied filter(s)

| IMAGE | MCK ITEM # | HIST ▲² | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE ▲³ | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY | FILL DC | VENDOR SUPPLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2878338 |  | ZEPBOUND 5MG/0.5MLX4PEND AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | >100 |  |  |
|  | 2878411 |  | ZEPBOUND 15MG/0.5MLX4PEND AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | 5 |  | Detail |
|  | 2878353 |  | ZEPBOUND 7.5MG/0.5MLX4PEND AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | 5 |  |  |
|  | 2878361 |  | ZEPBOUND 10MG/0.5MLX4PEND AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | 5 |  |  |
|  | 2878320 |  | ZEPBOUND 2.5MG/0.5MLX4PEND AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | 5 |  |  |
|  | 2878379 |  | ZEPBOUND12.5MG/0.5MLX4PE AM | $1033.37 | $1033.37 | $516.6850 |  | >100 | ⇅ | ⬜ | GE | >100 |  |  |

**App. 214**



**ZEPBOUND 5 MG PFP 4X0.5 ML**
PRE-FILLED PEN · 5 mg/0.5 mL · EA  ZC

NDC #: 00002-2495-80
Product #: 10284369
LILLY ELI & CO

Per Dose: $529.9350
AWP: $1,271.84

ACQ Cost: **$1,059.87**
This product is out of stock

Notify Me

**Find Alternatives**

Image Not Available

Out of Stock

ZEPBOUND 12.5 MG PFP 4X0.5 ML

**App. 215**

# Exhibit 34

| Submission time | First name | Last name | Email | Zip Code | Have you attempted to have a prescription filled at more than one pharmacy? |
|---|---|---|---|---|---|
| 2024-10-16T15:04:45.625Z | | | | 14214 | Yes |
| 2024-10-15T20:36:16.559Z | | | | 75645 | Yes |
| 2024-10-15T20:33:41.002Z | | | | 75645 | Yes |
| 2024-10-15T15:33:19.314Z | | | | 78108 | Yes |
| 2024-10-15T13:30:46.683Z | | | | 08361 | Yes |
| 2024-10-15T13:30:36.407Z | | | | 08360 | Yes |
| 2024-10-15T12:39:18.018Z | | | | 33513 | Yes |
| 2024-10-15T04:46:23.224Z | | | | 54487 | Yes |
| 2024-10-15T01:51:46.448Z | | | | 34684 | No |
| 2024-10-14T03:09:16.846Z | | | | 29577 | Yes |
| 2024-10-13T17:42:24.526Z | | | | 80210 | Yes |
| 2024-10-13T14:19:50.778Z | | | | 00000 | Yes |
| 2024-10-12T18:21:03.127Z | | | | 44320 | Yes |
| 2024-10-12T05:22:46.877Z | | | | 78724 | Yes |
| 2024-10-12T01:15:53.661Z | | | | 36861 | Yes |
| 2024-10-11T17:39:40.759Z | | | | 38057 | Yes |
| 2024-10-11T16:10:42.457Z | | | | 92663 | No |
| 2024-10-11T16:04:47.783Z | | | | 04612 | No |
| 2024-10-11T14:38:56.533Z | | | | 76132 | Yes |
| 2024-10-11T13:25:59.334Z | | | | 75482 | No |
| 2024-10-11T03:51:37.099Z | | | | 89521 | Yes |
| 2024-10-11T02:12:22.011Z | | | | 92058 | Yes |
| 2024-10-11T02:11:59.354Z | | | | 97302 | Yes |
| 2024-10-10T23:21:14.865Z | | | | 78756 | Yes |
| 2024-10-10T22:51:03.692Z | | | | 97229 | Yes |
| 2024-10-10T22:50:47.678Z | | | | 32218 | Yes |
| 2024-10-10T21:31:18.808Z | | | | 37922 | Yes |
| 2024-10-10T20:08:30.024Z | | | | 46350 | Yes |
| 2024-10-10T18:47:26.304Z | | | | 11222 | Yes |
| 2024-10-10T17:16:59.871Z | | | | 49417 | No |
| 2024-10-10T13:29:22.608Z | | | | 70065 | Yes |
| 2024-10-10T12:53:30.592Z | | | | 63028 | Yes |
| 2024-10-10T04:21:50.777Z | | | | 34787 | Yes |
| 2024-10-10T03:50:07.958Z | | | | 98223 | Yes |
| 2024-10-10T03:29:44.117Z | | | | 48042 | Yes |
| 2024-10-09T23:58:12.593Z | | | | 28451 | Yes |
| 2024-10-09T22:06:30.330Z | | | | 07828 | Yes |
| 2024-10-09T19:26:29.390Z | | | | 78737 | Yes |
| 2024-10-09T18:17:48.877Z | | | | 29316 | Yes |
| 2024-10-09T18:13:04.011Z | | | | 64116 | Yes |
| 2024-10-09T18:02:48.124Z | | | | 11412 | Yes |
| 2024-10-09T18:01:00.866Z | | | | 55082 | Yes |
| 2024-10-09T17:41:32.781Z | | | | 10034 | Yes |
| 2024-10-09T16:02:23.446Z | | | | 45040 | |
| 2024-10-09T15:37:13.168Z | | | | 37203 | Yes |
| 2024-10-09T15:36:41.283Z | | | | 33496 | Yes |
| 2024-10-09T15:25:38.317Z | | | | 20850 | Yes |
| 2024-10-09T15:25:10.560Z | | | | 20852 | Yes |
| 2024-10-09T15:24:46.199Z | | | | 19148 | Yes |
| 2024-10-09T15:22:11.025Z | | | | 33056 | Yes |
| 2024-10-09T14:49:03.151Z | | | | 20109 | Yes |
| 2024-10-09T14:22:54.693Z | | | | 60062 | Yes |
| 2024-10-09T13:27:24.822Z | | | | 05679 | Yes |
| 2024-10-09T13:26:08.726Z | | | | 11373 | Yes |
| 2024-10-09T13:25:28.924Z | | | | 11101 | Yes |
| 2024-10-09T13:24:43.183Z | | | | 11106 | Yes |
| 2024-10-09T12:44:15.318Z | | | | 28227 | Yes |
| 2024-10-09T12:43:02.331Z | | | | 77406 | Yes |
| 2024-10-09T12:39:59.886Z | | | | 24073 | Yes |
| 2024-10-09T12:29:09.024Z | | | | 49740-9313 | No |
| 2024-10-09T12:02:14.247Z | | | | 43054 | Yes |
| 2024-10-09T11:58:56.464Z | | | | 49770 | Yes |
| 2024-10-09T11:31:40.819Z | | | | 60441 | Yes |
| 2024-10-09T11:10:35.741Z | | | | 44203 | Yes |
| 2024-10-09T11:07:39.347Z | | | | 75028 | Yes |
| 2024-10-09T09:24:17.991Z | | | | 49770 | Yes |
| 2024-10-09T09:23:44.058Z | | | | 49770 | Yes |
| 2024-10-09T09:23:17.551Z | | | | 49770 | Yes |
| 2024-10-09T08:45:55.094Z | | | | 49770 | Yes |
| 2024-10-09T08:16:19.027Z | | | | 45840 | Yes |
| 2024-10-09T08:16:18.556Z | | | | 18424 | Yes |
| 2024-10-09T07:54:44.630Z | | | | 34655 | Yes |
| 2024-10-09T06:39:15.994Z | | | | 30019 | Yes |
| 2024-10-09T06:30:46.790Z | | | | 60016 | Yes |
| 2024-10-09T04:42:16.522Z | | | | 37203 | Yes |
| 2024-10-09T04:33:41.180Z | | | | 33781 | Yes |
| 2024-10-09T04:21:41.176Z | | | | 90034 | Yes |
| 2024-10-09T04:09:59.473Z | | | | 42660 | Yes |
| 2024-10-09T04:07:45.422Z | | | | 97601 | Yes |

App. 217

| | | |
|---|---|---|
| 2024-10-09T03:49:29.901Z | | 98272 Yes |
| 2024-10-09T03:46:23.174Z | | 75020 Yes |
| 2024-10-09T03:45:41.624Z | | 98684 No |
| 2024-10-09T03:45:41.137Z | | 97060 Yes |
| 2024-10-09T03:22:15.457Z | | 95118 Yes |
| 2024-10-09T03:17:08.206Z | | 11692 Yes |
| 2024-10-09T03:16:45.141Z | | 55105 Yes |
| 2024-10-09T03:16:35.671Z | | 97123 Yes |
| 2024-10-09T03:16:27.218Z | | 64081 Yes |
| 2024-10-09T03:13:13.748Z | | 33186 Yes |
| 2024-10-09T03:02:11.454Z | | 18407 Yes |
| 2024-10-09T02:59:51.127Z | | 95224 Yes |
| 2024-10-09T02:53:11.168Z | | 65806 Yes |
| 2024-10-09T02:40:09.601Z | | 80226 Yes |
| 2024-10-09T02:39:47.083Z | | 27560 Yes |
| 2024-10-09T02:39:02.915Z | | 89506 Yes |
| 2024-10-09T02:20:22.237Z | | 23323 Yes |
| 2024-10-09T02:17:54.618Z | | 77584 Yes |
| 2024-10-09T02:14:22.540Z | | 94706 Yes |
| 2024-10-09T02:13:03.836Z | | 23323 Yes |
| 2024-10-09T02:06:56.690Z | | 97322 Yes |
| 2024-10-09T01:51:52.235Z | | 89014 No |
| 2024-10-09T01:39:05.688Z | | 92311 Yes |
| 2024-10-09T00:03:46.301Z | 07010 | Yes |
| 2024-10-08T18:45:44.458Z | | 78723 Yes |
| 2024-10-08T17:32:46.831Z | | 83616 Yes |