**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Fort Worth Division**

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 4:24-cv-00953-P |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

**Appendix (VOL IV of IV) in Support of Plaintiffs' Motion for a**
**Preliminary Injunction and Stay Pending Review**

| Description | Pages |
|---|---|
| Declaration of Dan DeNeui | App. 1–3 |
| Declaration of Andrew Grossman | App. 4 |
| Declaration of Lee Rosebush | App. 5–16 |
| Exhibit 1 | App. 17–49 |
| Exhibit 2 | App. 50–62 |
| Exhibit 3 | App. 63–65 |
| Exhibit 4 | App. 66–68 |
| Exhibit 5 | App. 69–72 |
| Exhibit 6 | App. 73–96 |
| Exhibit 7 | App. 97–101 |
| Exhibit 8 | App. 102–104 |
| Exhibit 9 | App. 105–111 |
| Exhibit 10 | App. 112–117 |
| Exhibit 11 | App. 118–122 |
| Exhibit 12 | App. 123–124 |
| Exhibit 13 | App. 125–130 |
| Exhibit 14 | App. 131–135 |
| Exhibit 15 | App. 136–172 |
| Exhibit 16 | App. 173–177 |
| Exhibit 17 | App. 178–180 |

| Exhibit 18 | App. 181–182 |
|---|---|
| Exhibit 19 | App. 183–186 |
| Exhibit 20 | App. 187–188 |
| Exhibit 21 | App. 189–190 |
| Exhibit 22 | App. 191–192 |
| Exhibit 23 | App. 193–194 |
| Exhibit 24 | App. 195–196 |
| Exhibit 25 | App. 197–198 |
| Exhibit 26 | App. 199–200 |
| Exhibit 27 | App. 201–202 |
| Exhibit 28 | App. 203–204 |
| Exhibit 29 | App. 205–206 |
| Exhibit 30 | App. 207–208 |
| Exhibit 31 | App. 209–210 |
| Exhibit 32 | App. 211–212 |
| Exhibit 33 | App. 213–215 |
| Exhibit 34 | App. 216–218 |
| Exhibit 35 | App. 219–223 |
| Exhibit 36 | App. 224–228 |
| Exhibit 37 | App. 229–234 |
| Exhibit 38 | App. 235–243 |
| Exhibit 39 | App. 244–311 |
| Exhibit 40 | App. 312–316 |

## <u>Certificate of Service</u>

I hereby certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 28, 2025, and that I caused a copy of the foregoing, and all accompanying papers, to be served via process server and via U.S. mail on the following:

United States Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, Maryland 20903

Dated: January 28, 2025

/s/ Ty Doyle

Ty Doyle (Texas Bar No. 24072075)
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

*Attorney for Plaintiffs*

# Exhibit 39



December 17, 2024

Robert Califf, MD
Commissioner

Valerie Jensen
Director, Drug Shortage Staff

Gail Bormel, JD
Director, Office of Compounding Quality and Compliance
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**Subject:** Formal Comment Regarding the Shortage of FDA-Approved Tirzepatide Injection Products

Dear Commissioner Califf, Ms. Jensen, and Dr. Bormel:

On behalf of the Alliance for Pharmacy Compounding, I am writing to express our continued concerns regarding the October removal of tirzepatide from the FDA's drug shortage list and the significant impact it will have on patient access. Since our previous correspondence, we have gathered updated monthly dispensing data from forty compounding pharmacies, representing only a fraction of compounders preparing these medications.

These forty pharmacies collectively dispensed **125,000 compounded tirzepatide prescriptions** over the past month, underscoring the critical role that compounded tirzepatide has played in addressing gaps in patient care during this shortage.

This data clearly demonstrates the ongoing unmet demand for FDA-approved tirzepatide, which compounded products are currently filling to support patient care. As the FDA works to stabilize the supply chain for FDA-approved medications, we urgently ask the agency to:

1. Reinstate tirzepatide on the FDA drug shortage list, which would allow 503A pharmacies and 503B outsourcing facilities to continue to compound copies of these medications, or

2. Permit compounded products to remain available under enforcement discretion until the FDA-approved supply is sufficient to meet patient needs, and

3. Ensure transparency in communications with the pharmacy community about anticipated timelines for resolving shortages.

**App. 245**

We also request a dialogue to discuss the implications of the shortage list removal, as well as broader issues surrounding drug shortages. Recent screenshots from wholesalers, attached to this letter, indicate persistent limited availability of tirzepatide despite incremental improvements in the supply chain.

The data we have provided highlights a clear and urgent need for action to safeguard patient access to essential therapies. We ask the FDA to acknowledge these ongoing shortages and allow compounding to continue until such a time as FDA-approved products are fully available to meet demand.

Thank you for your attention to this matter. APC remains committed to collaborating with the agency to ensure patients receive uninterrupted access to essential medications.

Sincerely,

**Tenille Davis, PharmD, RPh, BCSCP, FAPC**
Chief Advocacy Officer
Alliance for Pharmacy Compounding
tenille@a4pc.org

**Data Received**

| Pharmacy Name | Number of Patients on Compounded Tirzepatide (Per Month) |
|---|---|
| Pharmacy A | 429 |
| Pharmacy B | 50 |
| Pharmacy C | 0 |
| Pharmacy D | 3705 |
| Pharmacy E | 0 |
| Pharmacy F | 15000 |
| Pharmacy G | 3500 |
| Pharmacy H | 31000 |
| Pharmacy I | 6877 |
| Pharmacy J | 1200 |
| Pharmacy K | 70 |
| Pharmacy L | 3400 |
| Pharmacy M | 257 |
| Pharmacy N | 120 |
| Pharmacy P | 963 |
| Pharmacy Q | 3000 |
| Pharmacy R | 2300 |
| Pharmacy S | 250 |
| Pharmacy T | 851 |

| | |
|---|---|
| Pharmacy V | 1100 |
| Pharmacy W | 4000 |
| Pharmacy X | 7000 |
| Pharmacy Y | 8200 |
| Pharmacy Z | 325 |
| Pharmacy AA | 500 |
| Pharmacy BB | 391 |
| Pharmacy CC | 4000 |
| Pharmacy DD | 886 |
| Pharmacy EE | 4500 |
| Pharmacy FF | 5600 |
| Pharmacy GG | 329 |
| Pharmacy HH | 991 |
| Pharmacy II | 100 |
| Pharmacy JJ | 4521 |
| Pharmacy KK | 3200 |
| Pharmacy LL | 6000 |
| Pharmacy MM | 1200 |
| | **125815** |

















| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ℹ | 5884960 00002-2457-80 | | | | | |

🖶 Print

View:**Table**|Image                    Res

### Availability Alert

**5884960 - ZEPBOUND SY 15MG/0.5ML 4 PPN**

| | |
|---|---|
| Updated as of: | 12/10/2024 |
| Message: | Manufacturer backorder - Cardinal Health may still be receiving periodic shipments. Until supply is sufficient to r customer demand, Cardinal |
| Additional comments: | |
| Expected availability in DC: | Date not provided by manuf |
| Product issue(s) tracked since: | 11/22/2024 |
| **Quantity Available to Order at this time:** | 5 |

*Availability Alert messages are provided to Cardinal Health by the manufacturer. Please review availability alert messages often, as information is updated frequently.*

) | Customer Service: 1-800-926-3161 | Hel

**Generic Name:** TIRZEPATIDE

**Description:** ZEPBOUND SY 2.5MG/0.5ML 4 PPN

**CIN:** 5884911

**NDC:** 00002-2506-80

**UPC:** 300022-506802

**Contract:**

**Contract Alias:**

**Strength:** 2.5MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock 🟢

**Quantity Available to Order at this time:** 24



| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 | 5787189 00002-1495-80 | MOUNJARO ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ⓘ | 5787197 00002-1484-80 | MOUNJARO ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ⓘ | 5787205 00002-1471-80 | | | | | |
| ⊕ | 0 | 🟢 ⓘ | 5787213 00002-1460-80 | | | | | |
| ⊕ | 0 | 🟢 | 5787221 00002-1457-80 | | | | | |
| ⊕ | 0 | 🟢 | 5787239 00002-1506-80 | | | | | |

**Availability Alert**

**5787205 – MOUNJARO SY 10MG/0.5ML 4 PPN**

| | |
|---|---|
| Updated as of: | 12/10/2024 |
| Message: | Manufacturer has product w months or less dating. Car Health may not have stock. |
| Additional comments: | Best dating available is 06/2 |
| Expected availability in DC: | Cardinal Health may be out |
| Product issue(s) tracked since: | 10/23/2024 |
| **Quantity Available to Order at this time:** | **5** |

*Availability Alert messages are provided to Cardinal Health by the manufacturer. Please review availability alert messages often, as*

📑 Print

iew:**Table**|Image                              Res

**App. 257**

| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ℹ | 5884960 00002-2457-80 | | | | | |

📑 Print

View:**Table**|Image                Res

| Customer Service: 1-800-926-3161 | Hel

**Availability Alert**

**5884960 - ZEPBOUND SY 15MG/0.5ML 4 PPN**

| | |
|---|---|
| Updated as of: | 12/10/2024 |
| Message: | Manufacturer backorder - Cardinal Health may still be receiving periodic shipments Until supply is sufficient to r customer demand. Cardinal |
| Additional comments: | |
| Expected availability in DC: | Date not provided by manuf |
| Product issue(s) tracked since: | 11/22/2024 |
| **Quantity Available to Order at this time:** | **5** |

*Availability Alert messages are provided to Cardinal Health by the manufacturer. Please review availability alert messages often, as information is updated frequently.*

**App. 258**









**MOUNJARO 12.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 12.5 mg/0.5 mL • EA  ZC

NDC #: 00002-1460-80          Per Dose: $534.5400
Product #: 10268755          AWP: $1,282.90
LILLY ELI & CO

ACQ Cost: $
1
Restricted

Requires Refrigeration/Freezing   Material Note

---

**ZEPBOUND 12.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 12.5 mg/0.5 mL • EA  ZC

NDC #: 00002-2460-80          Per Dose: $529.9350
Product #: 10264471          AWP: $1,271.84
LILLY ELI & CO

ACQ Cost: $
1
Restricted

Requires Refrigeration/Freezing

---

**ZEPBOUND 7.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA  ZC

NDC #: 00002-2484-80          Per Dose: $529.9350
Product #: 10264398          AWP: $1,271.84
LILLY ELI & CO

ACQ Cost: $
1
Restricted

Requires Refrigeration/Freezing   Material Note

---

**MOUNJARO 7.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA  ZC

NDC #: 00002-1484-80          Per Dose: $534.5400
Product #: 10268669          AWP: $1,282.90
LILLY ELI & CO

ACQ Cost: $
1
Restricted

Requires Refrigeration/Freezing

---

**MOUNJARO 2.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 2.5 mg/0.5 mL • EA  ZC

NDC #: 00002-1506-80          Per Dose: $534.5400
Product #: 10268764          AWP: $1,282.90
LILLY ELI & CO

ACQ Cost: $
1
Restricted

**App. 262**



**ZEPBOUND 10 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 10 mg/0.5 mL • EA  ZC

NDC #: 00002-2471-80        Per Dose: $529.9350
Product #: 10284399         AWP: $1,271.84
LILLY ELI & CO

ACQ Cost:
1
Restricted

Requires Refrigeration/Freezing    Material Note

**MOUNJARO 10 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 10 mg/0.5 mL • EA  ZC

NDC #: 00002-1471-80        Per Dose: $534.5400
Product #: 10268696         AWP: $1,282.90
LILLY ELI & CO

ACQ Cost:
1
Restricted

Requires Refrigeration/Freezing    Material Note

**MOUNJARO 15 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 15 mg/0.5 mL • EA  ZC

NDC #: 00002-1457-80        Per Dose: $534.5400
Product #: 10268735         AWP: $1,282.90
LILLY ELI & CO

ACQ Cost:
1
Restricted

Requires Refrigeration/Freezing    Material Note

**ZEPBOUND 15 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 15 mg/0.5 mL • EA  ZC

NDC #: 00002-2457-80        Per Dose: $529.9350
Product #: 10284412         AWP: $1,271.84
LILLY ELI & CO

ACQ Cost:
1
Restricted

Requires Refrigeration/Freezing    Material Note

**ZEPBOUND 5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 5 mg/0.5 mL • EA  ZC

NDC #: 00002-2495-80        Per Dose: $529.9350
Product #: 10284369         AWP: $1,271.84
LILLY ELI & CO

ACQ Cost:
1
Restricted

Requires Refrigeration/Freezing

**App. 263**













| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 | 5787189 00002-1495-80 | MOUNJARO ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ℹ | 5787197 00002-1484-80 | MOUNJARO ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ℹ | 5787205 00002-1471-80 | MOUNJARO ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 ℹ | 5787213 00002-1460-80 | MOUNJARO ELILIL | 12.5MG/0.5M | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5787221 00002-1457-80 | MOUNJARO ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢 | 5787239 00002-1506-80 | MOUNJARO ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |



| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE |
|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 ⓘ | 5884960 00002-2457-80 | ZEPBOUND ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML |





Hide Ineligible ⊗ Yes

View: **Table** | Image　　　　　Results per page: 100 ⌄

🖶 Print　　　　　　　　　　　　　　　Add to: 🛒 Cart 📄 💲

| ALT | QTY | STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢24 | 5787189 00002-1495-80 | MOUNJARO ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 ⓘ | 5787197 00002-1484-80 | MOUNJARO ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢5 ⓘ | 5787205 00002-1471-80 | MOUNJARO ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 ⓘ | 5787213 00002-1460-80 | MOUNJARO ELILIL | 12.5MG/0.5M | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5787221 00002-1457-80 | MOUNJARO ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5787239 00002-1506-80 | MOUNJARO ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢5 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢24 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| ⊕ | 0 | 🟢5 ⓘ | 5884960 00002-2457-80 | ZEPBOUND ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx |

🖶 Print　　　　　　　　　　　　　　　Add to: 🛒 Cart 📄 💲

5884960 - ZEPBOUND SY 15MG/0.5ML 4 PPN

Updated as of:　　　　　12/10/2024

Message:　　　　Manufacturer backorder - Cardinal Health may still be receiving periodic shipments. Until supply is sufficient to meet customer demand, Cardinal

Additional comments:

Expected availability in DC:　　Date not provided by manufacturer
Product issue(s) tracked since:　11/22/2024

**App. 271**



**CardinalHealth Order Express**

Home » Search Results » Product Details

## ZEPBOUND

**Generic Name:** TIRZEPATIDE

**Description:** ZEPBOUND SY 12.5MG/0.5ML 4 PPN

**CIN:** 5884952

**NDC:** 00002-2460-80

**UPC:** 300022-460807

**Contract:**

**Contract Alias:**

**Strength:** 12.5MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock 🟢

**Quantity Available to Order at this time:** 24

**Confirmed Order Quantity:**

Image Disclaimer

Recommended For You



**CardinalHealth** Order Express

Search  🔍  | Home | Lists | Order History | Returns | Reports | Admin

Links

- DailyMed
- Item Usage Form
- Material Safety Data Sheet
- Request Price Stickers
- Request Shelf Labels
- Print Shelf Labels

Recommended For You

Home » Search Results » Product Details

## ZEPBOUND

**Generic Name:** TIRZEPATIDE

**Description:** ZEPBOUND SY 15MG/0.5ML 4 PPN

**CIN:** 5884960

**NDC:** 00002-2457-80

**UPC:** 300022-457807

**Contract:**

**Contract Alias:**

**Strength:** 15MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock 🟢 ℹ️

**Quantity Available to Order at this time:** 5

**Confirmed Order Quantity:**

Image Disclaimer

**App. 273**













**CardinalHealth** Order Express

Home    Lists    Order History    Returns    Reports    Admin

Links

DailyMed

Item Usage Form

Material Safety Data Sheet

Request Price Stickers

Request Shelf Labels

Print Shelf Labels

Recommended For You

Home » Search Results » Product Details

**MOUNJARO**

Image Disclaimer

**Generic Name:** TIRZEPATIDE

**Description:** MOUNJARO SY 2.5MG/0.5ML 4 PPN

**CIN:** 5787239

**NDC:** 00002-1506-80

**UPC:** 300021-506803

**Contract:**

**Contract Alias:**

**Strength:** 2.5MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock

**Quantity Available to Order at this time:** 24

**Confirmed Order**

**App. 279**

Home » Search Results » Product Details

# MOUNJARO



Image Disclaimer

**Generic Name:** TIRZEPATIDE

**Description:** MOUNJARO SY
                10MG/0.5ML 4 PPN

**CIN:** 5787205

**NDC:** 00002-1471-80

**UPC:** 300021-471804

**Contract:**

**Contract Alias:**

**Strength:** 10MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock

**Quantity Available
to Order at this time:** 3

**Confirmed Order
Quantity:**

**App. 280**



**App. 281**

**Cardinal**Health  Order Express

search  🔍 | Home   Lists   Order History   Returns   Reports   Admi

inks

DailyMed

Item Usage Form

Material Safety Data Sheet

Request Price Stickers

Request Shelf Labels

Print Shelf Labels

Recommended For You



Home » Search Results » Product Details

## MOUNJARO

Image Disclaimer

**Generic Name:** TIRZEPATIDE

**Description:** MOUNJARO SY
15MG/0.5ML 4 PPN

**CIN:** 5787221

**NDC:** 00002-1457-80

**UPC:** 300021-457808

**Contract:**

**Contract Alias:**

**Strength:** 15MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock 🟢

**Quantity Available
to Order at this time:** 24

**Confirmed Order**

**App. 282**

**Cardinal**Health  Order Express

arch  🔍  Home  Lists  Order History  Returns  Reports  Ad

nks

DailyMed

tem Usage Form

Material Safety Data Sheet

Request Price Stickers

Request Shelf Labels

rint Shelf Labels

Recommended For You

Home » Search Results » Product Details

## MOUNJARO



Image Disclaimer

**Generic Name:** TIRZEPATIDE

**Description:** MOUNJARO SY
5MG/0.5ML 4 PF

**CIN:** 5787189

**NDC:** 00002-1495-80

**UPC:** 300021-495800

**Contract:**

**Contract Alias:**

**Strength:** 5MG/0.5ML

**Form:** SYRINGES

**Size:** 4X0.5 ML

**Stock Status:** In Stock 🟢

**Quantity Available
to Order at this time:** 24

**Confirmed Order**

**App. 283**



**MOUNJARO 10 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 10 mg/0.5 mL • EA ZC

NDC #: 00002-1471-80
Product #: 10268696
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
Add to Cart
Find Alternatives

Requires Refrigeration/Freezing    Material Note

**MOUNJARO 15 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 15 mg/0.5 mL • EA ZC

NDC #: 00002-1457-80
Product #: 10268735
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
Add to Cart
Find Alternatives

Requires Refrigeration/Freezing    Material Note

**MOUNJARO 7.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA ZC

Image Not Available

NDC #: 00002-1484-80
Product #: 10268669
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
Add to Cart
Find Alternatives

Requires Refrigeration/Freezing

**MOUNJARO 5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 5 mg/0.5 mL • EA ZC

Image Not Available

NDC #: 00002-1495-80
Product #: 10268736
LILLY ELI & CO

Per Dose: $534.5400
AWP: $1,282.90

ACQ Cost: **$1,069.08**
1 Restricted
- 1 +
Add to Cart
Find Alternatives

**App. 284**





#1224991  **Novo Nordisk Pharma Inc**  Mfr# 00169418113  Ref# 2683837
**Ozempic® Semaglutide 0.25 mg - 0.5 mg Injection 3 mL**
Non-stock item, special order from supplier. Approximate delivery is 2-4 weeks
- 1 pen with 6 NovoFine® Plus needles

🐾 11+     ⊕ Find Alternatives     ⓘ UOM ▬▬▬▬▬▬▬ ∨  Qty [    ]  ➕ ✎

Notice - This item is not returnable

#1220935  **Novo Nordisk Pharmaceutical**  Mfr# 00169477212  Ref# 2608289
**Ozempic® Semaglutide 2 mg Injection 1 Pen 1 Pen**
Non-stock item, special order from supplier. Approximate delivery is 2-4 weeks

⊕ Find Alternatives     ⓘ UOM EA/1 ▬▬▬ ∨  Qty [    ]  ➕ ✎

Notice - This item is not returnable

#1220933  **Novo Nordisk Pharmaceutical**  Mfr# 00169413013  Ref# 2303360
**Ozempic® Semaglutide 1 mg Injection 1 Pen 1 Pen**
Non-stock item, special order from supplier. Approximate delivery is 2-4 weeks

⊕ Find Alternatives     ⓘ UOM EA/1 ▬▬▬ ∨  Qty [    ]  ➕ ✎

Notice - This item is not returnable

**App. 286**

| STOCK | CIN NDC/UPC | TRADE NAME MFR | STRENGTH | FORM | SIZE | TYPE |
|---|---|---|---|---|---|---|
| 🟢 24 ⓘ | 5787213 00002-1460-80 | MOUNJARO ELILIL | 12.5MG/0.5M | SYRN | 4x0.5 ML | Rx |
| 🟢 24 | 5787221 00002-1457-80 | MOUNJARO ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 24 | 5884911 00002-2506-80 | ZEPBOUND ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 5 | 5884937 00002-2484-80 | ZEPBOUND ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 24 | 5884945 00002-2471-80 | ZEPBOUND ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 24 | 5884952 00002-2460-80 | ZEPBOUND ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 5 ⓘ | 5884960 00002-2457-80 | ZEPBOUND ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🔻 24 | 5787189 00002-1495-80 | MOUNJARO ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 24 ⓘ | 5787197 00002-1484-80 | MOUNJARO ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 5 ⓘ | 5787205 00002-1471-80 | MOUNJARO ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🔻 24 | 5787239 00002-1506-80 | MOUNJARO ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML | Rx |
| 🟢 24 | 5884929 00002-2495-80 | ZEPBOUND ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML | Rx |

## Catalog: Search Results

REFINE RESULTS ▾    ❓  1 currently applied filter(s)

| MCK ITEM # | IMAGE | PREF | HIST | DESCRIPTION | STRENGTH | FORM | AVAIL QTY | NDC | DC QTY |
|---|---|---|---|---|---|---|---|---|---|
| 2878411 | | | | ZEPBOUND 15MG/0.5MLX4PEND AM | 15MG/0.5ML | PEN INJCTR | 5 | 00002245780 | >100 |
| 2617892 | | | | MOUNJARO12.5MG/0.5MLX4PEND AM | 12.5MG/0.5 | PEN INJCTR | 5 | 00002146080 | >100 |
| 2878353 | | | | ZEPBOUND 7.5MG/0.5MLX4PEND AM | 7.5 MG/0.5 | PEN INJCTR | 5 | 00002248480 | >100 |
| 2617900 | | | | MOUNJARO15MG/0.5MLX4PEND AM | 15MG/0.5ML | PEN INJCTR | 5 | 00002145780 | >100 |
| 2878361 | | | | ZEPBOUND 10MG/0.5MLX4PEND AM | 10MG/0.5ML | PEN INJCTR | 5 | 00002247180 | >100 |
| 2617868 | | | | MOUNJARO 5MG/0.5MLX4PEND AM | 5 MG/0.5ML | PEN INJCTR | 5 | 00002149580 | >100 |
| 2617884 | | | | MOUNJARO 10MG/0.5MLX4PEND AM | 10MG/0.5ML | PEN INJCTR | 5 | 00002147180 | >100 |
| 2878338 | | | | ZEPBOUND 5MG/0.5MLX4PEND AM | 5 MG/0.5ML | PEN INJCTR | >100 | 00002249580 | >100 |
| 2878320 | | | | ZEPBOUND 2.5MG/0.5MLX4PEND AM | 2.5 MG/0.5 | PEN INJCTR | 5 | 00002250680 | >100 |
| 2878379 | | | | ZEPBOUND12.5MG/0.5MLX4PEND AM | 12.5 MG/0.5 | PEN INJCTR | >100 | 00002246080 | >100 |

**App. 287**



| ALT | QTY | STOCK | CIN<br>NDC/UPC | TRADE NAME<br>MFR | STRENGTH | FORM | SIZE |
|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 24 | 5787189<br>00002-1495-80 | MOUNJARO<br>ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 24 ⓘ | 5787197<br>00002-1484-80 | MOUNJARO<br>ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🔻 24 | 5787239<br>00002-1506-80 | MOUNJARO<br>ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 5 ⓘ | 5787205<br>00002-1471-80 | MOUNJARO<br>ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 24 ⓘ | 5787213<br>00002-1460-80 | MOUNJARO<br>ELILIL | 12.5MG/0.5M | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 14 | 5884911<br>00002-2506-80 | ZEPBOUND<br>ELILIL | 2.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 24 | 5884929<br>00002-2495-80 | ZEPBOUND<br>ELILIL | 5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 5 | 5884937<br>00002-2484-80 | ZEPBOUND<br>ELILIL | 7.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 24 | 5884945<br>00002-2471-80 | ZEPBOUND<br>ELILIL | 10MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 24 | 5884952<br>00002-2460-80 | ZEPBOUND<br>ELILIL | 12.5MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🟢 5 ⓘ | 5884960<br>00002-2457-80 | ZEPBOUND<br>ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML |
| ⊕ | 0 | 🔻 0 | 5787221<br>00002-1457-80 | MOUNJARO<br>ELILIL | 15MG/0.5ML | SYRN | 4x0.5 ML |



| IMAGE | MCK ITEM # | HIST | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY | FILL DC | VENDOR SUPPLY | RETAIL PRICE | UOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2617892 | HIST | MOUNJARO12.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| | 2617900 | HIST | MOUNJARO15MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | | Edit | CT |
| | 2617819 | HIST | MOUNJARO 2.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | >100 | | | Edit | CT |
| | 2617868 | HIST | MOUNJARO 5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | Detail | Edit | CT |
| | 2617876 | HIST | MOUNJARO 7.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 4 | | Detail | Edit | CT |
| | 2617884 | HIST | MOUNJARO 10MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 4 | | Detail | Edit | CT |

| GE | MCK ITEM # | HIST | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY | FILL DC | VENDOR SUPPLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2878338 | HIST | ZEPBOUND 5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | >100 | | |
| | 2878411 | | ZEPBOUND 15MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | Detail |
| | 2878353 | | ZEPBOUND 7.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | |
| | 2878361 | | ZEPBOUND 10MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | |
| | 2878379 | | ZEPBOUND12.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | >100 | | |
| | 2878320 | | ZEPBOUND 2.5MG/0.5MLX4PEND AM | | | | | >100 | | ☐ | GE | 5 | | |

**AVAILABILITY**
☐ Available(4)

**CONTRACT**
☐ Anda(6)

**BRAND VS. GENERIC**
☐ Brand(6)

**RX VS. OTC**
☐ Rx(6)

**CATEGORY**
☐ Injectable(6)

**MANUFACTURER**

**FORM**

**STRENGTH**

**PACK SIZE**

**DESCRIPTION**

| | ITEM DESCRIPTION | SIZE | INV PRICE | EST. NET PRIC... | | |
|---|---|---|---|---|---|---|
| BEST PRICE MOUNJARO 2.5MG/0.5ML NDC: 00002150680 Item: 805290 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships |
| BEST PRICE MOUNJARO 10MG/0.5ML NDC: 00002147180 Item: 805293 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships |
| BEST PRICE MOUNJARO 12.5MG/0.5ML NDC: 00002146080 Item: 805294 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships |
| BEST PRICE MOUNJARO 15MG/0.5ML NDC: 00002145780 Item: 805295 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships |
| BEST PRICE MOUNJARO 7.5MG/0.5ML NDC: 00002148480 Item: 805292 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships |
| BEST PRICE MOUNJARO 5MG/0.5ML NDC: 00002149580 Item: 805291 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET ⚅ ✳ ☑ ⊘ | 4 | $1,125.35 | $1,125.35 | — | The maximum quantity available that you can order is 2 \ 2 \ ADD \ Refrigerated Item: Ships Monday |











⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

MOUNJARO 12.5MG/0.5ML
NDC: 00002146080        INJECTABLE        4    $1,125.35    —    2
Item: 805294            PRE FILLED PEN
MFR: ELI LILLY          NET ⒷＳＺ⊘

⚠ Refrigerated Item: Ships Monday                                          ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

MOUNJARO 7.5MG/0.5ML
NDC: 00002148480        INJECTABLE        4    $1,125.35    —    2
Item: 805292            PRE FILLED PEN
MFR: ELI LILLY          NET ⒷＳＺ⊘

⚠ Refrigerated Item: Ships Monday                                          ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

MOUNJARO 10MG/0.5ML
NDC: 00002147180        INJECTABLE        4    $1,125.35    —    2
Item: 805293            PRE FILLED PEN
MFR: ELI LILLY          NET ⒷＳＺ⊘

⚠ Refrigerated Item: Ships Monday                                          ✕
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2

DELETE SELECTED

**App. 294**



| | ITEM DESCRIPTION ⇕ | | SIZE ⇕ | INV PRICE ⇕ | PER UNIT | QTY |
|---|---|---|---|---|---|---|
| Items | | P.O. # Add PO# | | | 6 items \| $13,504.20 | |
| ☐ | MOUNJARO 2.5MG/0.5ML NDC: 00002150680 Item: 805290 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET 🅑 ✳ ☑ ⊘ | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday ⚠ No Credit/No Return Refrigerated Item ⚠ Daily Order Limit: 2 | | | | | | ✕ |
| ☐ | MOUNJARO 10MG/0.5ML NDC: 00002147180 Item: 805293 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET 🅑 ✳ ☑ ⊘ | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday ⚠ No Credit/No Return Refrigerated Item ⚠ Daily Order Limit: 2 | | | | | | ✕ |
| ☐ | MOUNJARO 12.5MG/0.5ML NDC: 00002146080 Item: 805294 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET 🅑 ✳ ☑ ⊘ | 4 | $1,125.35 | — | 2 |
| ⚠ Refrigerated Item: Ships Monday ⚠ No Credit/No Return Refrigerated Item ⚠ Daily Order Limit: 2 | | | | | | ✕ |

**App. 295**



⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                    ✕

MOUNJARO 15MG/0.5ML
NDC: 00002145780          INJECTABLE
Item: 805295             PRE FILLED PEN        4    $1,125.35    —    [ 2 ]
MFR: ELI LILLY           NET Ⓑ ☀ ☑ ⊘

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                    ✕

MOUNJARO 7.5MG/0.5ML
NDC: 00002148480          INJECTABLE
Item: 805292             PRE FILLED PEN        4    $1,125.35    —    [ 2 ]
MFR: ELI LILLY           NET Ⓑ ☀ ☑ ⊘

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                    ✕

MOUNJARO 5MG/0.5ML
NDC: 00002149580          INJECTABLE
Item: 805291             PRE FILLED PEN        4    $1,125.35    —    [ 2 ]
MFR: ELI LILLY           NET Ⓑ ☀ ☑ ⊘

⚠ Refrigerated Item: Ships Monday
⚠ No Credit/No Return Refrigerated Item
⚠ Daily Order Limit: 2                                                    ✕

**App. 296**



















**Availability Alert** | **Close X**

**5884960 - ZEPBOUND SY 15MG/0.5ML 4 PPN**

Updated as of: 12/10/2024

Message: Manufacturer backorder - Cardinal Health may still be receiving periodic shipments. Until supply is sufficient to meet customer demand, Cardinal

Additional comments:

Expected availability in DC: Date not provided by manufacturer

Product issue(s) tracked since: 11/22/2024

**Quantity Available to Order at this time:** 5

*Availability Alert messages are provided to Cardinal Health by the manufacturer. Please review availability alert messages often, as information is updated frequently.*



**Availability Alert** | **Close X**

**5787205 - MOUNJARO SY 10MG/0.5ML 4 PPN**

Updated as of: 12/10/2024

Message: Manufacturer has product with 12 months or less  dating. Cardinal Health may not have stock.

Additional comments: Best dating available is 06/22/2025

Expected availability in DC: Cardinal Health may be out of stock

Product issue(s) tracked since: 10/23/2024

**Quantity Available to Order at this time:** 5

*Availability Alert messages are provided to Cardinal Health by the manufacturer. Please review availability alert messages often, as information is updated frequently.*

**App. 303**



**MOUNJARO 7.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 7.5 mg/0.5 mL • EA  ZG

Image Not Available

NDC #: 00002-1484-80
Product #: 10268669
LILLY ELI & CO

ACQ Cost:
1
Restricted

- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing

**MOUNJARO 2.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 2.5 mg/0.5 mL • EA  ZG

Image Not Available

NDC #: 00002-1506-80
Product #: 10268764
LILLY ELI & CO

ACQ Cost:
1
Restricted

- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing

**MOUNJARO 5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 5 mg/0.5 mL • EA  ZG

Image Not Available

NDC #: 00002-1495-80
Product #: 10268736
LILLY ELI & CO

ACQ Cost:
1
Restricted

- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing

**MOUNJARO 10 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 10 mg/0.5 mL • EA  ZG

NDC #: 00002-1471-80
Product #: 10268698
LILLY ELI & CO

ACQ Cost:
1
Restricted

- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing    Material Note

| ITEM DESCRIPTION | SIZE | INV PRICE | | | |
|---|---|---|---|---|---|
| BEST PRICE MOUNJARO 5MG/0.5ML NDC: 00002149580 Item: 805291 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET | 4 | — | 2 | ADD — Refrigerated Item |
| BEST PRICE MOUNJARO 2.5MG/0.5ML NDC: 00002150680 Item: 805290 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET | 4 | — | 2 | ADD — Refrigerated Item |
| BEST PRICE MOUNJARO 10MG/0.5ML NDC: 00002147180 Item: 805293 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET | 4 | — | 2 | ADD — Refrigerated Item |
| BEST PRICE MOUNJARO 7.5MG/0.5ML NDC: 00002148480 Item: 805292 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET | 4 | — | 2 | ADD — Refrigerated Item |
| BEST PRICE MOUNJARO 12.5MG/0.5ML NDC: 00002146080 Item: 805294 MFR: ELI LILLY | INJECTABLE PRE FILLED PEN NET | 4 | — | 2 | ADD — Refrigerated Item |

The maximum quantity available that you can order is 2

BEST PRICE

**App. 304**



App. 305





| | MCK ITEM # | HIST | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2878338 | | ZEPBOUND 5MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | >100 |
| | 2878411 | | ZEPBOUND 15MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | 5 |
| | 2878353 | | ZEPBOUND 7.5MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | 5 |
| | 2878361 | | ZEPBOUND 10MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | 5 |
| | 2878379 | | ZEPBOUND12.5MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | >100 |
| | 2878320 | | ZEPBOUND 2.5MG/0.5MLX4PEND AM | ███████ | █████ | $514.5650 | | >100 | | ☐ | GE | 5 |

| MCK ITEM # | HIST | DESCRIPTION | EST. NET PRICE | PURCHASE PRICE | UNIT PRICE | PRICE IND | DC QTY | ORD QTY | DO NOT SUB | GEN EQUIV | AVAIL QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2617819 | | MOUNJARO 2.5MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | >100 |
| 2617868 | | MOUNJARO 5MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | 5 |
| 2617876 | | MOUNJARO 7.5MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | 5 |
| 2617884 | | MOUNJARO 10MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | 5 |
| 2617900 | | MOUNJARO15MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | 5 |
| 2617892 | | MOUNJARO12.5MG/0.5MLX4PEND AM | ███████ | █████ | $519.0400 | | >100 | | ☐ | GE | 5 |

## Product Catalog

🔍 Contact Your Account Manager

Product Catalog > Keyword Search 'zepbound'

**Product Categories A - Z**

Ambulatory Equipment

Apparel

Appliances (Durable Goods)

Body Pressure Relief and Positioning

Clinical Laboratory

Diagnostic Instruments and Supplies

Drainage and Suction

Furnishings

Gloves

Housekeeping

IV Therapy

**No Products Matched Your Criteria**

### Search Product Catalog Again

Search for: [zepbound] by [Keyword ▾]   [SEARCH]

**What else can you do?**
→ Check for typos and spelling errors.
→ Try different or partial keywords.
→ Broaden your search by using fewer keywords or more generic keywords.

**Other Options**
Contact Customer Service @ 833-343-2698

**Still can't find what you're looking for?**
📝 Send Feedback – Please let us know and thank you.





**ZEPBOUND 10 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 10 mg/0.5 mL • EA `ZC`

NDC #: 00002-2471-80
Product # 10284399
LILLY ELI & CO

Per Dose: $540.5350
AWP: $1,271.84

ACQ Cost: **$1,081.07**
Restricted   1
- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing   Material Note

---

**ZEPBOUND 5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 5 mg/0.5 mL • EA `ZC`

NDC #: 00002-2495-80
Product # 10284369
LILLY ELI & CO

Per Dose: $540.5350
AWP: $1,271.84

ACQ Cost: **$1,081.07**
Restricted   1
- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing

---

**ZEPBOUND 15 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 15 mg/0.5 mL • EA `ZC`

NDC #: 00002-2457-80
Product # 10284412
LILLY ELI & CO

Per Dose: $540.5350
AWP: $1,271.84

ACQ Cost: **$1,081.07**
Restricted   1
- 1 +

Add to Cart

Find Alternatives

Requires Refrigeration/Freezing   Material Note

---

**ZEPBOUND 12.5 MG PFP 4X0.5 ML**
PRE-FILLED PEN • 12.5 mg/0.5 mL • EA `ZC`

NDC #: 00002-2460-80
Product # 10284471
LILLY ELI & CO

Per Dose: $540.5350
AWP: $1,271.84

ACQ Cost: **$1,081.07**
Restricted   1
- 1 +

Add to Cart

Find Alternatives

**App. 309**





# Exhibit 40



2

# Over 240,000 people have reported an inability to access name brand GLP-1s

Hims & Hers initiated data collection on
September 1, 2024, and as of January 11, 2025
has received 240,365 reports from individuals
across the United States indicating they have
been unable to obtain name brand GLP-1s.

▌ Total cumulative submissions each week



# Tirzepatide and semaglutide remain widely unavailable for consumers reporting data through our platform



Ozempic®
(semaglutide)
66,674
submissions

Wegovy®
(semaglutide)
68,205
submissions

Mounjaro®
(tirzepatide)
35,361
submissions

Zepbound®
(tirzepatide)
29,585
submissions

Unspecified
medication
33,672
submissions

Trulicity®
(dulaglutide)
3,292
submissions

Saxenda®
or Victoza®
(liraglutide)
3,578
submissions

hims & hers

App. 315

# Our affiliated pharmacies continue to struggle to source branded GLP-1s across our leading wholesale partners

Supplier data collected 01/13/2025





hims & hers