UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

 Plaintiffs,

v.          No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

 Defendants.

## ORDER

 On January 14, 2025, the Court held a hearing in the above numbered and styled case. That same day, the Court entered an order granting the Parties' Joint Motion to Reopen Case and Enter Scheduling Order (ECF No. 38). ECF No. 62. While the Court set a briefing schedule in this matter, it failed to explicitly state that the case should be reopened. Therefore, it is **ORDERED** that this case be reopened by the Clerk of the Court in accordance with the Court's prior order granting the Joint Motion to Reopen Case and Enter Scheduling Order (ECF No. 38).

 **SO ORDERED** on this **31st day of January 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE