UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                                        No. 4:24-CV-0953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## [PROPOSED] ORDER

Before the Court is Ivim Health's Unopposed Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction. Having considered the Motion, relevant docket entries, and applicable law, the Court finds that the motion should be and hereby is **GRANTED.**

Therefore, the Clerk of the Court is **INSTRUCTED** to file the Brief of Amicus Curiae, attached to the Motion as Exhibit A, as a separate docket entry.

**SO ORDERED** on this ____ day of _____, 2025.

_____
The Honorable Mark T. Pittman
United States District Judge