# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, and <br><br> Eli Lilly and Company, <br><br> Intervenor-Defendant. | Case No. 4:24-cv-00953-P |

## NOTICE OF FILING OF CERTIFIED INDEX
## TO ADMINISTRATIVE RECORD

Consistent with the Court's January 14, 2025 Order, ECF No. 62, Defendants respectfully submit the attached certified index to the administrative record in this matter.

DATED: FEB. 4, 2025

Respectfully submitted,

/s/ *Kimberly R. Stephens*
OLIVER MCDONALD
  N.Y. Bar No. 5416789
KIMBERLY R. STEPHENS
  N.Y. Bar No. 4656013
DAVID H. HIXSON
  Ill. Bar No. 6289751
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-0168 (McDonald)
(202) 305-0033 (Stephens)

(202) 449-8070 (Hixson)  
(202) 514-8742 (fax)  
Oliver.J.McDonald@usdoj.gov  
Kimberly.R.Stephens@usdoj.gov  
David.H.Hixson@usdoj.gov  

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

February 4, 2025                                         /s/ *Kimberly R. Stephens*
                                                         KIMBERLY R. STEPHENS

## CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Robert Herrell, Lead Regulatory Counsel, Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this <u>4th</u> Day of February, 2025.

*Howard R. Philips*

Howard R. Philips
Director
Division of Information Disclosure Policy
Office of Regulatory Policy
Center for Drug Evaluation and Research
United States Food and Drug Administration

By Direction of the Secretary of Health and Human Services



## **DECLARATION OF ROBERT HERRELL**

Robert Herrell declares as follows.

1. I am a Lead Regulatory Counsel in the Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration ("FDA").

2. In that capacity, I have custody of records relating to human drugs on file with FDA.

3. Attached is a copy of the index of administrative record for *Outsourcing Facilities Ass'n, et al. v. FDA, et al.*, No. 4:24-cv-953 (N.D. Tex).

4. Copies of documents listed in the attached index are official records of FDA.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: February 4th, 2025

Robert R. Herrell -S
Digitally signed by Robert R. Herrell -S
Date: 2025.02.04 09:36:15 -05'00'

Robert Herrell

# Index of Administrative Record for
### *Outsourcing Facilities Ass'n v. FDA*, No. 4:24-cv-953 (N.D. Tex.)

| Description | Date | Bates Number |
|---|---|---|
| **I.  December 19, 2024 Shortage Determination** | | |
| Letter from Patrizia Cavazzoni, M.D., Director, CDER, to Patty Donnelly, Ph.D., Senior Vice President, Global Quality, Eli Lilly and Company (Lilly), *Declaratory Order: Resolution of Shortages of Tirzepatide Injection Products (Mounjaro and Zepbound)* | 12/19/2024 | FDA 000001-000012 |
| Memorandum from CDR Robert Kosko, Consultant, CDER Drug Shortage Staff (DSS), through Valerie Jensen, R.Ph., Associate Director, CDER Drug Shortages Staff, to CDER Drug Shortage File, *Resolution of Tirzepatide Injection Product Shortage and Supply Status* | 12/19/2024 | FDA 000013-000044 |
| **II.  *Outsourcing Facilities Ass'n v. FDA* Court Filings** | | |
| Complaint (ECF No. 1) | 10/7/2024 | FDA 000045-000067 |
| Plaintiffs' Memorandum of Law in Support of a Temporary Restraining Order and Preliminary Injunction (ECF No. 8) | 10/8/2024 | FDA 000068-000096 |
| Appendix in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 9) | 10/8/2024 | FDA 000097-000234 |
| Defendants' Unopposed Motion for Voluntary Remand and Stay (ECF No. 27) | 10/11/2024 | FDA 000235-000240 |
| Order granting Defendants' Unopposed Motion for Voluntary Remand and Stay (ECF No. 28) | 10/11/2024 | FDA 000241-000242 |
| Joint Status Report (ECF No. 30) | 11/21/2024 | FDA 000243-000246 |
| **III.  Information Provided by Eli Lilly and Company (Lilly)** | | |
| Email from Leah Downer, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 8/2/2024 | FDA 000247-00248 |
| Attachment "Shortage_Eli Lilly and Co._08_01_2024" | 8/2/2024[1] | FDA 000249-000250 |
| 8/6/2024 Email from Patty Donnelly, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 8/6/2024 | FDA 000251-000256 |
| Attachment "TZP Forecast Response to FDA-DSS_06Aug2024" | 8/6/2024 | FDA 000257-000258 |
| Letter from Lilly to CDER Director, *Mounjaro® and Zepbound® Supply Update* | 8/8/2024 | FDA 000259-000260 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 8/15/2024 | FDA 000261-000271 |
| Email from Leah Downer, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 8/16/2024 | FDA 000272-000273 |
| Attachment "Shortage Eli Lilly and Co._08_15_2024" | 8/16/2024 | FDA 000274-000275 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 8/21/2024 | FDA 000276-000285 |

---

[1] For email attachments, this "Date" column contains the date of the email that included the attachment.  Many such attachments contain different dates in their file names, as shown in the "Description" column.

| Description | Date | Bates Number |
|---|---|---|
| Attachment "Tirzepatide Supply and Demand_21Aug2024" | 8/16/2024 | FDA 000286-000289 |
| Email from Patty Donnelly, Lilly, to CDER DSS, Shortage Website Posting Update Request - Eli Lilly and Co. | 8/23/2024 | FDA 000290-000302 |
| Attachment "Tirzepatide Supply and Demand_23Aug2024" | 8/23/2024 | FDA 000303-000306 |
| Attachment "FDA TZP Supplemental Submission Outlook_23Aug2024" | 8/23/2024 | FDA 000307-000313 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Tirzepatide Submission Plans Meeting Request* | 8/27/2024 | FDA 000314-000315 |
| Attachment "Lilly Tirzepatide Manufacturing Requests_27Aug2024" | 8/27/2024 | FDA 000316-000318 |
| Email from Leah Downer, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 9/3/2024 | FDA 000319-000320 |
| Attachment "Shortage Eli Lilly and Co._09_01_2024" | 9/3/2024 | FDA 000321-000322 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Tirzepatide - Lilly Concord PAS Submission* | 9/6/2024 | FDA 000323 |
| Attachment "TZP-US-Cover-Letter-Concord-Add." (Letter from Sally Anliker, Lilly, to CDER Division of Diabetes, Lipid Disorders, and Obesity, *Chemistry, Manufacturing, and Controls – Prior Approval Supplement*, 9/5/2024) | 9/6/2024 | FDA 000324-000325 |
| Email from Leah Downer, Lilly, to CDER DSS, *Shortage Website Posting Update Request - Eli Lilly and Co.* | 9/17/2024 | FDA 000326-000327 |
| Attachment "Shortage Eli Lilly and Co._09_15_2024" | 9/17/2024 | FDA 000328-000329 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Tirzepatide KwikPen Supplemental Submissions* | 9/17/2024 | FDA 000330-000331 |
| Attachment "TZP-US-Cover Letter-Kwikpen-Resubmission." | 9/16/2024 | FDA 000332-000333 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *CONFIDENTIAL - Requests Related to Resolution of Tirzepatide Drug Shortage* | 9/22/2024 | FDA 000334-000349 |
| Attachment "Zepbound Vials US Sales_09-19-2024" | 9/22/2024 | FDA 000350-000352 |
| Attachment "Tirzepatide_Supply and Demand_09-19-2024" | 9/22/2024 | FDA 000353-000356 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Screenshot you requested* | 9/26/2024 | FDA 000357 |
| Attachment "Image.jpeg" | 9/26/2024 | FDA 000358 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Requests Related to Resolution of Tirzepatide Drug Shortage* | 10/2/2024 | FDA 000359-000376 |
| Letter from Lilly to CDER Director, *Compounded Oral Incretin Products Putting Patient Safety at Risk and Unlawful Sale and Promotion of Compounded Tirzepatide* | 10/21/2024 | FDA 000377-000406 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Tirzepatide Supply/Demand Update as of 18Oct2024* | 10/22/2024 | FDA 000407-000409 |
| Attachment "Tirzepatide Supply and Demand_18Oct_2024" | 10/22/2024 | FDA 000410-000414 |
| Email from Robert Kosko, CDER DSS, to Patty Donnelly, *Tirzepatide Data Inquiries* | 10/28/2024 | FDA 000415-000417 |

| Description | Date | Bates Number |
|---|---|---|
| Letter from Lilly to Francis Godwin, Director, Office of Manufacturing Quality, CDER Compliance, *Compounded Tirzepatide Contaminated with Bacteria* | 11/5/2024 | FDA 000418-000421 |
| Letter from Lilly to CDER DSS, *Response to Information Request of October 28, 2024* | 11/5/2024 | FDA 000422-000432 |
| Attachment "Tirzepatide Supply and Demand_05Nov2024" | 11/5/2024 | FDA 000433-000438 |
| Email from Robert Kosko, CDER DSS to Patty Donnelly, *Tirzepatide Supply/Demand - Responses to Questions and Biweekly Update* | 11/15/2024 | FDA 000439-000440 |
| Email from Patty Donnelly, Lilly to CDER DSS, *Tirzepatide Supply/Demand Update* | 11/19/2024 | FDA 000441-000442 |
| Attachment "Tirzepatide Supply and Demand_19Nov2024" | 11/19/2024 | FDA 000443-000452 |
| Email from Robert Kosko, CDER DSS, to Patty Donnelly, *Tirzepatide Supply/Demand Update* | 11/26/2024 | FDA 000453-000458 |
| Letter from Lilly, *Response to Information Requests* | 12/6/2024 | FDA 000459-000477 |
| Attachment "Exhibit 1 – Tirzepatide Supply and Demand_12-5-2024" | 12/6/2024 | FDA 000478-000487 |
| Attachment "Exhibit 2" | 12/6/2024 | FDA 000488-000492 |
| Email from Sean Griffin, Sidley Austin LLP, on behalf of Lilly, *Mounjaro® and Zepbound®* | 12/6/2024 | FDA 000493 |
| Attachment "DSS Letter Compiled with exhibits" | 12/6/2024 | FDA 000494-000567 |
| Email from Patty Donnelly, Lilly, to CDER DSS, *Tirzepatide Supply/Demand Update* | 12/17/2024 | FDA 000568-000569 |
| Attachment "Tirzepatide Supply and Demand_17Dec2024" | 12/17/2024 | FDA 000570-000579 |
| **IV.  FAERS Reports** | | |
| FAERS report 24160283 | 8/1/2024 | FDA 000580-000581 |
| FAERS report 24178635, RCT-1246087 | 8/5/2024 | FDA 000582-000586 |
| FAERS report 24211409, RCT-1248188 | 8/13/2024 | FDA 000587-000593 |
| FAERS report RCT-1249843 | 8/20/2024 | FDA 000594-000597 |
| FAERS report 24280117 | 9/4/2024 | FDA 000598-000599 |
| FAERS report 24370042 | 9/27/2024 | FDA 000600-000601 |
| FAERS report 24417477, RCT-1262376 | 10/8/2024 | FDA 000602-000606 |
| **V.  Other Records** | | |
| Gillian Tan and Damian Garde, "Lilly CEO Says Weight-Loss Drug Will Be Off Shortage Soon," Bloomberg.com (Aug. 1, 2024) | 8/1/2024 | FDA 000607-000608 |
| Bruce Gil, "Eli Lilly CEO says Zepbound shortage could end 'very soon,'" Quartz (Aug. 1, 2024) | 8/1/2024 | FDA 000609-000611 |
| Email from Scott Brunner, Alliance for Pharmacy Compounding (APC), to CDER DSS and OCQC, *Inquiry…* | 8/9/2024 | FDA 000612 |
| Daniel Gilbert, "Eli Lilly ramps up its fight against imitation weight-loss drugs," Washington Post (Aug. 30, 2024) | 8/30/2024 | FDA 000613-000615 |
| Email from Valerie Jensen to CDER DSS staff, *info from compounders* | 9/9/2024 | FDA 000616 |

| Description | Date | Bates Number |
|---|---|---|
| Memorandum from CDER DSS, through Valerie Jensen, R.Ph., Associate Director, CDER DSS, to CDER Drug Shortage File, *Supply Status of Glucagon-Like Peptide 1 (GLP-1) Receptor Agonists* | 9/26/2024 | FDA 000617-000618 |
| Email from Lee Rosebush to CDER DSS and OCQC, *Shortage* | 10/2/2024 | FDA 000619-000620 |
| Article referenced in email, "Port strike fallout" | 10/2/2024 | FDA 000621-000630 |
| Email from Mark D. Boesen, Boesen & Snow Law, to OCQC, *Tirzepatide Resolution* | 10/2/2024 | FDA 000631-000632 |
| Attachment "FDA Drug Shortage Letter" | 10/2/2024 | FDA 000633 |
| IQVIA National Sales Perspectives "TIRZEPATIDE in j_Oct-03-2024 (4).xlsx" | 10/3/2024 | FDA 000634-000635 |
| Letter from Scott Brunner, APC, to OCQC, *Off Ramp for Compounding Shortage Drugs* (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8519) | 10/3/2024 | FDA 000636-000637 |
| Email from Andrew Van Ostrand, Vice President, Policy & Regulatory Affairs, Hims & Hers, to CDER DSS, *updated GLP-1 shortage data, Hims & Hers* | 10/3/2024 | FDA 000638 |
| Email from Devta Kidd to Ombudsman and others, *FDA Compounding Decision Causing Disruption of Medical Care* | 10/3/2024 | FDA 000639-000642 |
| "Template" email from Denise A Kirk to CDER DDI and Ombudsman, *Make Compound Available - there's still a shortage of Zepbound* | 10/3/2024 | FDA 000643000644 |
| Email from Philip E. M. Crooker, Pistevo Law LLC, to CDER Compliance, *FDA Enforcement Discretion Related to Longshoremen Strike - Request for Consideration* | 10/3/2024 | FDA 000645-000646 |
| Email from Scott Brunner, APC, to CDER DSS and OCQC, *Request for briefing: Patient impacts of tirzepatide shortage resolution* | 10/4/2024 | FDA 000647-000648 |
| Attachment "Letter APC to FDA 503A Offramp October 2024.pdf" (10/3/2024) [same as docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8519] | 10/4/2024 | FDA 000649-000650 |
| Email from Scott Brunner, APC, *LETTER: Follow up on tirzepatide resolution and questions* | 10/7/2024 | FDA 000651-000652 |
| Attachment "APC NCPA Letter FDA Tirz Resolution Clarifications Oct 2024.pdf" [same as docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8520] | 10/7/2024 | FDA 000653-000654 |
| Email from Andrew Van Ostrand, *Hims & Hers Health, Sept. 2024, Weekly GLP-1 shortage data* | 10/8/2024 | FDA 000655-000656 |
| Attachment "GLP1_Shortage_Responses_20240901" | 10/8/2024 | FDA 000657-000559 |
| Attachment "GLP1_Shortage_Responses_20240908" | 10/8/2024 | FDA 000660-000662 |
| Attachment "GLP1_Shortage_Responses_20240915" | 10/8/2024 | FDA 000663-000665 |
| Attachment "GLP1_Shortage_Responses_20240922" | 10/8/2024 | FDA 000666-000668 |
| Attachment "GLP1_Shortage_Responses_20240929" | 10/8/2024 | FDA 000669-000671 |

4

| Description | Date | Bates Number |
|---|---|---|
| Email from Scott Brunner, APC, *Urgent Action Required* | 10/9/2024 | FDA 000672-000674 |
| Letter from APC to FDA (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8521) | 10/12/2024 | FDA 000675-000676 |
| Email from Andrew Van Ostrand, *Hims & Hers Health, drug wholesaler partner shortage information* | 10/15/2024 | FDA 000677 |
| Attachment "Vendor 1- GLP1 Availability- October 2024" | 10/15/2024 | FDA 000678-000683 |
| Attachment "Vendor 2- GLP1 Availability- October 2024" | 10/15/2024 | FDA 000683-000687 |
| Attachment "Vendor 3- GLP1 Availability- October 2024" | 10/15/2024 | FDA 000688-000693 |
| Email from Hims, *Hims & Hers Health, Week of Oct 6. 2024, Weekly GLP-1 shortage data* | 10/15/2024 | FDA 000694 |
| Attachment: "GLP1 Shortage Responses 20241006" | 10/15/2024 | FDA 000695-000697 |
| Letter from Gail Bormel, OCQC, to Scott Brunner, APC | 10/17/2024 | FDA 000698 |
| Email from Marc Wagner, Baker Hostetler, to OCQC, *Policy on Compounding Tirzepatide* | 10/21/2024 | FDA 000699 |
| Attachment "OFA Letter to FDA on Tirzepatide" | 10/21/2024 | FDA 000700-000701 |
| Email from Lee Rosebush to Gail Bormel, CDER Compliance/OCQC, *Dr Califf* | 10/23/2024 | FDA 000702-000703 |
| Article referenced in email, "It's not right.' Califf slams pharma over weight loss drug prices," Endpoints News (10/22/2024) | 10/23/2024 | FDA 000704-000705 |
| Email from Marc Wagner, Baker Hostetler, to CDER DSS, *Patient reported shortages of FDA-approved tirzepatide* | 10/23/2024 | FDA 000706-000707 |
| Attachment "Tirzepatide Shortage Reporting Form Redacted" | 10/23/2024 | FDA 000708-000709 |
| Attachment "APC Tirzepatide Is Still in Shortage" | 10/23/2024 | FDA 000710-000713 |
| CDER OSE memo, Injectable Semaglutide and Tirzepatide Prescription Transaction Data | 10/23/2024 | FDA 000714-000723 |
| Email from Hims, *Hims & Hers Health, Week of Oct 6. 2024, Weekly GLP-1 shortage data* | 10/29/2024 | FDA 000724-000725 |
| Attachment "GLP1 Shortage Responses 20241020" | 10/29/2024 | FDA 000726-000728 |
| Email from Andrew Van Ostrand, *Hims & Hers Health, Oct. 2024, GLP-1 shortage data* | 10/30/2024 | FDA 000729-000730 |
| Attachment "Hims Hers GLP1 shortage data FDA 10.30.24" | 10/30/2024 | FDA 000731-000734 |
| Email from Lee Rosebush, *Tirzepatide* | 10/30/2024 | FDA 000735-000736 |
| Attachment "Eli Lilly - Knockoff weight loss drugs are having a moment" | 10/30/2024 | FDA 000737-000748 |
| Lilly News Release, *Lilly reports Q3 2024 financial results highlighted by strong volume-driven revenue growth from New Products* | 10/30/2024 | FDA 000749-000755 |
| Email from Lee Rosebush, *Record* | 11/4/2024 | FDA 000756 |

5

| Description | Date | Bates Number |
|---|---|---|
| Article referenced in email, "Americans hungry for weight-loss drugs grapple with supply and insurance hurdles," Reuters | 11/4/2024 | FDA 000757-759 |
| Novo Nordisk company announcement, *Financial report for the period 1 January 2024 to 30 September 2024, Novo Nordisk's sales increased by 23% in Danish kroner and by 24% at constant exchange rates to DKK 204.7 billion in the first nine months of 2024* | 11/6/2024 | FDA 000760-000793 |
| Email from Lee Rosebush, *Novo's CEO Makes Statement Today* | 11/6/2024 | FDA 000794-000795 |
| Article referenced in email, "Novo Nordisk CEO on Wegovy prices, supplies and compounding," Reuters | 11/6/2024 | FDA 000796-000798 |
| Email from Van Ostrand, Hims and Hers, *Novo Nordisk earnings call/interview - GLP-1s remain in shortage* | 11/6/2024 | FDA 000799-000800 |
| Attachment "Novo Nordisk CEO on Wegovy prices, supplies and compounding" | 11/6/2024 | FDA 000801-0008140 |
| Letter from Bendin, Sumrall & Ladner, LLC, *Response in Opposition to Eli Lilly's Nomination of Tirzepatide to Drug Products that Present Demonstrable Difficulties for Compounding Under Sections 503A and 503B of the Federal Food, Drug, and Cosmetic Act* Docket No. FDA-2017-N-2562 (received 11/14/2024 in docket no. FDA-2017-N-2562, document ID FDA-2017-N-2562-0031) | 11/7/2024 | FDA 000815-000819 |
| APC, *APC to FDA: Just say no to Lilly* | 11/8/2024 | FDA 000820 |
| Email from Andrew Van Ostrand, Hims and Hers, *updated branded GLP-1 shortage/access data, Hims & Hers Health* | 11/12/2024 | FDA 000821 |
| Attachment "Hims and Hers GLP1 Shortage thru 11-09-24 FDA." | 11/12/2024 | FDA 000822-000825 |
| Comment from Adam Ripley (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8537) | 11/12/2024 | FDA 000825-000829 |
| Comment from Mark Miles (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8535) | 11/12/2024 | FDA 000830-000832 |
| Comment from MediVera Compounding Pharmacy Pharmacy-Letter-DDC-GLP-1s (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-8591) | 11/13/2024 | FDA 000833-000837 |
| Hims & Hers, *Americans Continue to Struggle to Access Branded GLP-1s as Shortages Continue*, https://investors.hims.com/news/news-details/2024/Americans-Continue-to-Struggle-to-Access-Branded-GLP-1s-as-Shortages-Continue/default.aspx | 11/13/2024 | FDA 000838-000840 |
| Hims & Hers, "Newsroom 1113 GLP1 Supply Tracker Press Release.pdf" | 11/13/2024 | FDA 000841 |
| Comment from Ambrosia Compounding (Docket no. 2015-N-0030, document ID FDA-2015-N-0030-8858) | 11/14/2024 | FDA 000842-000845 |

6

| Description | Date | Bates Number |
|---|---|---|
| Comment from FarmaKeio (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-10225) with Attachments | 11/15/2024 | FDA 000846-000848 |
| Attachment AmerisourceBergen Semaglutide as of 11-15-2024 | 11/15/2024 | FDA 000849 |
| Attachment AmerisourceBergen Tirzepatide as of 11-15-2024 (2) | 11/15/2024 | FDA 000850 |
| Attachment AmerisourceBergen Tirzepatide as of 11-15-2024 | 11/15/2024 | FDA 000851 |
| Attachment Anda Semaglutide as of 11-15-2024 | 11/15/2024 | FDA 000852 |
| Attachment Anda Tirzepatide as of 11-15-2024 | 11/15/2024 | FDA 000853 |
| Comment from FarmaKeio (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-10239) | 11/15/2024 | FDA 000854-000856 |
| Attachment 2024NOV15 SmartSource Mounjaro | 11/15/2024 | FDA 000857 |
| Attachment 2024NOV15 SmartSource Ozempic | 11/15/2024 | FDA 000858 |
| Attachment 2024NOV15 SmartSource Wegovy | 11/15/2024 | FDA 000859 |
| Attachment 2024NOV15 SmartSource Zepbound | 11/15/2024 | FDA 000860 |
| Comment from Birchwood Family Medicine, LLC (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-10802) | 11/17/2024 | FDA 000861-000864 |
| Comment from Tower Medic Pharmacy with Attachments (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-11237). | 11/18/2024 | FDA 000865-000867 |
| Attachment to Comment from Tower Medic Pharmacy - Comment from Ferraro Tacey Tower Medic Pharmacy FDA-2015-N-0030-11237 (att 1) | 11/18/2024 | FDA 000868-000869 |
| Attachment to Comment from Tower Medic Pharmacy - Comment from Ferraro Tacey Tower Medic Pharmacy FDA-2015-N-0030-11237 (att 2) | 11/18/2024 | FDA 000870-000871 |
| Attachment to Comment from Tower Medic Pharmacy - Comment from Ferraro Tacey Tower Medic Pharmacy FDA-2015-N-0030-11237 (att 3) | 11/18/2024 | FDA 000872-000873 |
| Attachment to Comment from Tower Medic Pharmacy - Comment from Ferraro Tacey Tower Medic Pharmacy FDA-2015-N-0030-11237 (att 4) | 11/18/2024 | FDA 000874-000875 |
| Email from Hims Reporting Send Account, *Hims & Hers Health, Week of Oct 6. 2024, Weekly GLP-1 shortage data* | 11/19/2024 | FDA 000876-000877 |
| Attachment "GLP1_Shortage_Responses_20241110" | 11/19/2024 | FDA 000878-000880 |
| Email from Lee Rosebush, *Semaglutide and Tirzepatide Shortage* | 11/26/2024 | FDA 000881-000882 |

| Description | Date | Bates Number |
|---|---|---|
| Article referenced in email, "Biden proposes weight loss drug coverage for people on Medicare and Medicaid" | 11/26/2024 | FDA 000883-000887 |
| Article referenced in email, "Biden proposes expanded Medicare, Medicaid coverage of obesity drugs" | 11/26/2024 | FDA 000888-000900[2] |
| Email from Andrew Van Ostrand, Hims and Hers, *updated Hims & Hers Health, Inc. GLP-1 access/shortage data - the shortage persists* | 12/2/2024 | FDA 000901 |
| Attachment "Hims and Hers GLP1 Shortage thru 11-30-24" | 12/2/2024 | FDA 000902-000905 |
| Email from Hims and Hers, *Hims & Hers Health, Week of Oct 6. 2024, Weekly GLP-1 shortage data* | 12/9/2024 | FDA 000906-000908 |
| Attachment "GLP1 Shortage Responses_20241124" | 12/9/2024 | FDA 000909-000911 |
| FDA Warning Letter to Veronvy, December 10, 2024, available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/veronvy-694688-12102024 | 12/10/2024 | FDA 000912-000914 |
| Sneha S.K., "Lilly to offer single-dose vials of weight-loss drug on telehealth platform Ro,", Reuters, (Dec. 11, 2024), available at https://www.reuters.com/business/healthcare-pharmaceuticals/telehealth-firm-ro-provide-single-dose-vials-lillys-zepbound-obesity-patients-2024-12-11 | 12/11/2024 | FDA 000915-000916 |
| Elaine Chen and Katie Palmer, "Eli Lilly strikes Zepbound deal with Ro, amid questions about future of compounded GLP-1s," STAT+ Pharma, Dec. 11, 2024, available at https://www.statnews.com/2024/12/11/eli-lilly-zepbound-ro-health-agreement-weight-loss/ | 12/11/2024 | FDA 000917-000921 |
| Email from Ben Janacek, Baker Hostetler, *FDA-approved GLP-1 Shortages* | 12/11/2024 | FDA 000922-000923 |
| Attachment "12.9 Wegovy on back order r/WegovyWeightLoss." | 12/11/2024 | FDA 000924 |
| Attachment "12.10 Another shortage  Frustrating r/WegovyWeightLoss." | 12/11/2024 | FDA 000925 |
| Attachment "12.10 Express Scripts Pharmacy no longer taking new GLP-1 customers NCPA." | 12/11/2024 | FDA 000926 |
| Attachment "12.10 Wegovy 90 day supply r WegovyWeightLoss." | 12/11/2024 | FDA 000927 |
| Attachment "12.11 Petition · Protect Patients_ Demand the FDA Ensure Access to Affordable GLP-1 Medications! - United States · Change.org." | 12/11/2024 | FDA 000928-000929 |
| Sydney Lupkin, "Drugmakers and pharmacists battle over who gets to make obesity drugs," NPR, updated Dec. 12, 2024, available at https://www.npr.org/sections/shots-health-news/2024/11/20/nx-s1-5178102/ozempic-semaglutide-tirzepatide-compounding-pharmacies | 12/12/2024 | FDA 000930-000935 |

---

[2] Pages FDA 000895-000900 intentionally left blank, as they appeared in original file download.

| Description | Date | Bates Number |
|---|---|---|
| Email from Ben Janacek, Baker Hostetler, *FDA-approved GLP-1s Shortage* | 12/13/2024 | FDA 000936-000937 |
| Attachment "12.11 Lilly to offer single-dose vials of weight-loss drug on telehealth platform Ro Reuters." | 12/11/2024 | FDA 000938-000939 |
| Attachment "12.11 Ro to offer weight loss drug Zepbound vials by teaming up with Eli Lilly." | 12/11/2024 | FDA 000940-000944 |
| Attachment "12.12 Drugmakers battle pharmacies over compo…" | 12/12/2024 | FDA 000945-000964 |
| Attachment "12.13 Over 50% of U.S. Adults Are Eligible for Ozempic and Wegovy, But Access Remains Difficult." | 12/13/2024 | FDA 000965-000968 |
| Email from Andrew Van Ostrand, Hims & Hers, *Hims & Hers Health, Inc. GLP-1 shortage data - as of 12/14/24* | 12/16/2024 | FDA 000969 |
| Attachment "Hims and Hers_GLP1 Shortage_thru 12-14-24.pdf" | 12/16/2024 | FDA 000970-000973 |
| Email from Ben Janacek, Baker Hostetler, *FDA-approved GLP-1 Shortages* | 12/16/2024 | FDA 000974-000975 |
| Attachment "12.14 Hims and Hers_GLP1 Shortage_thru 12-14-24." | 12/16/2024 | FDA 000976-000979 |
| Attachment "12.16 Petition Protect Patients Demand the FDA Ensure Access to Affordable GLP-1 Medications." | 12/16/2024 | FDA 000980-000981 |
| Attachment "12-14-24 wholesalerdata." | 12/16/2024 | FDA 000982-001016 |
| Outsourcing facility 2024-1 product reports | 12/17/2024 | FDA 001017 |
| FDMS email FDMS Deduplication Report for FDA-2015-N-0030-0001 | 12/17/2024 | FDA 001018 |
| Attachment "FDA-2015-N-0030-0001." | 12/17/2024 | FDA 001019-001421 |
| IQVIA, Available IQVIA Data, https://www.iqvia.com/insights/the-iqvia-institute/available-iqvia-data | 12/17/2024 | FDA 001422-001424 |
| Email from APC, *Tirzepatide Shortage Information* | 12/17/2024 | FDA 001425-001426 |
| Attachment "FDA letter 12-17-2024.pdf" (docket no. FDA-2015-N-0030, document ID FDA-2015-N-0030-14056) | 12/17/2024 | FDA 001427-001493 |
| Hims Reporting Send Account, *Hims & Hers Health, Week of Oct 6. 2024, Weekly GLP-1 shortage data* | 12/17/2024 | FDA 001494-001496 |
| Attachment "GLP1 Shortage Responses_20241201" | 12/17/2024 | FDA 001497-001499 |
| Attachment "GLP1 Shortage Responses 20241208" | 12/17/2024 | FDA 001500-001502 |
| Hims tracker FAQs, https://www.hims.com/weight-loss/supply-tracker | 12/18/2024 | FDA 001503-001507 |
| Hers tracker FAQs, https://www.forhers.com/weight-loss/supply-tracker | 12/18/2024 | FDA 001508-001512 |
| user@votervoice.net emails to CDER DSS, *Protect my access to compounded GLP-1 treatments* | 12/18/2024 | FDA 001513-001514 |
| Email from Ben Janacek, Baker Hostetler, *FDA-approved GLP-1s Shortage*, 21 attachments | 12/18/2024 | FDA 001515-001516 |
| Attachment "12.17 Update Ozempic supply to remain limited in 2025 Therapeutic Goods Administration (TGA)" | 12/18/2024 | FDA 001517 |

| Description | Date | Bates Number |
|---|---|---|
| Attachment "FDA letter 12-17-2024" | 12/18/2024 | FDA 001518-001584 |
| Attachment "12.18 Ozempic shortages roll on" | 12/18/2024 | FDA 001585-001586 |
| Attachment "12.18 Petition Protect Patients Demand the FDA Ensure Access to Affordable GLP-1 Medications" | 12/18/2024 | FDA 001587-001588 |
| Attachment "Mounjaro - Zepbound Stock 12.13.2024" | 12/18/2024 | FDA 001589 |
| Attachment "Mounjaro Shortage 12.18" | 12/18/2024 | FDA 001590 |
| Attachment "Mounjaro Shortage 2 12.18" | 12/18/2024 | FDA 001591 |
| Attachment "Mounjaro Shortage 3 12.18" | 12/18/2024 | FDA 001592 |
| Attachment "Mounjaro Shortage 4 12.18" | 12/18/2024 | FDA 001593 |
| Attachment "WeGovy Shortage 12.18" | 12/18/2024 | FDA 001594 |
| Attachment "WeGovy Shortage 2 12.18" | 12/18/2024 | FDA 001595 |
| Attachment "Zep Mounjaro Shortage 12.18" | 12/18/2024 | FDA 001596 |
| Attachment "Zep Mounjaro Shortage 12.18" | 12/18/2024 | FDA 001597 |
| Attachment "Zep Mounjaro Shortage 3 12.18" | 12/18/2024 | FDA 001598 |
| Attachment "Zep Mounjaro Shortage 4 12.18" | 12/18/2024 | FDA 001599 |
| Attachment "Zep Mounjaro Shortage 5 12.18" | 12/18/2024 | FDA 001600 |
| Attachment "Zep Mounjaro Shortage 6 12.18" | 12/18/2024 | FDA 001601 |
| Attachment "Zep Mounjaro Shortage 7 12.18" | 12/18/2024 | FDA 001602 |
| Attachment "Zep Shortage 2 12.18" | 12/18/2024 | FDA 001603 |
| Attachment "Zep Shortage 3 12.18" | 12/18/2024 | FDA 001604 |
| Attachment "Zep Shortage 4 12.18" | 12/18/2024 | FDA 001605-001606 |
| **VI.  Agency Policy and Guidance Documents** | | |
| FDA Strategic Plan for Preventing and Mitigating Drug Shortages | October 2013 | FDA 001607-001646 |
| CDER, Manual of Policies and Procedures, Drug Shortage Management (MAPP 4190.1 Rev. 4) | January 2024 | FDA 001647-001666 |
| Draft Guidance for Industry, Notifying FDA of a Discontinuance or Interruption in Manufacturing of Finished Products or Active Pharmaceutical Ingredients Under Section 506C of the FD&C Act | February 2024 | FDA 001667-001683 |
| Guidance for Industry: Compounded Drug Products That Are Essentially Copies of Approved Drug Products Under Section 503B of the Federal Food, Drug, and Cosmetic Act | January 2018 | FDA 001684-001701 |
| Guidance for Industry: Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act | January 2017 | FDA 001702-001714 |
| Guidance for Industry: Compounded Drug Products That Are Essentially Copies of a Commercially Available Drug Product Under Section 503A of the Federal Food, Drug, and Cosmetic Act | January 2018 | FDA 001715-001729 |