## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, and <br><br> Eli Lilly and Company, <br><br> Intervenor-Defendant. | Case No. 4:24-cv-00953-P |

## JOINT MOTION FOR SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly move for an order (i) extending Federal Defendants' and Intervenor-Defendant's (collectively, Defendants) time to respond to Plaintiffs' Complaint until after the Court has ruled on the parties' forthcoming dispositive summary judgment motions, and (ii) requiring that, regarding Plaintiffs' preliminary injunction motion, any non-party seeking leave to file an amicus brief in support of Plaintiffs or Defendants do so by February 11, 2025 or February 18, 2025, respectively. In support of their motion, the parties state as follows:

1.     On October 7, 2024, Plaintiffs sued the U.S. Food and Drug Administration (FDA) challenging the agency's decision to remove tirzepatide from the drug shortage list, ECF No. 1, and moved for a preliminary injunction shortly thereafter, ECF No. 7.

2.     On October 11, 2024, Federal Defendants filed an unopposed motion to voluntarily remand the case to the agency and to stay proceedings in this litigation. ECF

No. 27. The Court granted that motion on the same day and later administratively

closed the case on October 29. ECF Nos. 28, 29.

3.      On December 19, 2024, FDA issued a new decision on remand. *See* ECF

No. 32-1 (declaratory order).

4.      The Court subsequently ordered the case administratively reopened, ECF

No. 69, and granted Eli Lilly's motion to intervene, ECF No. 51, but it has not expressly

lifted the stay entered on October 11, 2024.

5.      Following a hearing on January 14, 2025, the Court set deadlines

regarding Plaintiffs' preliminary injunction motion and stated its intent to "order the

Parties to brief their summary judgment motions on an expedited basis" after it resolves

the preliminary injunction motion. *Id.*

6.      Consistent with the Court's scheduling order, Plaintiffs filed their

preliminary injunction motion on January 28, 2025. On the same date, they filed an

Amended Complaint. *See* ECF No. 68.

7.      Defendants must file their oppositions to Plaintiffs' motion by

February 18, 2025, and Plaintiffs must file their reply brief by February 25, 2025.

8.      To avoid needless expenditure of time and resources, the parties

respectfully request that this Court extend Defendants' time to respond to the

Complaint until after the Court has ruled on the parties' dispositive summary judgment

motions. Filing an answer in Administrative Procedure Act cases, such as this one,

serves little purpose because "the 'complaint, properly read, actually presents no factual

allegations, but rather only arguments about the legal conclusion to be drawn about the

2

agency action.'" *Rempfer v. Sharfstein*, 583 F.3d 860, 865 (D.C. Cir. 2009) (quoting *Marshall Cnty. Health Care Auth. v. Shalala*, 988 F.2d 1221, 1226 (D.C. Cir. 1993)). When a complaint, properly read, is best understood as presenting legal arguments, requiring Defendants to prepare an answer that would "admit or deny the allegations asserted against it," Fed. R. Civ. P. 8(b)(1)(B), would do little to aid the Court or make the case any more suitable for expeditious resolution. Thus, good cause exists for an extension.

9.    In addition, the parties have been contacted by third parties interested in filing amicus briefs regarding Plaintiffs' preliminary injunction motion. To ensure an orderly briefing process, the parties respectfully request that the Court enter the following deadlines for any third parties seeking to file amicus briefs:

   a.    Any person seeking leave to file an amicus brief in support of Plaintiffs must do so by filing a motion under L.R. 7.2(b) on or before February 11, 2025.

   b.    Any person seeking leave to file an amicus brief in support of Defendants must do so by filing a motion under L.R. 7.2(b) on or before February 18, 2025.

10.    Accordingly, the parties respectfully request that the Court enter an order: (i) extending Defendants' deadline to respond to the Complaint until after the Court has ruled on the parties' forthcoming dispositive summary judgment motions, and (ii) requiring that, regarding Plaintiffs' preliminary injunction motion, any amicus brief in support of Plaintiffs be filed on or before February 11, 2025, and any amicus brief in

support of Defendants be filed on or before February 18, 2025. A proposed order is

attached hereto.

DATED: FEB. 11, 2025                         Respectfully submitted,

/s/ Andrew M. Grossman                       /s/ Oliver McDonald
TY DOYLE                                     OLIVER MCDONALD
  Texas Bar No. 24072075                       N.Y. Bar No. 5416789
BAKER & HOSTETLER LLP                        KIMBERLY R. STEPHENS
811 Main Street, Suite 1100                    N.Y. Bar No. 4656013
Houston, TX 77002                            DAVID H. HIXSON
(713) 646-1374                                 Ill. Bar No. 6289751
tgdoyle@bakerlaw.com                         Trial Attorneys
                                             Consumer Protection Branch
ANDREW M. GROSSMAN*                          Civil Division
RICHARD B. RAILE*                            U.S. Department of Justice
RENEE M. KNUDSEN*                            P.O. Box 386
MARC N. WAGNER*                              Washington, DC  20044-0386
BAKER & HOSTETLER LLP                        (202) 305-0168 (McDonald)
1050 Connecticut Ave., N.W., Suite 1100      (202) 305-0033 (Stephens)
Washington, D.C. 20036                       (202) 449-8070 (Hixson)
(202) 861-1697                               (202) 514-8742 (fax)
AGrossman@bakerlaw.com                       Oliver.J.McDonald@usdoj.gov
                                             Kimberly.R.Stephens@usdoj.gov
                                             David.H.Hixson@usdoj.gov
* admitted pro hac vice

Attorneys for Plaintiffs                     Attorneys for Federal Defendants


                                             /s/ James R.P. Hileman
                                             Dee J. Kelly, Jr.
                                             State Bar No. 11217250
                                             KELLY HART & HALLMAN, LLP
                                             201 Main Street, Suite 2500
                                             Fort Worth, TX 76102
                                             Telephone: (817) 332-2500
                                             Facsimile: (817) 878-9280
                                             dee.kelly@kellyhart.com

                                             Paul D. Clement (pro hac vice)
                                             Erin E. Murphy (pro hac vice)

4

Matthew Rowen (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street,
Alexandria, VA 22314
Telephone: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

James F. Hurst (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
James R.P. Hileman (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com

*Attorneys for Intervenor-Defendant*
*ELI LILLY AND COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

February 11, 2025                              /s/ Oliver McDonald
                                              OLIVER MCDONALD