UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                                                           No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

# ORDER

   Before the Court is the Parties' Joint Motion for Extension of Time to File Answer and for Scheduling Order. ECF No. 79. The Court has considered the motion in light of the governing standard and finds that it should be and hereby is **GRANTED**. It is hereby **ORDERED** that Defendants' deadline to respond to the complaint is extended until after the Court has ruled on the parties' forthcoming dispositive summary judgment motions. It is further **ORDERED** that regarding Plaintiffs' preliminary injunction motion, any person seeking leave to file an amicus brief in support of Plaintiffs must do so by filing a motion under L.R. 7.2(b) **on or before February 11, 2025**, and any person seeking leave to file an amicus brief in support of Defendants must do so by filing a motion under L.R. 7.2(b) **on or before February 18, 2025**.

   **SO ORDERED** on this **11th day of February 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE