UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Outsourcing Facilities Association, et al. §
*Plaintiff* §
§
§
§
v. § Case No. 4:24-cv-00953-P
§
§
U.S. Food and Drug Administration, et al. §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Covington & Burling LLP                                                  , with offices at

850 Tenth Street, NW
(Street Address)

Washington                        DC                  20001
(City)                            (State)             (Zip Code)

(202) 662-6000                    (202) 662-6302
(Telephone No.)                   (Fax No.)

II. Applicant will sign all filings with the name  Daniel G. Randolph                              .

III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Novo Nordisk Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 230150     Admission date: 11/03/2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Trevor Carolan, of Bowman and Brooke LLP, who resides in Dallas, Texas, and ____, who has offices at

5850 Granite Parkway, Suite 900
(Street Address)

Plano                                              Texas              75024
(City)                                             (State)            (Zip Code)

(972) 616-1700                                     (972) 616-1701
(Telephone No.)                                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18th   day of February                , 2025   .

Daniel G. Randolph
Printed Name of Applicant

/s/ Daniel G. Randolph
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

### Answer to Question V (List of Court Admissions) (Daniel G. Randolph)

| Court | Admission Date | Active or Inactive |
|---|---|---|
| U.S. Supreme Court | 2/28/2022 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 7/31/2019 | Active |
| U.S. Court of Appeals for the 2nd Circuit | 6/12/2019 | Active |
| U.S. Court of Appeals for the 3rd Circuit | 2/1/2023 | Active |
| U.S. Court of Appeals for the 4th Circuit | 5/10/2016 | Active |
| U.S. Court of Appeals for the 5th Circuit | 4/27/2023 | Active |
| U.S. Court of Appeals for the 6th Circuit | 7/26/2022 | Active |
| U.S. Court of Appeals for the 7th Circuit | 12/9/2022 | Active |
| U.S. Court of Appeals for the 11th Circuit | 11/1/2024 | Active |
| New York Court of Appeals | 4/27/2016 | Active |
| District of Columbia Court of Appeals | 11/3/2017 | Active |
| U.S. District Court for the District of Columbia | 7/19/2017 | Active |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Daniel Gerard Randolph*

*was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 06, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*