IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.<br><br>Defendants. | Civil Action No. 4:24-cv-00953-P |

**Supplemental Declaration of Lee Rosebush**

Pursuant to 28 U.S.C. § 1746, I, Lee Rosebush, declare as follows:

1. I am the Chairman of the Outsourcing Facilities Association (OFA), and I have personal knowledge of the facts stated herein.

2. The OFA is the trade association representing FDA-registered 503B outsourcing facilities. Every OFA member is an outsourcing facility or affiliate that operates under Section 503B of the Federal Food, Drug, and Cosmetic Act ("FDCA").

3. OFA members, including Olympia Pharmacy and PQ Pharmacy LLC, compound Tirzepatide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 25th day of February, 2025.

                                                                     */s/ Lee Rosebush*
                                                                     Lee Rosebush