UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

# ORDER

In its order setting a briefing schedule for Plaintiffs' Preliminary Injunction Motion, the Court stated that it "plans to order the Parties to brief their summary judgment motions on an expedited basis" following the Court's determination on the motion for preliminary injunction. ECF No. 62. The redacted version of the Court's Order on Plaintiffs' motion for preliminary injunction was entered this same day. *See* ECF No. 101. Consequently, the Court finds it appropriate to set a summary judgment briefing schedule. Therefore, it is **ORDERED** that: (1) the Parties shall file their respective motions for summary judgment on or before March 21, 2025; (2) Responses shall be filed on or before April 11, 2025; and (3) Replies shall be filed on or before April 18, 2025.

**SO ORDERED** on this **7th day of March 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE