# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 4:24-cv-00953-P |

## Notice of Appeal

Notice is hereby given that Outsourcing Facilities Association and North American Custom Laboratories LLC Partners d/b/a Farmakeio Custom Compounding, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order on Plaintiffs' Motion for Injunction (ECF Nos. 100 and 101), which was entered on March 5, 2025.

| | |
|---|---|
| Dated: March 10, 2025 | */s/ Ty Doyle* <br> TY DOYLE (Texas Bar No. 24072075) <br> BAKER & HOSTETLER LLP <br> 811 Main Street, Suite 1100 <br> Houston, TX 77002 <br> (713) 646-1374 <br> tgdoyle@bakerlaw.com <br><br> ANDREW M. GROSSMAN* <br> RICHARD B. RAILE* <br> RENEE M. KNUDSEN* <br> MARC N. WAGNER* <br> BAKER & HOSTETLER LLP <br> 1050 Connecticut Ave., N.W., Suite 1100 <br> Washington, D.C. 20036 <br> (202) 861-1697 <br> agrossman@bakerlaw.com <br><br> * admitted pro hac vice <br><br> *Attorneys for Plaintiffs* |

## Certificate of Service

  I hereby certify that this document, filed through the CM/ECF system on this day, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

Dated: March 10, 2025

/s/ *Ty Doyle*
------
TY DOYLE (Texas Bar No. 24072075)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

*Attorney for Plaintiffs*