# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, and <br><br> Eli Lilly and Company, <br><br> Intervenor-Defendant. | Case No. 4:24-cv-953-P |

## [PROPOSED] ORDER

Before the Court is Federal Defendants' Unopposed Motion to Stay Pending Appeal. The Court has considered the motion in light of the governing standard. It is hereby ORDERED that the motion is GRANTED. This case is stayed pending the court of appeals' resolution of Plaintiffs' appeal in this matter. All deadlines are stayed pending further order of the Court. The parties shall file a Joint Status Report within fourteen days after the issuance of the Fifth Circuit's mandate.

SO ORDERED.

Dated this ___ day of _____, 2025.

_____
Hon. Mark T. Pittman
United States District Judge