# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| Outsourcing Facilities Association et al.<br>*Plaintiff*<br>v.<br>U.S. Food and Drug Administration et al.<br>*Defendant* | Case No. 4:24-cv-953-P |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eli Lilly and Company

Date: 03/25/2025

/s/ Ian B. Hatch
*Attorney's signature*

Ian B. Hatch: TX State Bar No. 24123444
*Printed name and bar number*

4550 Travis St.
Dallas, TX 75205
*Address*

ian.hatch@kirkland.com
*E-mail address*

(214) 432-5048
*Telephone number*

(214) 972-1771
*FAX number*