UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                          No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Motion to Convert Order Denying Preliminary Injunction into a Final Judgment. On March 20, 2025, the Court set a hearing on the Parties' Motion and requested that the Parties provide excerpts of the administrative record that they wish the Court to see prior to the entry of a judgment on the merits. The Parties have since filed their excerpts and briefs. See ECF Nos. 110–15. While the records are lengthy, the Court's preliminary review of the briefs and evidence reveal that full summary judgment briefing on the merits is appropriate. Therefore, the Court **CANCELS** the hearing scheduled for March 27, 2025, and **DENIES** the Parties' Joint Motion to Convert Order Denying Preliminary Injunction into a Final Judgment (ECF No. 109).

Given the need for expediency in this matter, the Court sets the following summary judgment briefing schedule:

1) The Parties' Motions for Summary Judgment shall be filed on or before April 2, 2025;

2) Response Briefs shall be filed on or before April 16, 2025; and

3) Reply Briefs shall be filed on or before April 22, 2025.

Furthermore, it is **ORDERED** that a hearing on the impending motions for summary judgment is appropriate. Consequently, the Court hereby SETS a hearing on the motions for summary judgment for April 24, 2025, at 1:30 p.m. in the Eldon B. Mahon United States Courthouse, Fourth Floor Courtroom, 501 W. 10th St. Fort Worth, TX 76102-3673

**SO ORDERED** on this **25th day of March 2025.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE