# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, and <br><br> Eli Lilly and Company, <br><br> Intervenor-Defendant. | Case No. 4:24-cv-953-P |

## FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Federal Defendants move this Court for entry of summary judgment in their favor on all of Plaintiffs' claims, pursuant to Federal Rule of Civil Procedure 56.

This motion is accompanied by a brief that contains the contents required by Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56.3(a).

DATED: APRIL 2, 2025

Respectfully submitted,

/s/ *Oliver McDonald*
OLIVER MCDONALD
  N.Y. Bar No. 5416789
KIMBERLY R. STEPHENS
  N.Y. Bar No. 4656013
DAVID H. HIXSON
  Ill. Bar No. 6289751
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-0168 (McDonald)
(202) 305-0033 (Stephens)
(202) 449-8070 (Hixson)
(202) 514-8742 (fax)
Oliver.J.McDonald@usdoj.gov

                                                Kimberly.R.Stephens@usdoj.gov
                                                David.H.Hixson@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

April 2, 2025                                     /s/ *Oliver McDonald*
                                                  OLIVER MCDONALD