# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION and NORTH AMERICAN CUSTOM LABORATORIES, LLC d/b/a FARMAKEIO CUSTOM COMPOUNDING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION and DR. MARTIN A. MAKARY, <br><br> Defendants, and <br><br> ELI LILLY AND COMPANY, <br><br> Intervenor-Defendant. | CASE NO. 4:24-cv-953-P |

## ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

Intervenor-Defendant Eli Lilly and Company ("Lilly") files this Motion for Summary Judgment (the "Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

## SUMMARY

By this Motion, Lilly moves the Court for summary judgment on all six causes of action in Plaintiffs' Amended Complaint. [ECF No. 68 at 17–24]. Specifically, Defendants are entitled to judgment on the following claims:

1. Count I ("Agency Rulemaking Without Requisite Notice, Comment, and Explained Decision");

2. Count II ("Lack of Reasoned Decisionmaking by Omission of Rationale Sufficient to Explain Final Agency Action");

3.      Count III ("Lack of Reasoned Decisionmaking by Arbitrary and Facially Contradictory Findings That Refute or Undermine the Basis of Final Agency Action");

4.      Count IV ("Arbitrary and Capricious Determination That Tirzepatide Shortage Ended");

5.      Count V ("Unlawful Interpretation and Application of Drug Shortage Statute"); and

6.      Count VI ("Unlawful Failure to Publish Decision in the Federal Register").

For the reasons detailed in Lilly's Brief filed concurrently with this Motion and incorporated herein by reference, Lilly respectfully requests that the Court grant its Motion and enter summary judgment under Rule 56 in Defendants' favor as to all of Plaintiffs' claims.

## SUPPORTING APPENDIX

As required by Local Civil Rule 56.6, Lilly is filing a sequentially numbered Appendix with supporting evidence. Lilly's supporting Brief will cite to specific pages in the Appendix as "Lilly App. ___."

Dated: April 2, 2025                              Respectfully submitted,

                                                 */s/ James F. Hurst*
                                                 James F. Hurst, P.C.

                                                 Dee J. Kelly, Jr.
                                                 State Bar No. 11217250
                                                 KELLY HART & HALLMAN, LLP
                                                 201 Main Street, Suite 2500
                                                 Fort Worth, TX 76102
                                                 Telephone: (817) 332-2500
                                                 Facsimile: (817) 878-9280
                                                 dee.kelly@kellyhart.com

                                                 Paul D. Clement
                                                 Erin E. Murphy
                                                 Matthew Rowen
                                                 CLEMENT & MURPHY, PLLC
                                                 706 Duke Street
                                                 Alexandria, VA 22314
                                                 Telephone: (202) 742-8900
                                                 paul.clement@clementmurphy.com
                                                 erin.murphy@clementmurphy.com
                                                 matthew.rowen@clementmurphy.com

                                                 James F. Hurst, P.C.
                                                 Diana M. Watral, P.C.
                                                 Ryan Moorman, P.C.
                                                 James R.P. Hileman
                                                 KIRKLAND & ELLIS LLP
                                                 333 West Wolf Point Plaza
                                                 Chicago, IL 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200
                                                 james.hurst@kirkland.com
                                                 diana.watral@kirkland.com
                                                 ryan.moorman@kirkland.com
                                                 james.hileman@kirkland.com

                                                 Jay P. Lefkowitz, P.C.
                                                 KIRKLAND & ELLIS LLP
                                                 601 Lexington Avenue
                                                 New York, NY 10022
                                                 Telephone: (212) 446-4800
                                                 lefkowitz@kirkland.com

                                                 *Attorneys for Intervenor-Defendant*
                                                 *ELI LILLY AND COMPANY*

                                                         3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 2, 2025, a copy of this document was served electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ James F. Hurst*
James F. Hurst, P.C.
