UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.     No. 4:24-cv-00953-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

## ORDER SETTING TIME LIMITS

The Court previously scheduled a hearing in this matter on the Parties' Motions for Summary Judgment for April 24, 2025, at 1:30 p.m. in the Eldon B. Mahon United States Courthouse, Fourth Floor Courtroom, 501 W. 10th St. Fort Worth, TX 76102-3673. ECF No. 116. The Court finds it appropriate to set time limits for the hearing. Accordingly, it is **ORDERED** that: (1) Plaintiffs shall have **20 minutes** to present their oral arguments; and (2) Defendants shall have **30 minutes** to present their oral arguments. Defendants may divide their time however they so choose.

**SO ORDERED** on this **22nd day of April 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE