

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2025

Lyle W. Cayce
Clerk

**A True Copy**
**Certified order issued May 02, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 25-10385

OUTSOURCING FACILITIES ASSOCIATION; NORTH AMERICAN CUSTOM LABORATORIES, L.L.C. PARTNERS, *doing business as* FARMAKEIO CUSTOM COMPOUNDING,

*Plaintiffs—Appellants,*

*versus*

FOOD & DRUG ADMINISTRATION; MARTY MAKARY, *Commissioner, U.S. Food and Drug Administration,*

*Defendants—Appellees,*

*versus*

ELI LILLY AND COMPANY,

*Intervenor—Appellee.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-953

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of May 02, 2025, pursuant to Appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Lisa E. Ferrara*

By: _____

Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT